Lewis Michael George #81547
_Name_

EDCF. P.O. Box 311
_____

El Dorado KS 67042
_Address_

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Lewis Michael George____, Plaintiff
_(Full Name)_

V.

Vannessa Payne-Delano Et Al. Defendant (s)
Katherine K Frisham, Anthony R Luna
Junelle L Buchanan, C. Gordon Harod
Breanne Johnston, Tommy Williams

CASE NO. __24-3123-JWL__
_(To be supplied by the Clerk)_

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Lewis Michael George____, is a citizen of Kansas____
   _(Plaintiff)_                                _(State)_

   who presently resides at EDCF, P.O. Box 311 El Dorado Kansas, 67042
   _(Mailing address or place_

   _____.

   _of confinement.)_

2) Defendant Vanessa Payne-Delano_____ is a citizen of
   _(Name of first defendant)_

   _____, and is employed as
   _(City, State)_

   Registered Nurse, Centurion Health Services____. At the time the
   _(Position and title, if any)_

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes [X] No [ ]. If your answer is "Yes", briefly explain: Defendant violated my 1st, 5th 8th & 14th Amendment Rights. She was employed with Centurion Health Services at EDCF. She is responsible in both her offical & individual capacities.

1

XE-2 8/82                  CIVIL RIGHTS COMPLAINT §1983

3) Defendant _Katherine K. Firman_____ is a citizen of
                        *(Name of second defendant)*

_____, and is employed as
                        *(City, state)*

_Corrections Seargent 1 Kansas Dept of Corrections_At the time the
                        *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain: Defendant violated my 1st, 5th, 8th + 14th ammendment rights. She was Officer in Charge on the day of the incident. She was responsible in both her individual + Official capacity

(Use the back of this page to furnish the above information for additional defendants.)
See back of page for additional defendants.

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

KSGP 60-1902, Claims for Injunctive relief under FRCP, Rule 65

### B. NATURE OF THE CASE

1) Briefly state the background of your case:

On 7-7-23 all the above-named defendants partcipated in their own ways + in concert with others, in the events that violated my constitutional rights. Each one took actions in violation of the United States Constitution + the laws of the State of Kansas. Namely KSA 75-6056. A more detailed account + evidence is set out in the attached documents.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been

violated and that the following facts form the basis for my allegations: (If necessary you

may attach up to two additional pages (8h" x 11") to explain any allegation or to list

additional supporting facts.)

A) (1) Count I: All the above named defendants failed to render

aide thereby violating my 1st, 5th, 8th, + 14th

Amendment Rights.

(2) Supporting Facts: (Include all facts you consider important, including names of

persons involved, places and dates. Describe exactly how each defendant is involved.

State the facts clearly in your own words without citing legal authority or argument.):

All the defendants were responsible in their own

way for failing to render aide + subsiquently violating

my civil rights. + Kansas State law. Further Supporting

facts are outlined in the documents titled "Counts +

Supporting Facts".

B) (1) Count II: All the above named defendants were Deliberately

Indifferent. There by violating my 1st, 5th, 8th + 14th

Amendment Rights.

(2) Supporting Facts: All the defendants were responsible in their

own way for being Deliberately Indifferent to my serious

medical needs. They violated my civil rights + Kansas law by

doing so. Further supporting facts outlined in "Counts + Supporting

Facts" Attached

3

C) (1) Count III: All defendants in their own way denied the access to medical care. Thereby violating my 1st, 5th, 8th, + 14 Amendment rights.

(2) Supporting Facts: All defendants were responsible in their own way for denying me access to medical care for my serious medical needs. They violated my civil rights + Kansas Law. Furthers

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?

Yes ☐ No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit:

Plaintiffs: _____

Defendants: _____

b) Name of court and docket number _____

_____

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

d) Issues raised _____

_____

4

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

I have exhausted all available administrative remedies available through KDOC, Including filing a personal injury claim with the Joint Committee on Special Claims Against the State.

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Order declaring defendants acted in violation of U.S. Constitution. Injunction requiring Multiple areas of training to prevent this from happening again. Financial damages in excess of $75,000 in both compensatory + punitive damages.

_____    _____
Signature of Attorney (if any)                              Signature of Plaintiff

_____

_____

_____
(Attorney's full address and telephone number)

5

XE-2 8/82                                   CIVIL RIGHTS COMPLAINT §1983