# Table of Contents

Complaint persuant to 42 U.S.C. 1983 — pages 1-30

Emergency Grievance (1st Attempt) — pages 30-36

Informal Resolution & Grievance Response (Second Attempt) — pages 37-42

Affidavit from Mark G. Hopkins — pages 43-44

Affidavit from Nicholas Shelden — pages 45

Affidavit from Joshua Matchett — page 46

Sick call Receipt From 6-21-23 — page 47

Affidavit from Douglas Hamilton — page 48

Personal Injury Claim filed w/ Joint Committee on Special Claims against the State — pages 49-69