

El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

Kansas
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Laura Kelly, Governor

Jeff Zmuda, Secretary
Tommy Williams, Warden

Date: June 20, 2023

To: George, Lewis #81547 A1-216

RE: Emergency Grievance

Your "Emergency grievance" was sent to my office 7/20/23 for a response.
Per 44-15-106 Emergency Procedure, Emergency Grievances shall mean those grievances for which disposition according to the regular time limits would subject the offender to a substantial risk of personal injury, or cause other serious and irreparable harm to the offender.

It is determined that this complaint is **not an emergency**. It is being forwarded to UTM J. Buchanan for response.

Tommy Williams, Warden
El Dorado Correctional Facility

Cc: File
    UTM J. Buchanan

**✷EMERGENCY GRIEVANCE!!** ✷ P5 3R

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name: Lewis George   Number: 81547

Facility: EDCF-C   Housing Unit: A1-216   Work Detail: _____

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

**SEE ATTACHED!**

Date this report was given to Unit Team for informal resolution (to be completed by inmate): 7-14-23

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

Unit Team Signature _____   Date _____

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

____ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

Inmate Signature _____   Date _____

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received _____   Date of Final Answer _____   Date Returned to Inmate _____

Inmate's Signature _____   Date _____   Unit Team Signature _____   Date _____

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number _____

Type of Complaint (Item 4: Code 01-75) _____

Cause of Complaint (Item 5: Code 01-30) _____

This is to serve as the narrative text for the accounts of events that through KDOC Officer & Centurian medical staff assignee came very close to costing me my life! Below is a full recount of the events.

On July 7th, 2023 I awoke at AM Ice pass (7:30 ish). After receiving Ice I went to set my cooler down & felt an extreme sharp pain in the right side of my abdomin. It hurt so badly that I began vomiting. Both myself & my cell mate notified CS1 Firman that I was in extreme distress. Around 8:45-9:00AM a nurse came to my door & spoke with me about what symptoms I was experiencing. She did not preform a physical examination. She told me she "could see what she could do." That she "had to make some calls." She returned 30 min (aprox) later & informed me that the Segregation Nurse Practitioner Snipp was off for 3 days so she had to call Johnston who was the Nurse Practitioner for General Population. Johnston told her that she wasn't going to interfear in a Segregation case that based on my medical history of kidney stones all she could do was give me some Tylenol & let them pass. Still no examination was provided. Vomiting & excrutiating pain continued until 11:30-12:00AM when I used a call home on the phone in my cell to my Mother. After explaining my situation to her & requesting her assistance she began calling the facility speaking with Administration & Unit Team requesting they get me help & treatment.

...that the Unit Team Manager Buchanan had contacted Medical & that they were sending the nurse with some pain meds. Around 2:30-3:00 PM CSI Firman & an escorting officer pulled me out to the sec mic. Where the nurse administered a shot of Toridol & a shot of Finnergan to help with pain & nausea respectively. She listened to my abdomen with a stethescope & pressed a few times in the area while I was standing, through the jumpsuit. At no time did she ask me any questions. She did though inform me that "if it's a kidney stone it will have to pass on it's own."

After returning me to my cell, I was able to lay down til around 5:30-6:00 PM. Upon waking & immediatly vomiting from the still excrutiating pain, I began shivering violently & uncontrolably. The pain had increased exponentally along with the nausea. My ability to stand & walk stabily was also comprimised! Around 7:00 PM I experienced a super strong burst of pain which caused me to yell out loudly at the top of my voice. After vomiting once more the pain dulled to it's previous level & was accompanied by a burning sensation in my lower right abdomin area. CO Reich heard my cellmate's continual calls for help & my vomiting from the cell & came to my cell & asked if I was going to be ok. After seeing both my cellmate & I tell him that I needed help badly & taking one look at me, he departed my cell & went to the deck & began asking higher-up his chain of command & medical staff to attempt to get me the desperately needed help. Around 9:00 PM

e to the hospital for treatment. At that point I was pulled again
to the Seg clinic & given another shot of Toridol & Finergan &
lowed to sit in a plastic chair in the stripout room, restrained
ehind my back. After the shots were administered No abdominal
amination was preformed! Around 9:45-10:00 PM I was finally
ansported to Susan B. Allen hospital in El Dorado. Upon
rival & stabilization in the ER. I was placed in a CAT scan
examined abdominally at which point Dr McKesey shortly
agnosed that I had an appendacitice. After confirming I did in fact
ant to proceede with surgery it was scheduled for 7:00AM on July
4th, 2023. Upon awaking from the surgery Dr. McKesey informed
that he was glad that I had opted for surgery because my
pendix had in fact ruptured & had I been 2 more hours later
tting to the hospital he beleived I would have died.

After going through this experience I have learned that
sides a CAT scan, the simplest, easiest way to diagnose an
pendicitice is as follows. A person should press on the area where
e pain is, firmly but gently & ask the patient "Does the pain feel
y different?". If the response is that the pain goes away or lessen
sinificantly, but after the area is released the pain returns
ill force. This designates an appendicitice. At NO TIME was this
st administered by Centurion staff!! This demonstrates gross negligence
& of itself. Waiting approx 7 hours (8:00-3PM), to preform the first
rmed abdominal exam demonstrates gross negligence & medical malpractice

PS 36

e nurse to give me some Tylenol & let the Kidney stone pass. This demonstrates gross medical malpractice & negligence on her part. Any officer, Unit Team, or KDOC employee who came to my cell observed me in the approximately 15 hour time frame in which I suffered before being taken to a hospital. They could have gotten their radio & called a medical emergency. Thereby dramatically shortening not only the length of my suffering, but also the time to the hospital & subsequent treatment. This demonstrates gross negligence on their parts.

As to what I want to happen to those involved I defer that disposition ~~find~~ for those found to be at fault be just & to the farthest extent allowed.

Personally I am filing this as my attempt to exaust all my available remedies. At which time I will file a lawsuit. I will be seeking an immediate release and/or financial damages to compensate for not only my totally undue pain & suffering, but also to help pay for any medical issues that may arise further down the road.

7-14-23
Date

Lewis M. George #81547
Lewis M. George #81547
P.O. Box 311
E.D.C.F.
El Dorado Ks 67042