# Affidavit

On 7-7-23 I, Mark G. Hopkins, awoke at 7:30 AM for ice pass. I was living in Cell 214, A1 cell house at El Dorado Correctional facility. Shortly after ice pass I began to hear calls for the cell house sergeant to come to 216. The Sergeant CS1 Firman eventually responded to cell 216. She left again & returned 45 min to to an hour later with Centurion nurse Payne-Delano to the cell door of 216. The nurse asked George some questions through the locked door. She left & came back some minutes later. She told George she thought he was suffering a kidney stone. That she had contacted the nurse practitioner & she had refused to interfere in a seg case. George stated to Nurse Delano that he had kidney stones before & this pain didn't feel the same. He also stated he had urinated twice since the pain increased. Nurse Delano said that she was a "medical professional" & she stood by her diagnosis. Then she went downstairs refusing Georges further calls for aide.

Over the next 14 hours I heard multiple screams of pain from George multiple times I heard both George & McGlory (his cell mate at the time) both calling for & requesting help from officers &

cell. My cell mate & I became so disturbed by what was going on that we also begun asking for help via the intercom in our cell. Even though all George & McGlory's attempts wer denied. My concern arose from talking with McGlory in the Jent & hearing George teeth chattering 8 to 10 ft way.

George requested help & for a medical emergenc to be declared countless times. His simple requests for abdominal exams was denied by Payne-Delano that morning so officers denied access to any help quoting Payne-Delanos diagnosis & telling him there was nothing they could do for a kidney stone.

When they finally pulled George out of his cell at 4:00-4:30 PM he was yellowish in color & sweating profusely. I had heard him vomiting all day long. He was also trembeling.

3-24-24
Date

Mark Hopkins
Signature


Notary to Public

NOTARY PUBLIC - State of Kansas
SETH BERRY
My Appt Expires 7/4/10/5