Affidavit

Sheldon 122152 Pg. 4
3/24/24

The morning of 7/7/23, I, Nicholas Sheldon, repeatedly heard my neighbor George call the sergeant, COS, medical staff, staff in the control bubble, unit teams, mental health staff, and ask for medical assisstance. The sergeant spoke with him and returned around 8:30 AM. The nurse spoke with him at his cell door. I overheard her state, "she was a medical professional and stood by her diagnosis". My neighbor begged her to examine him, but she refused to, and wouldn't respond to his further requests for medical assisstance.

Throughout the day, I could hear him vomitting, and him crying from pain. Anytime someone passed by his cell, him, or his cellmate would ask for help, or for them to call a medical emergency. Every request was ignored/denied.

I overheard him ask officers Firman and Luna, as well as unit team manager Buchanan on multiple occassions to "observe his symptoms, he couldn't stop shaking, he was sweating, and his teeth were chattering". Through the crack of my cell door, I saw they were looking in his window, but refused to get him medical assisstance.

When he was pulled out around 9:30 PM (nearly 14 hours after he started asking for help), he was in visibly bad shape. My cellmate and I had also tried throughout the day to get him help, which was ignored/denied.

Notary: [signature]

NOTARY PUBLIC - State of Kansas
SETH BERRY

Signature: Nicky Sheldon
Date: 3/26/24