PS 46

I Joshuwa Matchett, was in cell 124, A1 cell house EDCF on 7-7-23 I was awoke by my cellmate who told me there was something going on upstairs in cell 216. As I approached the door I observed CS1 Fairman o1 Luna, & a Centurion nurse at the door of 216. The conversation at the door was only audible in part. When the nurse became agitated at which point I heard her say something to the effect of, "a medical professional & ___ stand by my diagnosis."

Over the course of the next 10 hours I heard the occupants of cell 216 call the officers & unit teams, Nurses & mental health & beg them to "declair medical emergency" or to please help me or please get me some help This was interspersed by cries of pain & "you people are trying to kill me"

It wasn't untill around 9:00 to 9:30 pm that officers fully pulled George out of 216 and when I seen him coming down the stairs Inmate George was a yellow gray color and appeared to be really sick. He was taken to the sick call room & then to the stripout room. Black Suits (SST) then arrived & took George out of the cell house.

3-27-24
Date

NOTARY PUBLIC - State of Kansas
SETH BERRY
My Appt Expires 7/21/25

Josh M Matchett 83654
Signature