*** THIS IS MY SECOND REQUEST *** ABOUT THIS!    P5 49

# Health Services Request Form

| For Medical Use Only |
| Sólo para uso médico |
| Date Received: 6/29/23 |
| Time Received: 1500 |

Sick call 2nd try

Print/Name (Imprimir nombre): Lew [illegible]
Date of Request: 6-21-23
ID #: 81347            Date of Birth (Fecha de nacimiento): 2-11-1962
Housing Location (Ubicación de la vivienda): A1 216
Nature of problem or request (Naturaleza del problema o solicitud): I am out of Omeprazole + need more. Also since I've started taking it I have developed a constant ache in the upper right quadrant of my abdomen. It's not sensitive to the touch.

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presenter un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

_____
Patient Signature (Paciente Firma)

Place the slip in medical request box or designated area.
(Pon este articulo en la caja médica u otra área designada.)
Do not write below this area. (No escribe debajo de esta área.)

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)
Triaged by: [illegible]            ☒ Routine   ☐ Urgent   ☐ Emergent
Date: 6/29/23                      Time: 1500
Date of Face-to-Face Visit: _____
Other: _____
Response Recommendation (to be completed by Medical Staff only)
Initial Appointment: ☒ Nurse  ☐ Doctor  ☐ Dentist  ☒ Eye Doctor  ☐ Mental Health  ☐ ARNP
Appointment:        ☐ Nurse  ☐ Doctor  ☐ Dentist  ☐ Eye Doctor  ☐ Mental Health  ☐ ARNP
Fee Charge  ☐ $2.00
Comments: Refer for stomach pain [illegible] + vital signs for non-emergency

_____   6/29/23
Staff Signature                Date

BP# 72 99% 130/86 (R) HR [illegible]