My name is Douglas Hamilton and this is my sworn affidavit and testamony for one Lewis George #81547 for the state of his health and overall apperance on the night of 7/7/23 at approx 23:30 hours to 00:00 hours for at that time he was being taken to a hospital for what at the time I only asumed was kidneys or liver failer do to the dark yellow pigment to his skin I remember thanking that hes only missing the purple spots for syrosis of the liver I would later lurn however that the cause of his apperance was caused by a much more serious medical condition that being that George, Lewis had gone septic due to the fact that his appendix had burst. I myself know full well the danger involved do to the fact that I've had acute appenditic that led to my appendecjomy