---

# JOINT COMMITTEE ON SPECIAL CLAIMS AGAINST THE STATE

## INSTRUCTIONS FOR CLAIMANTS

---

- Fill out the claim form completely. Incomplete or unreadable forms will not be accepted, and the form will be returned to the claimant (person making claim). Claimants are encouraged to submit claims as early as possible.

- Claim forms must be received on or before November 1st in order to be heard by the Joint Committee on Special Claims Against the State prior to the next legislative session. Forms received after November 1st will be held by staff and not considered by the Committee until the following calendar year, from June to December.

- Any information provided in or accompanying a claim form will be considered part of the claim file. Documents in a claim file are subject to the Kansas Open Records Act and may be released to persons outside the Committee or staff upon proper request. Additionally, any documents received by the Committee or staff will be considered part of the claim file. Original documents submitted by claimants will not be returned.

- The Joint Committee on Special Claims Against the State is intended as a venue to hear claims for which there is no other recourse to receive payment. The Committee is a place of last resort when there is no other way to appropriate money to pay a claim against the state. The Claims Committee does not act as a court or as an administrative hearing. Claims heard by the Committee are not subject to the Rules of Civil Procedure or the Rules of Civil Procedure for Limited Actions and small claims. The claims heard by the Committee are also not subject to the Administrative Procedures Act.

- The Joint Committee on Special Claims Against the State can only recommend payment to one individual or entity. If there is more than one claimant on an individual claim, you will need to designate which individual is to receive payment. If payment is to be made to an entity, including an open estate of a deceased person, you will need to designate the proper payee and contact person for an entity or estate.

- The Joint Committee submits recommendations for the claims it has heard in the form of a bill presented to the Legislature at the start of each session. Payment for claims that are approved by the Legislature and signed into law by the Governor are paid by the Division of Accounts and Reports. Prior to such payment being made, claimants are required to sign a release. Payments are generally made prior to June 1st. When an inmate owes an outstanding unpaid amount of restitution ordered by a court, money received by the inmate from the state as a settlement of a claim against the state is withdrawn from the inmate's trust account as a set-off per KSA 46-920.

Revised July 2007

P5SO

---

# JOINT COMMITTEE ON SPECIAL CLAIMS AGAINST THE STATE

## CLAIM FORM

---

**(For Committee Staff Use)**

Claim No._____

Filed _____

---

In the matter of the claim of:

Claimant's Name _Lewis Michael George #81547_____

Address _E.D.C.F. PO Box 311_____

_ElDorado Kansas 67042_____

(city)                                    (state)                    (zip)

Telephone    (Home)_____ (Work) _____

Claimant's Attorney (if any) _____

Address _____

_____

(city)                                    (state)                    (zip)

Telephone _____

If payment of the claim is recommended, payment should be made to _Lewis Michael George_

(One Individual or Entity Only)

NOW, on this _14th_____ day of _June_____, _2024_, comes the

(Month)                              (Year)

undersigned and makes a claim against _Kansas Department of Corrections_

(State Agency Name)

in the amount of $_300,000.00_ by virtue of:  (Check the provision applicable to claim.)

Revised July 2007

- 2 -

☒ **Personal Injury**

> *Complete all questions on pages 3 and 4.*

☐ **Property Damage**

> *Complete all questions on pages 3 and 4.*

☐ **Refused bill or voucher not presented in proper fiscal year.**

> *Attach the bill or voucher and a statement setting forth full explanation for delay in presenting voucher.*

☐ **Refund of fees or other payments to state in excess of amount due.**

> *Attach a statement setting forth full explanation for overpayment.*

☐ **Motor fuel tax refund.**

> Permit No. _____
>
> Social Security No._____
>
> *Attach affidavits, tickets, receipts and verification of motor-fuel tax payments made.*

> ┌─────────────────────────────┐
> │ (For Department Use Only)   │
> │ REFUND GALLONS CLAIMED      │
> │ Diesel:_____│
> │ Gasoline:_____│
> └─────────────────────────────┘

