United States District Court District of Kansas

Lewis Michael George
  Plaintiff
        v.                           Case No. 24-3123 JWL
Vanessa Payne-Delong et al
  Defendants
                              Motion for Subpoena Duces Tectum

Motion for Subpoena Duces Tectum

Now comes, Plaintiff Lewis Michael George, pro se moves this court to compell the above named defendants, to produce the following documents + evidence:

1. K.D.O.C. video evidence from 7-7-23, A1 cellhouse, E.D.C.F from 7:00AM to 12:00AM.

2. K.D.O.C. Cellhouse staff logs from 7-7-23, A1 cellhouse, E.D.C.F. From 7:00AM to 1200AM

3. Centurion computer log. (Nursing log entries, sick call reciepts, Medical records), from 6-1-23 to 7-7-23.

4. K.D.O.C. Security logs taken by officers stationed at Susan B. Allen Hospital. From 7-7-23 to 7-11-23.

-1-

5. Any & all records generated by Susan B. Allen hospital from 7-7-23 to 7-11-23.

6. Plaintiff prays this court will find merit in & see the necessity of, deposing the following K.D.O.C. employees. If for no other purpose than to show the court the depths of the degredation that allowed the Plaintiff to deteriorate to the condition which very nearly led to his death. These depths were a direct cause of the named defendants actions.
   A.) CS1 Matthew A. Richert
   B.) CO1 Matthew E. Dunagan
   C.) COT Travis D. Hutsell
   D.) Unnamed SST escort officers
   F.) CO2 Cody A. Hancock
   G.) CO1 Kaitlan F. McDonald

Plaintiff prays this honorable court will see the merit in granting this subpoena. If it deems so necessary to declare a temporary injunction to protect the employment intrests of the above named witness'/officers. Plaintiff has made every effort at obtaining this evidence on his own & has been foiled & hindered at every turn. He requests that this evidence be brought forth & supplied him also.

*Lewis Michael George* #81547
Lewis Michael George #81547

-2-