### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LEWIS MICHAEL GEORGE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Cause No. 5:24-cv-03123 |
| VANESSA PAYNE-DELANO et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **WAIVER OF SERVICE AND ENTRY OF APPEARANCE**

COMES NOW, Marcus Meyer of Sandberg Phoenix & von Gontard P.C. and hereby enters his appearance and waives service of process on behalf of Defendants Vanessa Payne-Delano, RN, Gordon Harrod, MD, and Breanna Johnston, NP, pursuant to Fed.R.Civ.Pro. 4(d)(3), said Defendants' responsive pleadings are due no later than Monday, October 14, 2024.

    SANDBERG PHOENIX & von GONTARD P.C.

    By: */s/ Marcus A. Meyer*
    Katrina L. Smeltzer, #26623
    Marcus A. Meyer, #79198
    4600 Madison Avenue, Suite 1000
    Kansas City, MO 64112
    816-627-5332
    816-627-5532 (Fax)
    ksmeltzer@sandbergphoenix.com
    mmeyer@sandbergphoenix.com
    *Attorneys for Defendants Vanessa Payne-Delano, RN, Gordon Harrod, MD, and Breanna Johnston, NP*

1

26648712.v1

## **Certificate of Service**

I hereby certify that on 13th day of September 2024 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Natasha M. Carter
Kansas Department of Corrections
714 SW Jackson Street, Suite 300
Topeka, KS 66603
785-506-7615
Natasha.Carter@ks.gov

Jon Graves
Kansas Department of Corrections
500 S. Reformatory Rd., 1568
Hutchinson, KS 67504
620-625-7253
Jon.Graves@ks.gov


I hereby certify that on this 13th day of September 2024 the foregoing was mailed by United States Postal Service to the following non-participants in Electronic Case Filing:

Lewis Michael George #81547
E.D.C.F.
PO Box 311
El Dorado, KS  67042
*Pro Se Plaintiff*

                              */s/ Marcus A. Meyer*

2

26648712.v1