## Names

| Name Type | Name |
|---|---|
| Conviction | GEORGE, LEWIS MICHAEL |
| True | GEORGE, LEWIS MICHAEL |
| Alias | DUNCAN, LEWIS |
| Alias | GEORGE, LEWIS |
| Alias | LEWIS, MICHAEL GEORGE |
| Alias | DUNCAN, LEWIS MICHAEL |
| Alias | DUNCAN, GEORGE |
| Alias | LURCH, |



(/kasper/search/image?kdocNumber=0081547&imageNumber=1)

**GEORGE, LEWIS MICHAEL**

**Approx Picture Date**

2013-06-12

## Identification

| KDOC # | SID Num | FBI Num |
|---|---|---|
| ▬▬▬ | 829519 | 585693PB2 |

## Birthdates

| Birthdate Type | Birthdate | Age |
|---|---|---|
| True | Feb 11, 1982 | 42 |

## Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|---|---|---|---|---|---|
| Brown | Brown | 6'-4" | 258 | Male | White |

Exhibit ___1___

# Current Status reported by Dept. of Corrections

- **Work or Program Participation**: Not Working
- **Earliest Possible Release Date (1)**: Sep 14, 2026
- **Current Status**: Incarcerated
- **Admission Date**: Apr 16, 2013
- **Current Location (2)**: El Dorado CF-Central (http://www.doc.ks.gov/facilities/edcf)
- **Custody Level**: SPM Special Mgmt

(1) This date could be affected by a parole board decision or good time and/or program credit.
(2) Click on Location for the Facility web site.

# Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Meade | 12CR60 | Jul 04, 2012 | Apr 02, 2013 | N/A | Agg Escape From Custody-Threat of Violent Crime | 1 | Non Drug-Grid Severity Level 6 | Active | KS |
| Meade | 12CR60 | Jul 04, 2012 | Apr 02, 2013 | N/A | Agg Battery-Int, Grt Bodly Hrm | 1 | Non Drug-Grid Severity Level 4 | Active | KS |
| Ellis | 01CR408 | Jun 01, 2001 | Jan 26, 2004 | N/A | Forgery | 1 | Non Drug-Grid Severity Level 8 | Inactive | KS |
| Thomas | 06CR27 | Nov 23, 2005 | Jun 14, 2006 | N/A | Theft;Obtain Cntrl Prpty at least 1K less than25K | 1 | Non Drug-Grid Severity Level 9 | Inactive | KS |
| Thomas | 06CR27 | Nov 23, 2005 | Jun 14, 2006 | Conspired | Burglary; Building Not Used as a Dwelling | 1 | Non Drug-Grid Severity Level 9 | Inactive | KS |

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Logan | 09CR14 | Nov 26, 2009 | Jul 08, 2010 | N/A | Battery; Int cntct in rude, inslting, angry manner | 1 | Class B Misdemeanor | Inactive | KS |
| Logan | 09CR14 | Nov 26, 2009 | Jul 08, 2010 | N/A | Battery; Int cntct in rude, inslting, angry manner | 1 | Class B Misdemeanor | Inactive | KS |
| Logan | 09CR14 | Nov 26, 2009 | Jul 08, 2010 | N/A | Obstructing Legal Process | 1 | Non Drug-Grid Severity Level 9 | Inactive | KS |

(I) If Number includes  JV  : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.
(II) If Status includes * : Denotes Active for Post Release Supervision Only.

## KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|---|---|---|
| El Dorado CF-Central | Jan 12, 2024 | Inter-Facility Movement |
| Hutchinson CF-Central | Oct 13, 2023 | Inter-Facility Movement |
| Hutchinson CF-East | Sep 12, 2023 | Inter-Facility Movement |
| Hutchinson CF-Central | Aug 18, 2023 | Inter-Facility Movement |
| El Dorado CF-Central | Feb 01, 2017 | Inter-Facility Movement |
| Hutchinson CF-Central | Jan 27, 2017 | Inter-Facility Movement |
| El Dorado CF-Central | Dec 11, 2014 | Inter-Facility Movement |
| Lansing CF-Central | Jun 11, 2013 | Inter-Facility Movement |
| El Dorado CF-RDU | Jun 03, 2013 | Inter-Facility Movement |
| El Dorado CF-Central | Jun 01, 2013 | Inter-Facility Movement |

