Jon;

The purpose of this communication is to convey to you the concernes that I have in the prepreation of the Martinez report for the Courts.

Following is a list of the things I hope you can provide in the intrest of fairness + justice. It will serve the intrest of unbiased action to see to the dilligence in provieding the interviews + documents mentioned.

1. Interviews with Officers Dunnigan + Hutsell Both were presnt that day. Officer Dunnigan would later comment to me that "I thought I would never see you upright again"..

2. Any + all emails, grieveneces, (electronic + other wise), that were filed while I was in HCF from August 17, 2023 to January 7th, 2023.

3. Sick Call receipts from 7-7-23 to 11-17-23. These detail the complications I have contineued to experrence. Also they will show that by being afforded a face to face consultation, after explaining the same symptoms, Defendant Delano immediatly wrote "appendaeitiee" on the bottom of the sick call. (9-26-24).

EXHIBIT 2

4. Please also include that there is undue delay in

our recieving our legal mail. I didn't receive your letter until 11-1-24. Which was a day later than the deadline you set out. But it was recieved on 10-15-24 at the facility. It wasn't just your letter but also the one recieved by me from the courts.

5. If you never recieved an affidavit from Geraldine George can you please take one. 785-672-4551. She has important testomony of the experiences of that day.

6. Copies of the following IMPP's:
10-101, 10-111, 10-107, 10-117, 10-121
03-101, 03-104, 01-114, 16-108, 16-107
These will serve to outline the duties owed by all parties involved.

Thank you for your time + concideration in these matters.

Lewis George #81547
E.D.C.F.
P.O. Box 311
El Dorado KS 67042

Geraldine George
807 East 5th Street
Oakley KS 67748
785-672-4551



P.O. Box 1568
Hutchinson, KS 67504-1568

Department of Corrections
*Hutchinson Correctional Facility*

Phone: (620) 625-7253
Fax: (620) 728-3262
Jon.Graves@ks.gov
www.doc.ks.gov/facilities/hcf

Jeffery Zmuda, Acting Secretary
Dan Schnurr, Warden

Laura Kelly, Governor

December 2, 2024

Lewis Michael George #81547
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042

Re:   George v. Payne-Delano, et al.
      Case No. 24-CV-03123-JWL

Dear Mr. George:

I received your letter in my office while I was out of town and was able today to start investigating.

I don't know officers Dunnigan and Hutsell, but I am trying to identify them so I can talk with them.

I have asked for grievances and have identified and received those documents that are relevant from the relevant facilities. Statements and documents will be in the report. I don't have access to emails and don't know what relevance they might have, if any.

I have asked Centurion in the past for sick call slips and have been told that unless they are in the medical record they aren't retained separately. I will ask again to see if that has changed. The medical record will be in the report.

I have talked with your mother and have given her the correct address. If I receive an affidavit from her I will include it in the report.

I have not read all the IMPPs you requested to be included in the report. If they are relevant and not marked "staff read only" I will include them in the report.

I don't plan on attaching this most recent letter to the report unless you want me to do that.

Time to get back to work on the report. I don't want to ask for another extension of time to file it.

Thank you, Mr. George.

Sincerely,

*[signature]*

Jon Graves, Legal Counsel
Hutchinson Correctional Facility