John Gravis                                    11-1-24

Lewis George # my son is E.C.7
He got a letter from you, 23 days ago and just recieved today 11-1-24

Any way Lewis called and told me he was really sick, Lewis was really sick before E.C.7 did any thing. Any way I was really worried (mom) I called them a few times but couldnt get any answers.

When I did get hold of them - they said Lewis was in the hospital - I called the hospital in ELDorado and they said he wasnt there. Than I talked to some at E.C.7, they said they didnt no where Lewis was.

The sad part Lewis could of died and didnt even get talk to him.

Thanks for every thing.
Gennie George (mom)
785-672-4551

EXHIBIT 3