IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| LEWIS M. GEORGE, | ) | |
|    Plaintiff | ) | |
| v. | ) | Case No. 24- 3022-JWL |
| VANESSA PAYNE-DELANO, et al., | ) | |
|    Defendants. | ) | |

## AFFIDAVIT OF GORDON HARROD, MD

Pursuant to 28 U.S.C. § 1746, Gordon Harrod states under oath as follows:

1. I am over eighteen years of age, suffer from no impairment, and am otherwise legally competent to make this Affidavit.

2. My name is Gordon Harrod. The matters stated in this affidavit are based on my personal knowledge and review of the medical records of inmate Lewis M. George, as maintained by Centurion of Kansas, LLC ("Centurion") as custodian on behalf of the Kansas Department of Corrections ("KDOC").

3. I am employed by Centurion as a Physician at El Dorado Correctional Facility ("EDCF").

4. Centurion is the contracted provider of medical and dental services for KDOC facilities and performs its services under the State of Kansas Contract ID 48210 ("Centurion Contract").

5. I am familiar with the retention of medical records by Centurion and KDOC. The case file, records, and notes for patients, including Mr. George, contain opinions, acts, and events made at or near the time of entry by a person with knowledge and

EXHIBIT 4

were made and kept during the regularly conducted business activity by Centurion and KDOC. These records were made in the ordinary course of the provision of health care services to inmates in custody. It was a regular business activity of Centurion and KDOC to make and keep such records. I am relying on my personal recollection and the information contained in Mr. George's case file, records, and notes in accordance with standard medical health professional practice. I have given the opinions stated herein with a reasonable degree of certainty.

6. I am aware that Mr. George has made a complaint against El Dorado Correctional Facility staff and medical providers for issues surrounding his medical care.

7. The following is a non-exhaustive summary of the care and treatment provided to Mr. George related to the health issues raised in his complaint.

8. On June 25, 2023, Mr. George was seen by a nurse at sick call. He stated he was out of heart burn medication and that he had developed a constant ache in his upper right quadrant since he began taking the heart burn medication. The upper right quadrant of his stomach was not sensitive to the touch, and he had consistent bowel movements. Mr. George expressed he had a history of kidney stones. He was advised to drink plenty of fluids and was referred to the Medical Provider.

9. On June 29, 2023, a Nurse Practitioner saw Mr. George. He stated the discomfort began two weeks prior and that he was experiencing pain in the upper right quadrant of his abdomen which radiated to his back. No pain or tenderness was noted upon palpitation. Mr. George was encouraged to follow up if pain continued or became worse. He acknowledged and understood the plan.

10. At 9:54 a.m. on July 7, 2023, Nurse Vanessa Payne-Delano visited Mr. George after being told by correctional staff that Mr. George was requesting medical aid regarding pain associated with a kidney stone. Mr. George requested morphine and valium for the pain but settled for Tylenol. He was encouraged to drink water and use a warm compress of hot water for comfort.

11. At or around 10:51 a.m., I received a call from correctional staff stating that Mr. George was experiencing pain from a kidney stone. I spoke with Nurse Payne-Delano who stated that Mr. George was requesting morphine and valium for his pain. I reviewed Mr. George's chart and saw that he had a history of kidney stones. It was my impression that Mr. George was passing a kidney stone. I ordered Mr. George to receive Toradol, an anti-inflammatory and Phenergan an anti-emetic and to be frequently re-evaluated as his clinical course dictated.

12. Mr. George's symptoms subsided until 6:56 p.m. At this time, an intense pain returned to the right upper quadrant of Mr. George's abdomen. The nurse called the on-call physician and received orders to re-medicate Mr. George with Toradol and Phenergan.

13. At or around 10:30 p.m., Mr. George reported to correctional staff that his pain had become worse, he began feeling a lot of pressure in his abdomen and had complaints of chills. The on-call doctor was called once again and due to the facility not possessing the ability to perform an ultrasound to rule out appendicitis, the on-call doctor ordered Mr. George to be sent to the Emergency Room for evaluation. Mr. George left the facility for the Emergency Room at 11:15 p.m.

14. On July 12, 2023, Mr. George returned to the facility from the Hospital after undergoing a laparoscopic appendectomy on July 8, 2023.

15. Mr. George's was seen by medical staff for his initial complaints of abdominal pain before being sent to the Emergency Room. He was frequently evaluated and promptly provided medical care as needed.

16. Mr. George had a medical history of kidney stones and had made complaints of pain associated with a kidney stone. At the time I evaluated his condition, Mr. George's pain was localized to the right upper quadrant of his abdomen. Appendicitis is associated with pain in the lower right quadrant of the abdomen. He did not develop any pain in the lower right quadrant until the evening of July 7, 2023, to which orders were given to send Mr. George to the Emergency Room.

17. It is my personal medical opinion that Mr. George's condition was frequently addressed, diligently monitored, and treatment was promptly provided during this period.

Pursuant to 28 U.S.C. 1746, the above statements are true and based upon my personal knowledge to which I am competent to testify at trial. I declare, certify, verify, and state under penalty of perjury under the laws of the United States that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
Gordon Harrod, MD

Subscribed and sworn to before me this 12th day of November, 2024.

_____
Notary Public

My Appointment Expires:

ANDI I. THOMAS
Notary Public - State of Kansas
My Appt. Expires Sept. 19th 2025