IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LEWIS M. GEORGE, ) | |
|     Plaintiff ) | |
| v. ) | Case No. 24- 3022-JWL |
| VANESSA PAYNE-DELANO, et al., ) | |
|     Defendants. ) | |

**AFFIDAVIT OF BREANNA JOHNSTON**

Pursuant to 28 U.S.C. § 1746, Breanna Johnston states under oath as follows:

1. I am over eighteen years of age, suffer from no impairment, and am otherwise legally competent to make this Affidavit.

2. My name is Breanna Johnston. The matters stated in this affidavit are based on my review of the medical records of inmate Lewis M. George, as maintained by Centurion of Kansas, LLC ("Centurion") as custodian on behalf of the Kansas Department of Corrections ("KDOC").

3. I am no longer employed by Centurion.

4. Centurion is the contracted provider of medical and dental services for KDOC facilities and performs its services under the State of Kansas Contract ID 48210 ("Centurion Contract").

5. I am familiar with the retention of medical records by Centurion and KDOC. These records were made in the ordinary course of the provision of health care services to inmates in custody. It was a regular business activity of Centurion and KDOC to

EXHIBIT 5

make and keep such records. I am relying on my personal recollection and the information contained in Mr. George's case file, records, and notes in accordance with standard medical health professional practice. I have given the opinions stated herein with a reasonable degree of certainty.

6. I am aware that Mr. George has made a complaint against El Dorado Correctional Facility ("EDCF") staff and medical providers for issues surrounding his medical care.

7. I am not a Nurse Practitioner as Mr. George alleges and have never provided medical care to Mr. George.

8. I did not discuss Mr. George's symptoms, diagnoses, or course of care with Vanessa Payne-Delano and neither have I provided any recommendations or suggestions of medical care to any Centurion employee in regard to Mr. George.

9. I believe Mr. George incorrectly named me as a party to this litigation. I was not involved in the medical care provided to Mr. George and I was not involved in any of the events Mr. George alleges in his Complaint.

Pursuant to 28 U.S.C. 1746, the above statements are true and based upon my personal knowledge to which I am competent to testify at trial. I declare, certify, verify, and state under penalty of perjury under the laws of the United States that the foregoing is true and correct.

FUTHER AFFIANT SAYETH NOT.

_____
Breanna Johnston, BHP

**11/12/2024**
_____
Date