IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| LEWIS M. GEORGE, | ) | |
|     Plaintiff | ) | |
| v. | ) | Case No. 24- 3022-JWL |
| VANESSA PAYNE-DELANO, et al., | ) | |
|     Defendants. | ) | |

### AFFIDAVIT OF VANESSA PAYNE-DELANO, RN

Pursuant to 28 U.S.C. § 1746, Vanessa Payne-Delano states under oath as follows:

1. I am over eighteen years of age, suffer from no impairment, and am otherwise legally competent to make this Affidavit.

2. My name is Vanessa Payne-Delano. The matters stated in this affidavit are based on my personal knowledge and review of the medical records of inmate Lewis M. George, as maintained by Centurion of Kansas, LLC ("Centurion") as custodian on behalf of the Kansas Department of Corrections ("KDOC").

3. I am employed by Centurion as a Registered Nurse at El Dorado Correctional Facility ("EDCF").

4. Centurion is the contracted provider of medical and dental services for KDOC facilities and performs its services under the State of Kansas Contract ID 48210 ("Centurion Contract").

5. I am familiar with the retention of medical records by Centurion and KDOC. The case file, records, and notes for patients, including Mr. George, contain opinions, acts, and events made at or near the time of entry by a person with knowledge and

EXHIBIT 6

were made and kept during the regularly conducted business activity by Centurion and KDOC. These records were made in the ordinary course of the provision of health care services to inmates in custody. It was a regular business activity of Centurion and KDOC to make and keep such records. I am relying on my personal recollection and the information contained in Mr. George's case file, records, and notes in accordance with standard medical health professional practice. I have given the opinions stated herein with a reasonable degree of certainty.

6. I am aware that Mr. George has made a complaint against El Dorado Correctional Facility staff and medical providers for issues surrounding his medical care.

7. The following is a non-exhaustive summary of the care and treatment provided to Mr. George related to the health issues raised in his complaint.

8. At 9:54 a.m. on July 7, 2023, I responded to Mr. George's cell after correctional staff alerted me that he was requesting medical care. Mr. George did not present to be in intense or extreme pain but more so showed signs of annoyance and agitation. He explained to me that in the previous weeks he had seen medical providers for pain associated with kidney stones and was requesting morphine and valium for his pain. I encouraged him to drink water and use a warm compress of hot water for comfort. I additionally suggested he take Tylenol. Mr. George was adamant about receiving the same drugs he took for kidney stones when he was "in Mexico" but settled on taking the Tylenol.

9. At or around 10:51 a.m., Mr. George was brought into the sick-call room for an assessment. Around this time, I received a call from Dr. Harrod inquiring about the

status of Mr. George. I told him that Mr. George was experiencing pain associated with an apparent kidney stone and was requesting morphine and valium for his pain. Dr. Harrod reviewed Mr. George's chart and ordered Mr. George to receive an injection of Toradol, an anti-inflammatory, and Phenergan, an anti-emetic and for Mr. George to be frequently re-evaluated as his clinical course dictated.

10. I administered the Toradol and Phenergan injections. After administering the injections, I did not hear any complaints from Mr. George for the rest of my shift and no signal was called on his behalf.

11. It is my personal medical opinion that Mr. George's condition was frequently addressed, diligently monitored, and treatment was promptly provided during this period.

Pursuant to 28 U.S.C. 1746, the above statements are true and based upon my personal knowledge to which I am competent to testify at trial. I declare, certify, verify, and state under penalty of perjury under the laws of the United States that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
Vanessa Payne-Delano, RN

Subscribed and sworn to before me this 8 day of NOVEMBER, 2024.

NOTARY PUBLIC - State of Kansas
JENNELL BUCHANAN
My Appt Expires 10-10-26

Notary Public

My Appointment Expires: 10-10-26