# AFFIDAVIT

State of Kansas    )
                   )  ss:
County of Butler   )

I, Tommy Williams, Warden, at the Eldorado Correctional Facility (EDCF), being duly sworn according to law upon my oath, do hereby certify and affirm that I have personal knowledge of the following to be true:

1. My name is Tommy Williams and I am the Warden at the Eldorado Correctional Facility (EDCF), located in El Dorado, Kansas. I became so employed at this facility in February of 2022. I have previously served in a variety of security and administrative capacities at Hutchinson Correctional Facility where I served as deputy warden for five years prior to assuming my position as warden at Eldorado Correctional Facility. I have been employed by the State of Kansas Department of Corrections in various capacities since 1984.

2. I am the senior administrator for the El Dorado Correctional Facility, but I do not directly supervise line staff or directly conduct their training regarding medical care of inmates. In most cases the contract medical staff makes the decisions for treatment, as in this case involving Inmate Lewis George KDOC #81547. I did not know anything about the health issues until after Mr. George was hospitalized.

3. Any actions I took or did not take regarding plaintiff were performed within the scope of the duties of my position of employment with the State of Kansas and not in any personal or non-business capacity.

FURTHER AFFIANT SAITH NOT!

_____
Tommy Williams

Subscribed and sworn to before me this 5th day of November, 2024.

NOTARY PUBLIC - State of Kansas
JANIE L. POWELL
My Appt Expires 5/16/26

_____
Notary Public

EXHIBIT 1