# AFFIDAVIT

**State of Kansas** )
) ss:
**County of Shawnee** )

I, Darcie Holthaus, a Corrections Manager II for the Kansas Department of Corrections (KDOC), being duly sworn according to law upon my oath, do hereby depose and state as follows:

1. My name is Darcie Holthaus, a Corrections Manager II for the Kansas Department of Corrections. As a part of my duties, I act as the designee for the Secretary of Corrections for the purpose of reviewing property claim appeals, inmate grievance appeals from the correctional facilities around the state and also for receiving emergency grievances filed by inmates to decide if an emergency exists which was of the magnitude sufficient to justify not going through the facility investigation first.

2. I have searched my records for grievance appeals by resident Lewis George, Kansas Department of Corrections number 81547 (George), regarding any medical issues and treatments he was experiencing on or around July 7, 2023. I found one Grievance, number CA00023040, which was appealed to the secretary of corrections. I reviewed it on April 2, 2024, and upheld the responses previously given. A copy of the grievance is attached and labeled "Exhibit A".

3. I also searched my records for any property or personal injury claims filed by George regarding any medical issues and treatments he was experiencing on or around July 7, 2023, and found no such property claims had been appealed to the secretary of corrections.

EXHIBIT 8

4.  Any actions I took or did not take regarding plaintiff were performed within the scope of the duties of my position of employment with the State of Kansas and not in any personal or non-business capacity

FURTHER AFFIANT SAITH NOT!

_____
Darcie Holthaus

Subscribed and sworn to before me this 15th day of November, 2024.

Heather J Cummings
NOTARY PUBLIC – STATE OF KANSAS
MY APPT EXP: 4.29.2026

_____
Notary Public

# Grievance-Response on Appeal

**FACILITY:** El Dorado Correctional Facility

**INMATE:** 0081547 George, Lewis

**GRIEVANCE NO.:** CA00023040

**DATE:** April 2, 2024

## FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

## CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate. This is past the time allowable for submitting a grievance.

## ACTION TAKEN

None further.

*[signature]*

Darcie Holthaus
SECRETARY OF CORRECTIONS DESIGNEE

cc:   Warden Williams
Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.

Exhibit __A__

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

Inmate's Name: Lewis Cooper  Number: 81547

Facility: EDCF   Housing Unit: A1-108   Work Detail: UAC

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

This is in reference to the incident which took place on 7-7-23 while I was in A1-216. I was allowed, after informing multiple KDOC officers, Unit teams, & Centurion staff to languish in excruciating pain for 15 (approx) hours. Due to Centurion nurse Payne-Belano's misdiagnosis of the situation as a kidney stone. It was in fact an appendectomy & I was very real & very serious. She refused to pull me from my cell at any time & all requests to KDOC officers & staff to get me seen by a nurse practitioner or doctor were summarily denied me until CS1 Rinehart did the right thing & got me help. I have been having problems getting informal resolution & responses to grievances.

Date this report was given to Unit Team for informal resolution (to be completed by inmate). 3-6-24

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

See attached.

Unit Team Signature: [signed]   Date: 3-7-24

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

___ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_X_ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). 3-8-24

Inmate Signature: [signed] 81547   Date: 3-8-24

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received: MAR 18 2024   Date of Final Answer: MAR 22 2024   Date Returned to Inmate: ___

Inmate's Signature ___ Date ___ Unit Team Signature ___ Date ___

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

**TO BE COMPLETED BY STAFF ONLY**

Grievance Serial Number: AA23040

Type of Complaint (Item 4: Code 01-75): 02

Cause of Complaint (Item 5: Code 01-30): 07 / 08

RECEIVED MAR 18 2024 WARDEN'S OFFICE CL

Form 9
For Cellhouse Transfer
Work Assignment
Interview Requests

George
Inmate's Last Name Only

83547
Inmate Number

**INFORMAL RESOLUTION!**

## KANSAS DEPARTMENT OF CORRECTIONS

## INMATE REQUEST TO STAFF MEMBER

To: Unit Team Little

Date: _____

In compliance with H4-15-101, This is my attempt at an informal resolution to the incident that took place on 7-7-23 in which EDCF Staff + Centurion staff negligence almost caused my death.

Work Assignment: _____

Living Unit Assignment: C2-149

Comment: This Form 9 was also submitted electronically

Detail or C.H. Officer: _____

Disposition: This has already been grieved and you were assessed that day.

To: _____ (Name & Number)     Date: _____

Disposition: _____

Employee's Signature

To be returned to inmate

El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS, 67042


Kansas
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Tommy Williams, Warden

Laura Kelly, Governor

July 21, 2023

To: George, Lewis #81547

Re: Grievance dated 7-20-23

Issue: Resident feels like he was not given proper care by medical staff and EDCF staff were negligent due to not calling a medical emergency.

Response: Per 44-15-102(a) you have failed to show proof that, you attempted an informal resolution before submitting your grievance.
   44-15-102 (a) Grievance step 1: preliminary requirement; informal resolution and problem solving at unit team level. 44-15-102(b)(1) The inmate shall attach a copy of each inmate request form used to attempt to solve the problem and shall indicate on the inmate grievance why the informal resolution did not work.

This grievance was forwarded to me to answer by the warden because it is not an emergency grievance. I can't answer for medical staff and their procedures/policies. You did speak with me at the cell door and stated the Tylenol was not strong enough for your kidney stones that you believed you had so I did call for stronger medicine before I left for work that day. You state you were seen again by medical and at that time they didn't feel the hospital was necessary. I am glad to hear that medical decided to get you to the hospital.

No further action will be taken.

UTM Buchanan
ACH



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS, 67042

**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Laura Kelly, Governor

Jeff Zmuda, Secretary
Tommy Williams, Warden

Date: Thursday March 7, 2024

To: George, Lewis #81547 A1-108
Subject: Grievance dated 3-6-24 received by my office on 3-7-24

Finding Facts: In your grievance you are referencing an incident that took place on 7-7-23. You also stated that you are having issues getting answers from 9's and grievance responses.

Conclusion: This grievance is from an issue that happened on 7-7-23. This has been answered on a grievance which you provided the answer with this grievance. Unless you have new evidence for this incident it is past the time frame.

Actions taken: None at this time.

UTS C Brewer
ACH Unit Team