# AFFIDAVIT

State of Kansas    )
                   )  ss:
County of Butler   )

I, Janie Powell, Administrative Specialist, at the Eldorado Correctional Facility (EDCF), being duly sworn according to law upon my oath, do hereby certify and affirm that I have personal knowledge of the following to be true:

1. I am a duly authorized custodian of records at the Kansas Department of Corrections ("KDOC").

2. I am the keeper of grievances filed at Eldorado Correctional Facility ("EDCF"), among other records.

3. I searched the record for any grievances filed by Lewis Michael George, resident number 81547, and I found two grievances from Mr. George relating to his medical issues arising on July 7, 2023.

4. The first document is an emergency grievance dated July 14, 2023, which was sent to Warden Williams. Warden Williams responded by letter dated June 20, 2023. This date was likely a mistake and should have been dated July 20, 2023. This letter determined the grievance did not state an emergency and referred it to Jennelle Buchanan for a response. This document is attached hereto and is labeled "Exhibit A".

5. The second document is Grievance CA00023040 dated March 6, 2024. Attached to that grievance are a series of documents. First, an undated Form 9 communication noting it to be an attempt at an informal resolution. Second is the grievance itself. The unit team responded the next day and attached the written response noting the grievance had been previously answered and was now out of time. The original response from Jennelle Buchanan dated July 21, 2023, was also attached. Warden Williams responded to the grievance appeal on March 22, 2024, indicating the original response from Jennelle Buchanan was appropriate. Mr. George appealed the response to the secretary of corrections, whose designee Darcie Holthaus indicated on April 2, 2024, that the previous response to the original emergency grievance was appropriate and that this current grievance was submitted out of time. A copy of this grievance and attachments is attached hereto and is labeled "Exhibit B".

6. I also searched the Warden's correspondence for any sent by resident George and find no correspondence between resident George and the Warden.

EXHIBIT 9

FURTHER AFFIANT SAITH NOT!

_____
Janie Powell

Subscribed and sworn to before me this 14th day of November, 2024.

_____
Notary Public

NOTARY PUBLIC - State of Kansas
MATTHEW BEYER
My Appt Expires 3-1-2027

El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042



Kansas
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Tommy Williams, Warden

Laura Kelly, Governor

Date: June 20, 2023

To: George, Lewis #81547 A1-216

RE: Emergency Grievance

Your "Emergency grievance" was sent to my office 7/20/23 for a response.
Per 44-15-106 Emergency Procedure, Emergency Grievances shall mean those grievances for which disposition according to the regular time limits would subject the offender to a substantial risk of personal injury, or cause other serious and irreparable harm to the offender.

It is determined that this complaint is **not an emergency**. It is being forwarded to UTM J. Buchanan for response.

Tommy Williams, Warden
El Dorado Correctional Facility

Cc: File
    UTM J. Buchanan

Exhibit ___A___

**✳ EMERGENCY GRIEVANCE!!! ✳**

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name: Lewis George
Number: 81547
Facility: EDCF-C
Housing Unit: A1-216
Work Detail: _____

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

**SEE ATTACHED!**

Date this report was given to Unit Team for informal resolution (to be completed by inmate). **7-14-23**

## UNIT TEAM RESPONSE (Complete and return to inmate within 10 calendar days.)

Unit Team Signature _____  Date _____

## INMATE RESPONSE (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_____ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

Inmate Signature _____  Date _____

## WARDEN RESPONSE (Complete, attach response and return within 10 Working days.)

Date Received _____  Date of Final Answer _____  Date Returned to Inmate _____

Inmate's Signature _____  Date _____  Unit Team Signature _____  Date _____

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number _____
Type of Complaint (Item 4: Code 01-75) _____
Cause of Complaint (Item 5: Code 01-30) _____
Type of Response (Item 6a: Code 01,02,08 or 09) _____

This is to serve as the narrative text for the accounts of events that through KDOC Officer [crossed out] & Centurian medical staff negligence came very close to costing me my life! Below is a full account of the events.

On July 7th, 2023 I awoke at AM Ice pass (7:30 ish). After receiving Ice, I went to set my cooler down & felt an extreme sharp pain in the right side of my abdomen. It hurt so badly that I began vomiting. Both myself & my cell mate notified CSI Firman that I was in extreme distress. Around 8:45-9:00AM a nurse came to my door & spoke with me about what symptoms I was experiencing. She did not preform a physical examination. She told me she "would see what she could do. That she had to make some calls". She returned 10 min (aprox) later & informed me that the Segregation Nurse Practitioner Snipp was off for 3 days so she had to call Johnston who was the Nurse Practitioner for General Population. Johnston told her that she wasnt going to interfear in a Segregation case. That based on my medical history of kidney stones all she could do was give me some Tylenol & let them pass. Still no examination was provided. Vomiting & excrutiating pain continued until 11:30-12:00 AM when I made a call home on the phone in my cell to my Mother. After explaining my situation to her & requesting her assistance she began calling the facility speaking with Administration & Unit Team requesting they get me help & treatment.

that the Unit Team Manager Buchanan had contacted Medical & they said they were sending the nurse with some pain meds. Around 3:30 - 4:00 PM CSI Frimon & an escorting officer pulled me out to the sea mic. Where the nurse administered a shot of Toridol & a shot of Finnergan to help with pain & nausea respectively. She listened to my abdomin with a stethascope & pressed a few times in the area where I was standing, through the jumpsuit. At no time did she ask me any questions. She did though inform me that "if it's a kidney stone it will have to pass on its own".

After returning me to my cell, I was able to lay down util around 5:30 - 6:00 PM. Upon waking & immediatly vomiting from the still excrutiating pain, I began shivering violently & uncontrolably. The pain had increased exponentally along with the nausea. My ability to stand & walk stabily was also compromised! Around 7:00 PM I experienced a super strong burst of pain which caused me to yell out loudly at the top of my voice. After vomiting once more the pain dulled to it's previous level & was accompanied with a burning sensation in my lower right abdomin area. CO Reich heard my cellmate's continual calls for help & my vomiting from the cell & came to my cell & asked if I was going to be ok. After seeing both my cellmate & I tell him that I needed help badly & having one look at me, he departed my cell & went to the deck & began calling higher up his chain of command & medical staff to attempt to get me the desperately needed help. Around 9:00 PM

e to the hospital for treatment. At that point I was pulled again to the Seg clinic & given another shot of Toridol & Finergan & llowed to sit in a plastic chair in the stripout room, restrained behind my back. After the shots were administered. No abdominal xamination was preformed! Around 9:45-10:00PM I was finally transported to Susan B. Allen hospital in El Dorado. Upon rrival & stabilization in the ER. I was placed in a CAT scan examined abdominally at which point Dr. McKesey shortly iagnosed that I had an appendacitice. After confirming I did in fact want to proceede with surgery it was scheduled for 7:00AM on July 4th, 2023. Upon awaking from the surgery Dr. McKesey informed e that he was glad that I had opted for surgery because my pendix had in fact ruptured & had I been 2 more hours later tting to the hospital he beleived I would have died.

After going through this experience I have learned that sides a CAT scan, the simplest, easiest way to diagnose an pendicitice is as follows. A person should press on the area where e pain is, firmly but gently & ask the patient "Does the pain feel ny diffrent?". If the response is that the pain goes away or lessen ignificantly, but after the area is released the pain returns ull force. This designates an appendicitice. At NO TIME was this st administered by Centurion staff!! This demonstrates gross negligence it of itself. Waiting approx. 7 hours (8:00-3PM), to preform the kind owed abdominal exam demonstrates gross negligence & medical malpracti

e nurse to give me some Tylenol & let the kidney stone pass. This demonstrates gross medical malpractice & negligence on her part.

Any officer, Unit Team, or KDOC employee who came to my cell observed me in the approximately 15 hour time frame in which I suffered before being taken to a hospital. They could have gotten their radio & called a medical emergency. Thereby dramatically reducing not only the length of my suffering, but also the time the hospital & subsequent treatment. This demonstrates gross negligence on their parts.

As to what I want to happen to those involved I defer at disposition for those found to be at fault be just & to the farthest extent allowed.

Personally I am filing this as my attempt to exaust all my available remedies. At which time I will file a lawsuit. I will be suing an immediate release and/or financial damanges to compensat for not only my totally undue pain & suffering, but also to help for any medical issues that may arise further down the road.

| 7-14-23 | Lewis M. George #81547 |
| Date | Lewis M. George #81547 |
| | P.O. Box 311 |
| | E.D.C.F. |
| | El Dorado Ks 67042 |

# Grievance-Response on Appeal

**FACILITY:** El Dorado Correctional Facility

**INMATE:** 0081547 George, Lewis

**GRIEVANCE NO.:** CA00023040

**DATE:** April 2, 2024

### FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

### CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate. This is past the time allowable for submitting a grievance.

### ACTION TAKEN

None further.

*[signature]*
Darcie Holthaus
SECRETARY OF CORRECTIONS DESIGNEE

cc:  Warden Williams
Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.

Exhibit B



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS, 67042

**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Laura Kelly, Governor

Jeff Zmuda, Secretary
Tommy Williams, Warden

Date: MAR 2 2 2024

To: George, Lewis #81547 C2-115

Subject: Grievance dated 3/6/24, CA23040

Findings of Facts: Your grievance was received and a review into your allegations has been completed.

Conclusion Made: After a review of the applicable documentation, it was determined the response provided by UTM J. Buchanan is appropriate regarding your issues.

Action Taken: Appropriate steps have been taken to ensure the process has been properly followed.

Pursuant to K.A.R. 44-15-102 (3) (B), you may appeal this answer by submitting the appropriate form to the Secretary of Corrections by mail.

*[signature]*
Tommy Williams, Warden
El Dorado Correctional Facility

Cc: file
Offender
UTM J. Buchanan

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name: Lewis Cooksey
Facility: EDCF
Housing Unit: A1-108
Number: 81547
Work Detail: IWC

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). This is in reference to the incident which took place on 7-7-23 while I was in A1-216. I was allowed, after informing multiple KDOC officers, Unit teams, + Centurion staff to languish in excrutiating pain for 15 (approx) hours. Due to Centurion nurse Payne-Delano's mis-diagnosis of the situation as a kidney stone. It was in fact an appendectomy + was very real + very serious. She refused to pull me from my cell at any time + all requests to KDOC officers + staff to get me seen by a nurse practitioner or doctor were summarily denied me until CS1 Riechert did the right thing + got me help. I have been having problems getting informal resolution + responses to grievances.

Date this report was given to Unit Team for informal resolution (to be completed by inmate). 3-6-24

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

See attached.

Unit Team Signature _____ 3-7-24
Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_X_ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

Inmate Signature 81547    3-8-24
Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)
Date Received MAR 18 2024    Date of Final Answer MAR 22 2024    Date Returned to Inmate _____

Inmate's Signature _____ Date _____ Unit Team Signature _____ Date _____
If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number: CA23040
Type of Complaint (Item 4: Code 01-75): 02
Cause of Complaint (Item 5: Code 01-30): 07
                                          08

RECEIVED MAR 18 2024 WARDEN'S OFFICE CL

Form 9
For Cellhouse Transfer
Work Assignment
Interview Requests

**INFORMAL RESOLUTION!**

Inmate's Last Name Only: George

Inmate Number: 81547

## KANSAS DEPARTMENT OF CORRECTIONS

### INMATE REQUEST TO STAFF MEMBER

To: Unit Team Little          Date: _____

In compliance with 44-15-101, This is my attempt at an informal resolution to the incident that took place on 7-7-23 in which EDCF staff + contracted staff negligence almost caused my death.

Work Assignment: _____

Living Unit Assignment: C2-149

Detail or C.H. Officer: _____

Comment: This Form 9 was also submitted electronically

Disposition: This has already been grieved and you were assessed that day.

To: _____ (Name & Number)    Date: _____
Disposition: _____

Employee's Signature          To be returned to inmate



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Tommy Williams, Warden

Laura Kelly, Governor

July 21, 2023

To: George, Lewis #81547

Re: Grievance dated 7-20-23

Issue: Resident feels like he was not given proper care by medical staff and EDCF staff were negligent due to not calling a medical emergency.

Response: Per 44-15-102(a) you have failed to show proof that, you attempted an informal resolution before submitting your grievance.
    44-15-102 (a) Grievance step 1: preliminary requirement; informal resolution and problem solving at unit team level. 44-15-102(b)(1) The inmate shall attach a copy of each inmate request form used to attempt to solve the problem and shall indicate on the inmate grievance why the informal resolution did not work.

This grievance was forwarded to me to answer by the warden because it is not an emergency grievance. I can't answer for medical staff and their procedures/policies. You did speak with me at the cell door and stated the Tylenol was not strong enough for your kidney stones that you believed you had so I did call for stronger medicine before I left for work that day. You state you were seen again by medical and at that time they didn't feel the hospital was necessary. I am glad to hear that medical decided to get you to the hospital.

No further action will be taken.

UTM Buchanan
ACH



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Tommy Williams, Warden

Laura Kelly, Governor

Date: Thursday March 7, 2024

To: George, Lewis #81547 A1-108
Subject: Grievance dated 3-6-24 received by my office on 3-7-24

Finding Facts: In your grievance you are referencing an incident that took place on 7-7-23. You also stated that you are having issues getting answers from 9's and grievance responses.

Conclusion: This grievance is from an issue that happened on 7-7-23. This has been answered on a grievance which you provided the answer with this grievance. Unless you have new evidence for this incident it is past the time frame.

Actions taken: None at this time.

UTS CB
UTS C Brewer
ACH Unit Team