☐ **Sales tax refund—tax exempt project.**

> *Attach a statement setting forth the nature of the project and the basis under which the project is tax exempt and receipts for the materials and services for which taxes were paid and a refund is claimed.*

☐ **Other.**

> *Attach a statement setting forth in detail the basis for the claim, together with any receipts, documents or exhibits which support the claim and complete questions on page 4.*

Revised July 2007

- 3 -

**Items 1 through 3—For Personal Injury/Property Damage Only**

1. Describe accident or occurrence in detail. Submit any accident or incident reports prepared at the time of the accident or occurrence (for example: motor vehicle accident reports, other law enforcement reports, report to employer, etc.) and any witness statements.

    Starting on 6-8-23 or there abouts I began experiencing an extreme pain in my lower right abdomen. I immediately submitted a sick call. It was never seen or triaged. 3 more sick calls were placed over the next 3 weeks. Only 2 of which were even acted on. At no time was an effective course of treatment or accurate diagnosis made. Eventually on 7-7-23 the pain became unbearable so that I requested the Segregation cellhouse Sergeant (51 Emmon, (continued on Attachment page).

2. Describe the personal injuries or property damage or loss sustained by claimant in detail. Attach any reports prepared by third parties concerning the personal injuries or property damage or loss (for example: attending physician's assessment, other medical records, estimates of property damage made by adjuster, etc.)

    I was diagnosed with an appendectomy by doctors at Susan B Allen Hospital. Through I have sick call receipts from Centurion Health Services in their system they won't let me have copies of them. I have included release of medical information form necessary to obtain these documents from Centurion. Also I have included affidavits from 3 inmates who witnessed the happenings of that day.

3. List in detail the monetary losses sustained or expenses incurred by claimant as a result of the accident or occurrence. Attach any property valuation statements or repair estimates.

    Sick call fees totaling $40, Over the counter pain meds totaling $200. Loss of all my personal property totaling $2,000.00 Multiple (20 or more) pieces of finished or nearly finished artwork totaling $1000.00

Revised July 2007

P353

- 4 -

4. Did the claimant or any other party have insurance which covered or might have covered the accident or occurrence or the personal injuries or property damage or loss? List all such insurance policies by owner of the policy (name, address, telephone), insurance company, policy number and insurance agent (name, address, telephone).

I don't know.

5. Has any claim been made or lawsuit filed by the claimant or any other party against any insurance company or party based on the accident or occurrence? Describe in detail each such claim or lawsuit including when it was made or filed, for what amount, who was it claimed or filed against (name, address, and telephone), is it still pending, what amount was recovered, if any, and if denied, what was the reason for denial? Attach a copy of each such claim form or legal petition.

Yes. A 42 USC 1983 claim has been filed in Butler County Courts on 5-24-23. It was filed for $4,000,000.00. In it it detailed counts of: Deliberate Indifference, Denial of access to medical care, Failure to render aide, Cruel + Unusual Punishment, + Due Process violations. It is still pending.

6. Claimant ☒does ☐does not (check one) desire to appear in person or by authorized agent or attorney before the Committee for a hearing when this claim is considered by the Committee. By making this request for a hearing, claimant agrees to appear in person or by authorized agent or attorney at the time and place of the meeting designated in the notice to the claimant. Claimant is advised that a hearing in person may be requested by the Committee and the claimant or the claimant's attorney will be required to be present at such hearing upon notification thereof.

_Lewis Michael George #81547_
(Signature of Claimant)

_Lewis Michael George #81547_
(Name typed or printed)

Revised July 2007

- 5 -

# CLAIM VERIFICATION

STATE OF KANSAS,                    )

                                    ) SS:

COUNTY OF _____)


_____, being first duly sworn, states that he or
she has read the instructions provided and the above and foregoing claim, including attachments, and
knows the contents thereof and that the same are true and correct.


_____

(Signature)


Subscribed and sworn to before me, a Notary Public, this _____ day of

_____, _____.
     (Month)              (Year)

_____

Notary Public

My Commission expires _____


Mail completed forms to:

    Joint Committee on Special Claims Against the State
    c/o Kansas Legislative Research Department
    300 S.W. Tenth Avenue—Room 545-N
    Topeka, Kansas  66612-1504


Revised July 2007

Description of Event / Occurrence
Involved in Personal injury Claim!

continued answers to question 1.) requesting that she bring a nurse to my cell door- A1, 216. This request was made at 7:30AM. Within 20 min I had began to vomit & sweat profusely. Around 8:00AM my cellmate noticed that I had became very pale. Around 8:30AM, LS1 Firman, COI Luna, & Centurion R.N. Payne-Delano came to 216, (my cell door). Payne-Delano asked me some questions about my symptoms. After hearing my answers she departed saying, "I've got to make some calls." About 20 min later she returned & gave me a card of Tylenol. She informed me that she had called the only qualified person at the facility who could render a diagnosis named Breanna Johnston L.P.N. Mrs Johnston had refused to interfere in a "seg case", she refused to convict the cellhouse to see me. She did however look at my medical file. After which she suggested that I may be suffering from a kidney stone. Mrs Payne-Delano also told me she thought I had a kidney stone. At that time I informed her I had in fact urinated freely 2 times that day. That I had passed multiple kidney stones in the past. She became very angry & told me "I'm a medical professional & stand by my diagnosis." I begged her to pull me out & examine me at the very least. She said no & stormed away.

Over the course of the next 3½ hours my condition continued to get rapidly worse. When the pain became too much to bear I finally broke down & called my Mother (Geraldine George), at 12:00 After informing her of my condition & symptoms she readily agreed to call the facility requesting to speak with administration. Nothing was done still.

PS256

Around 2:00 I stopped Unit team Little + asked him to call + declair a medical emergency, + to observe my condition + outwardly visible symptoms. He did + told me that he couldnt call a medical emergency + that was up to medical whither or not I was seen.

Shortly after that I stopped Unit Team Buchanan + asked her to declair a medical emergency + observe my outwardly visible symptoms. She did + told me she couldnt declair a medical emergency but she would see what she could do. When she returned to my door 20 min later I was on my knees vomiting into the toilet. She informed me that medical said they would send someone with some pain meds.

Around 3:15 I stopped CSI Firman begging her to observe my outwardly visible symptoms. By this time I was shaking + had incontroable teeth chattering along with the previously described symptoms. She did but told me she wouldnt declare a medical emergency + told me that if I interfered with count again she would write me a disciplinary report.

Around 3:45 - 4:00 PM, CSI Firman + CO1 Luna came to my door + took me to the side call room. There an unnamed Centurion nurse, (by this time I was delerious with pain), administered a shot Toridol + Finnergan each. She pressed a few times in the area

Pg 57

cave to pass on its own. I was escorted to my cell after telling her I had been able to urinate freely with out any other pain. Also that I had passed a kidney stone before & it didn't feel like this.

I tried to lay down until 4:30 - 5:00 PM. When I tried to go to the toilet to vomit. Upon standing my legs were unsteady & I was shaking uncontrolably teeth chattering violently. My cellmate made the remark "Dude, your yellow!". When I looked in the mirror my skin was in fact yellow.

At meal pass 5:00 - 5:15 PM. I once again begged both CS1 Froman & LO1 Luna to please call a medical emergency & look at me. Even observing my condition they still refused to call a medical emergency.

I suffered until around 7:00 PM though both my cellmate & I called to the new shift officers, (shifts changed at 6:00 PM), no one came. Finally CS1 Reichart came back from the 2 codes/conditions he was called to. After experiencing a strong wave of nausea while laying on my bunk. I tried to stand to walk to the toilet. Upon doing so I experienced an unbearable burst of pain which caused me to pass out. When I awoke my cellmate was kicking the door & screaming for help for me. I crawled to the toilet & began to vomit. While I was vomiting CS1 Reichart came to my door. He asked "Are you going to be ok George?". I stood with help from my cellmate who helped me to the door. My cellmate then turned on the cell light. At one look

PS 58

have to pass on its own. I was escorted to my cell after telling her I had been able to urinate freely without any other pain. Also that I had passed a kidney stone before & it didn't feel like this.

I tried to lay down until 4:30-5:00 PM. When I tried to go to the toilet to vomit. Upon standing my legs were unsteady, & I was shaking uncontrollably teeth chattering violently. My cell mate made the remark "Dude, Your yellow!". When I looked in the mirror my skin was in fact yellow.

At meal pass 5:00-5:15 PM. I once again begged both CS1 Firman & LO1 Luna to please call a medical emergency & took at me. Even observing my condition they still refused to call a medical emergency

I suffered until around 7:00 PM though both my cell mate & I called to the new shift officers, (shifts changed at 6:00PM), no one came. Finally CS1 Reichart came back from the 2 codes/conditions he was called to. After experiencing a strong wave of nausea while laying on my bunk. I tried to stand to walk to the toilet. Upon doing so I experienced an unbearable burst of pain which caused me to pass ou When I awoke my cell mate was kicking the door & screaming for help for me. I crawled to the toilet & began to vomit. While I was vomiting CS1 Reichart come to my door. He asked "Are you going to be ok George?". I stood with help from my cell mate who helped m

PS 58
pg 59

2 sick calls taken the time to examine my abdomen instead of giving me the less efficacious course of treatment my condition could have been treated with antibiotics & avoided the subsequent apendectomy & potentially dying from the sepsis that resulted from my burst appendix. Not only that, had I been afforded the face to face evaluation & the abdominal exams called for by the abdominal pain checklist in the Centurion computer system, also by violating the Internal Management Policy & Procedures (I.M.P.P) numbers, 01-113D, 51-114D, 10-121D, 16-107D, 16-108D, 16-111D, & 10-117D. All of these IMPP's outline the mandatory health care services both normal & emergency. All of which were violated with the actions of nursing staff & KDOC officers & Unit Teams those dates listed above.

The following is a list of all Officers, Unit Teams & nursing staff who were responsible for my suffering: CS1 Katherine K Firman, CO1 Anthony R. Luna, Centurion R.N. Vanessa Payne-Delano, Centurion Nursing L.P.N. Breanna Johnston. These people are the ones directly responsible for allowing me to suffer & almost die needlessly.

These occurances have left me with P.T.S.D., nightmares, loss of appetite, sleep, irritability, increased anxiety. Any pain in my abdomen causes crippling anxiety. Since I have had these problems I have developed problems with my gallbladder & a constant pain in my abdomen. I have lost over 70 lbs. Also all my personal property ie 13 in TV, Radio, 6 in Fan, Headphones (4 pair), cords, extension cords, cooler, sweats, sweat shirt, shorts, legal work, shoes (2 pair), picture were lost.

PJ 160



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

# Kansas
### Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary

Tommy Williams, Warden

Laura Kelly, Governor

DATE: June 11, 2024

TO: George, Lewis #81547

FROM: Meagan Cartwright

SUBJECT: Property Claim


      Your property claim is being sent back to you due to it being over the eligible amount making it denied: **IMPP 01-118D, II.C.1** – "No reimbursement payment for an amount of more than $500 shall be made on any claim." The claim is past the allowable 10 days for in injury IMPP 01-118 II B.


Meagan Cartwright, SAA
Property Claims


Cc:    Jarris Perkins
        Compliance & Public Information Officer

B1-124

Pg 6A

# KANSAS DEPARTMENT OF CORRECTIONS

## EL DORADO CORRECTIONAL FACILITY

REPORT OF INVESTIGATION                                      PAGE 1 OF 1

| 1. Case:<br><br>Property Lost/Personal Injury Claim | 2. Date of Personal Injury/Property Damage/Loss:<br><br>07/07/2023 | 3. Amount of Claim:<br><br>$ 300,000.00 |
|---|---|---|

| 4. Facility Log Number Assigned: | 5. Date Received: 5/20/2024 |
|---|---|

| Name & DOC # George, Lewis #081547 |
|---|

**ALLEGATIONS:** Resident George claims that he suffered personal injury after security and medical staff failed to respond appropriately to his medical event.

**FINDING OF FACTS:** Resident alleges that this claim was first submitted in a timely manner on 7/17/23. No such claim could be found. Resident offers an electronic form 9(attached)as proof that the claim was filed in a timely manner. While this form 9 refers to the incident, it is not proof of a claim filing.

**RECOMMENDATION:** It is recommended that this claim be denied for the following reasons:

IMPP 01-118 II B; Claims for personal injury shall be submitted within ten (10) calendar days of the claimed personal injury.

IMPP 01-118 II C. 1; No reimbursement payment for an amount of more than $500.00 is to be made on any claim.

| Signature:<br><br>_Seth Berry CS_ | Date:<br><br>_06/11/2024_____ | 11. Distribution:<br>___ Major<br>___ Warden<br>___ Central Office<br>___ Offender<br>___ Other |
|---|---|---|

THIS REPORT IS THE PROPERTY OF THE KANSAS DEPARTMENT OF CORRECTIONS, NEITHER IT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

PS 62

2nd filing for claim filed 7-18-23 (approx)

Page 1 of 2, Attachment A, IMPP 01-118D
Effective 12-21-21

## PROPERTY DAMAGE/LOSS OR PERSONAL INJURY CLAIM FORM

### Section I

| | |
|---|---|
| Filed **AT** Facility No.: | Facility Initials: |
| Filed **AGAINST** Facility No.: | Facility Initials: |

(Refer to PLC coding manual for facility no. & initials)

Name of Claimant (Last, First, MI): George, Lewis, M.

KDOC Number 81547

Type of Claim (circle one): Lost Property    Damaged Property    (Injury)

Amount of Claim: $300,000    Date of Loss Damage, or Injury (MO/DAY/YR): 7-7-23

Where Loss, Damage, or Injury Occurred:

If occurred in cellhouse, enter cellhouse/room number: A1-216

Otherwise, circle one of the following:
Mailroom     R&D     Central Property
Laundry     Gym     Dining Room
Other Location

NATURE OF CLAIM (Set forth detailed facts, including date of loss, damage or injury, how it occurred, place of occurrence, how you claim institution or employee was negligent, and amount of the claim.): Attached is a detailed description of the events that took place on 7-7-23. This is my second time filing a personal injury claim about this incident. There is no record of the filing on 7-18-23. As proof of my filing I ask you refer to the electronic communication # 264934171 which was filed on 7-17-23. From the outset of this incident I have been inhibited & foiled at every turn in my efforts to resolve this issue at every turn.

I am aware that presenting a false claim may result in penalties (under K.S.A. 75-7501 et seq., K.A.R. 44-12-101 et seq., etc.), and I declare (or verify, certify or state) that the foregoing is true and correct to the best of my knowledge, understanding, and belief.

Claimant Signature: _Lewis George_ 81547     Date: 5-20-24

Received from Resident/Claimant:    Date: 5/21/04    Time: 13.00

UT Name (print): UTS Bond    UT Signature    Claimant Initials: LG

### Section II

Received by Warden/Superintendent on (MO/DAY/YR):    Facility Log No. Assigned:

Inquiry Report:

RECEIVED

JUN 11 2024

DWO'S OFFICE

Date (MO/DAY/YR):    Investigator Name (print):    UT Member or Investigator Signature:

### Section III

PJ 63

Warden/Superintendent's Findings:

Warden/Superintendent's Recommendation:    01-Approved for same amount
    (circle one)                            02-Approved for lesser amount of _____
                                            03-Disapproved
                                            04-Claim Withdrawn

Date (MO/DAY/YR):                 | Signature - Warden/Superintendent or Designee

### Section IV

Date Received by Central Office (MO/DAY/YR):

Secretary's Response:

Secretary's Recommendation:    01-Approved for same amount
    (circle one)               02-Approved for lesser amount of _____
                               03-Disapproved
                               04-Claim Withdrawn
                               10-Held pending submission of supplemental data

Date (MO/DAY/YR):                 | Signature - Secretary or Designee

### Section V

Offer of Settlement (STAFF USE ONLY):

**CLAIMANT MUST COMPLETE THE FOLLOWING IF PAYMENT IS TO BE AWARDED**

I agree to accept the above offer as full and final settlement of this claim against the State of Kansas and any individual, employee or agent thereof, and I waive any claims against the State, its agencies or employees arising out of this incident.

Date:        | Claimant Signature:                    | Social Security No.:

**NOTE**: This claim cannot be processed and paid by the Division of Accounts and Reports unless the claimant has disclosed his/her social security number.  Any payments to resident claimants is to be in the form of credits to resident trust fund accounts.

Action by Accounts & Reports:  **Paid** _____    **Not Paid** _____

P369

ORIGINAL

On 7-7-23 at AM ice pass (7:30 AM approx), after receiving ice I went to set down my cooler & felt an extremely sharp increase in the abdominal pain I had been experiencing for the prior 2 weeks, (there are multiple sick call receipts in the Centurion computer system proving this). Within 2-4 min I had informed CS1 Firman of this pain & requested to see a nurse A.S.A.P. Approximately 20 min later I vomited for the first of many times that day. The pain was 8 or 9 out of 10. I also asked CO1 Luna for assistance from a nurse around 8:00 AM.

At around 8:30 AM CS1 Firman, CO1 Luna, & Centurion nurse Vanessa Payne-Delano came to my cell door 216 in A1 cellhouse. After asking me some questions about my symptoms, & being told of my continued ability to urinate freely w/o pain. Delano left my cell to "make a phone call". The "phone call" was placed to Breanna Johnston who was the only Centurion employee on site who was legally able to give a medical diagnosis. Johnston refused to come to seg to see me & refused to interfere in a seg case. She did however look at my medical chart & offer the opinion that I may be "suffering from a kidney stone". Payne-Delano returned to my door & gave me a card ? Tylenol & told me "your probably passing a kidney stone". "This is all I can do for you". I asked her if she would pull me from my cell to the sick call room & at least examin me. Delano became offended & told me she "is a medical professional & stands by her diagnosis keep in mind as an RN she's legally inqualified to give any, ANY diagnosis at all!

After having been privy to this exchange CS1 Firman, CO1 Luna

ORIGINAL

...oth refusal to call medical emergency to get me seen by another medical professional".

From that point on I would catch not just Firman + Luna, but also Unit Team's Little + Buchanan + at multiple times all them observe my outwardly visible symptoms. These symptoms would manifest themselves between 8:30 AM to 6:00 PM. The progress as follows: 1. Vomiting 2 Sweating, 3 Pale Skin, these symptoms had manifested themselves between 8:30 AM + 12:00 PM. 4. Uncontrolable shaking, 5 Teeth chattering, 6. Yellowing of Skin, these symptoms manifested themselves in concert with the others between 12:00 PM + 6:00 PM. All the above named KDOC employees visually observed those symptoms + watched me vomiting on multiple occasions + All of them refused to get me any help or declare medical emergency. The pain was so excruciating I was screaming agony + crying.

Around 7:00 PM CS1 Reichort finally had enough time to down behind the desk after dealing with multiple man downs + other goals. Shortly after sitting down I began feeling nauseous. When tried to get up from my bed to go to the toilet to vomit. I felt a pping sensation accompanied by a sharp increase in pain. I passed out hit my head on the wall. Waking up on the floor, my cell mate was ing the door + screaming for an officer to help me. CS1 Reichort ponded quickly + observed me vomiting. He asked me if I was ng to be ok?".. My cell mate helped me to my feet + flipped the light . CS1 Reichort took one look at me + said, "Oh my God! George ur yellow! I'll be right back".. He immediately left my cell + wents to

PS66

ORIGINAL

Around 9:00 PM (approx), CST Reichert + another officer pulled me to the sick call room where a nurse administered a shot of Toridol + Finergan. Neither of these were effective at ALL! Around 10:45 to 11:00 PM I was pulled to the strip out room + allowed to sit in a plastic chair, restrained behind my back, to wait until SST came to take me to the infirmary + subsequently to Susan B. Allen hospital in El Dorado. Within an hour of my arrival I had been diagnosed with appendacitree + had surgery scheduled for 3:00 AM the following morning.

Doctors + nurses at Susan B. Allen asked me why I had been allowed to deteriorate to the condition I was in upon my arrival. Along with the diagnosis of appendacitree I was also suffering from sepsis due to my abdomen having been filled with fecal matter + infection etc. The sepsis was so bad that on 7-9-23 or 7-10-23 that I was woken up, while in the hospital, + asked to sign a waiver. I asked what the waiver was for. I was told that because the sepsis was so bad, that they believed I needed another 1½ day course of I.V. antibiotics, (I had already recieved the safest allowable amount by law, without waiving the hospitals liabality), Of course I asked what would happen if I didn't take the antibiotics. I was told "here is a 95% chance I would die of sepsis". "I was told that "they don't understand how I was allowed to deteriorate to the state where that was nessreary".

The fact of the matter is because I was never offered any face to face encounter with Centurion nursing staff. Never allowed any diagnostic exams to even possibly diagnose the potentially fatal condition

PG67

ORIGINAL

that was infact the problem. Because neither K.D.O.C. & Centurion employees had enough care & concern for my wellbeing to help me. I was instead treated with intentional deliberate indifference & total disregard for my health & safety by these K.D.O.C. & Centurion employees.

Since this incident I have lost over 70 lbs. I have developed continual problems with my gallbladder. Suffer from continual pain in my abdomen from an adhesion.

This is not even mentioning the possible future health problems that I will encounter as a direct result of the neglect suffered at the hands of K.D.O.C. & Centurion staff.

Lewis Michael George 81547

P.S. Please note there have been numerous Electronic Form 9 communications about my asking about the status of my personal injury claim.

P568

# Request #264934171

**Profile Photo:**



**Audit Photo:**



**Resident Info**

Name: Lewis George
Booking Number: 81547
Submitted Date: 07/17/23 12:26
Submitted Room: 07,AA1216/A
Current Room: 07,AB1124/B
Facility: El Dorado Correctional Facility - (KS DOC)
MAC ID: C4FBC8000622
Device ID: C4FBC8000622

**Form Info**

Category: Form 9
Form: Library Form 9
Internal Tag: No Tag

**Request Info**

Status: CLOSED **by** Joyce Horsch
Facility Deadline: 07/31/23 23:59

**Summary of Request:**

Tort Claim forms etc

**Details of Request:**

**To::**
*(Name and Title of Officer or Department)*
Law Library

**Please provide details about your request:**
*State completely but briefly the problem on which you desire assistance. (Be specific)*
I need all the forms and instructions to file a lawsuit against KDOC and Centurion for almost letting me
die of appendicitice. Thank you for you time and consideration in this matter.

**Work Assignment:**
Porter

**Comment:**

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 06/02/24 17:47 | Lewis George | Viewed Staff Response | |
| 05/20/24 20:14 | Lewis George | Viewed Staff Response | |
| 05/20/24 20:09 | Lewis George | Viewed Staff Response | |
| 05/20/24 20:09 | Lewis George | Viewed Staff Response | |
| 05/17/24 18:10 | Lewis George | Viewed Staff Response | |
| 05/17/24 15:36 | Lewis George | Viewed Staff Response | |
| 05/16/24 22:48 | Lewis George | Viewed Staff Response | |

| DATE/TIME | USER | ACTION | DETAILS |
|-----------|------|--------|---------|
| 07/31/23 08:54 | Lewis George | Viewed Staff Response | |
| **07/17/23 14:48** | **Joyce Horsch** | **Staff Response** | **WILL SEE WHAT I CAN FIND** |
| 07/17/23 14:48 | Joyce Horsch | Changed Status | From 'Open' to 'Closed' |
| **07/17/23 12:26** | **Lewis George** | **Submitted New** | **Tort Claim forms etc** |