| Location | Movement Date | Movement Reason |
|---|---|---|
| El Dorado CF-RDU | Apr 16, 2013 | New Court Commitment |
| Unknown or N/A | Jan 26, 2012 | Expiration Of Sentence |
| Finney County | Oct 28, 2011 | Intra-parole/CR |
| Scott County | Oct 19, 2011 | DOC War. Wthdrwn Supervsn I/S |
| Scott County | Sep 07, 2011 | DOC Warrant Issued |
| Scott County | Aug 29, 2011 | Intra-parole/CR |
| Scott County | Aug 22, 2011 | Intra-parole/CR |
| Logan County | Jun 29, 2011 | In-State Post Release |
| Lansing CF-Central | Jun 09, 2011 | Parole Viol. No New Sentence |
| Logan County | May 26, 2011 | DOC Warrant Issued |
| Unknown or N/A | Jan 24, 2011 | Absconded |
| Logan County | Nov 02, 2010 | In-State Post Release |
| El Dorado CF-Central | Sep 17, 2010 | Inter-Facility Movement |
| El Dorado CF-RDU | Jul 20, 2010 | New Court Commitment |
| Unknown or N/A | Oct 17, 2008 | Expiration Of Sentence |
| Lansing CF-Central | Aug 12, 2008 | Parole Viol. No New Sentence |
| Thomas County | Jul 19, 2008 | DOC Warrant Issued |
| Unknown or N/A | Jan 03, 2008 | Absconded |
| Logan County | Oct 02, 2007 | Det. Par/CR Rtnd KS Supervsn |
| Thomas County | Sep 28, 2007 | Paroled To Detainer |
| Hutchinson CF-Central | Jul 10, 2007 | Parole Viol. No New Sentence |
| Ellis County | Jul 02, 2007 | DOC Warrant Issued |
| Sherman County | Jun 29, 2007 | DOC Warrant Issued |
| Wallace County | Jun 29, 2007 | DOC Warrant Issued |
| Logan County | Jun 12, 2007 | DOC War. Wthdrwn Supervsn I/S |
| Thomas County | Jun 07, 2007 | DOC Warrant Issued |
| Unknown or N/A | Apr 24, 2007 | Absconded |

| Location | Movement Date | Movement Reason |
|---|---|---|
| Logan County | Apr 16, 2007 | DOC Warrant Issued |
| Logan County | Feb 16, 2007 | In-State Post Release |
| El Dorado CF-Central | Dec 05, 2006 | Inter-Facility Movement |
| Lansing CF-Central | Oct 17, 2006 | Inter-Facility Movement |
| Ellsworth CF | Sep 07, 2006 | Inter-Facility Movement |
| El Dorado CF-RDU | Sep 01, 2006 | Returned From Court Appearance |
| Ellis County | Aug 30, 2006 | Released For Court Appearance |
| El Dorado CF-RDU | Jun 27, 2006 | New Court Commitment |
| Unknown or N/A | Jan 18, 2005 | Expiration Of Sentence |
| Logan County | Dec 28, 2004 | In-State Post Release |
| El Dorado CF-RDU | Nov 22, 2004 | Probation Viol. No New Sent |

## Completed Programs

| Name | Completion Date |
|---|---|
| High Risk T4C | May 16, 2016 |
| Spec R3 Srv - EDCF1 | Jul 22, 2010 |
| Life Skills | Sep 28, 2007 |

## KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|---|---|---|---|
| Sep 08, 2024 | 1 | El Dorado Correctional Fac. - Central | Tobacco Contraband Possession |
| May 23, 2024 | 1 | El Dorado Correctional Fac. - Central | Battery |
| Sep 19, 2023 | 1 | Hutchinson Correctional Facility - East | Dangerous Contraband |
| Sep 19, 2023 | 1 | Hutchinson Correctional Facility - East | Tobacco Contraband Possession |
| Sep 19, 2023 | 2 | Hutchinson Correctional Facility - East | Tattoos and Body Markings |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Sep 03, 2023 | 2 | Hutchinson Correctional Fac. - Central | Less Dangerous Contraband |
| Sep 02, 2023 | 2 | Hutchinson Correctional Fac. - Central | Tattoos and Body Markings |
| Jul 20, 2022 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Jul 20, 2022 | 1 | El Dorado Correctional Fac. - Central | Use of Stimulants |
| Jun 28, 2022 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Jun 28, 2022 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Jun 28, 2022 | 1 | El Dorado Correctional Fac. - Central | Interf W/Cell Oper/Visibility |
| Apr 14, 2022 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Oct 08, 2021 | 1 | El Dorado Correctional Fac. - Central | Misusing Meds |
| Oct 08, 2021 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| May 11, 2021 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| May 11, 2021 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| May 11, 2021 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Jan 02, 2021 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Jan 02, 2021 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Jan 02, 2021 | 1 | El Dorado Correctional Fac. - Central | Tobacco Contraband Possession |
| Oct 14, 2020 | 1 | El Dorado Correctional Fac. - Central | Obscenity |
| Oct 14, 2020 | 1 | El Dorado Correctional Fac. - Central | Tobacco Contraband Possession |
| Sep 08, 2020 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Jul 04, 2020 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Jul 04, 2020 | 1 | El Dorado Correctional Fac. - Central | Interf W/Cell Oper/Visibility |
| Jul 04, 2020 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Jul 04, 2020 | 2 | El Dorado Correctional Fac. - Central | Insub/Disrespect Officer/Other |
| Jul 04, 2020 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Jul 04, 2020 | 1 | El Dorado Correctional Fac. - Central | Interf W/Cell Oper/Visibility |
| Jul 04, 2020 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Jul 02, 2020 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Jul 02, 2020 | 1 | El Dorado Correctional Fac. - Central | Interf W/Cell Oper/Visibility |
| Jul 02, 2020 | 2 | El Dorado Correctional Fac. - Central | Misuse of State Property |
| Jul 02, 2020 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Jul 02, 2020 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Jun 10, 2020 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| May 13, 2020 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| May 11, 2020 | 1 | El Dorado Correctional Fac. - Central | Theft |
| May 11, 2020 | 1 | El Dorado Correctional Fac. - Central | Obscenity |
| May 11, 2020 | 2 | El Dorado Correctional Fac. - Central | Less Dangerous Contraband |
| May 03, 2020 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Apr 14, 2020 | 2 | El Dorado Correctional Fac. - Central | Less Dangerous Contraband |
| Apr 05, 2020 | 2 | El Dorado Correctional Fac. - Central | Sex Explicit Mtrl, n/SexOfndr |
| Mar 19, 2020 | 1 | El Dorado Correctional Fac. - Central | Theft |
| Mar 19, 2020 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Mar 19, 2020 | 2 | El Dorado Correctional Fac. - Central | Tattoos and Body Markings |
| Mar 01, 2020 | 2 | El Dorado Correctional Fac. - Central | Work Performance |
| Aug 14, 2019 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Aug 10, 2019 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Aug 10, 2019 | 2 | El Dorado Correctional Fac. - Central | Sex Explicit Mtrl, n/SexOfndr |
| Aug 07, 2019 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Jul 14, 2019 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Jul 03, 2019 | 1 | El Dorado Correctional Fac. - Central | Theft |
| Jul 03, 2019 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Nov 13, 2018 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Nov 13, 2018 | 2 | El Dorado Correctional Fac. - Central | Tattoos and Body Markings |
| Sep 20, 2018 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Sep 20, 2018 | 2 | El Dorado Correctional Fac. - Central | Insub/Disrespect Officer/Other |

| Date | Class | Location | Type of report |
|---|---|---|---|
| May 28, 2018 | 1 | El Dorado Correctional Fac. - Central | Theft |
| May 28, 2018 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Sep 20, 2017 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Apr 21, 2016 | 2 | El Dorado Correctional Fac. - Central | Unauthorized Dealing or Trade |
| Mar 08, 2014 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Feb 08, 2014 | 2 | Lansing Correctional Facility - Central | Disruptive Behavior |
| Dec 13, 2013 | 1 | Lansing Correctional Facility - Central | Fighting |
| Oct 13, 2013 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Oct 02, 2013 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Sep 21, 2013 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Jun 29, 2013 | 2 | Lansing Correctional Facility - Central | Less Dangerous Contraband |
| Oct 21, 2010 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Dec 26, 2006 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Oct 24, 2006 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |