# AFFIDAVIT

State of Kansas    )
                  )    ss:
County of Butler   )

       I, Jarris Perkins, Unit Team Manager – Compliance & Public Information Officer, at the Eldorado Correctional Facility (EDCF), being duly sworn according to law upon my oath, do hereby certify and affirm that I have personal knowledge of the following to be true:

1. I am a duly authorized custodian of records at the Kansas Department of Corrections ("KDOC").

2. I am the keeper of property claims filed at Eldorado Correctional Facility ("EDCF"), among other records.

3. I searched the record for any property claims filed by Lewis Michael George, resident number 81547, regarding his claim for medical issues arising on July 7, 2023. I found one property claim from Mr. George relating to these facts. It referenced the July 7, 2023, date of loss, and was submitted by Mr. George on May 20, 2024. The claim was not assigned a number and contained a recommendation that the claim be denied. It does not appear that Mr. George took any further action on this claim denial and it does not appear that the claim was appealed to Darci Holthaus in Topeka as would be the procedure if an appeal was requested. I have attached the document above described to this affidavit and have labeled it "Exhibit A".

FURTHER AFFIANT SAITH NOT!

_Jarris Perkins_
Jarris Perkins

Subscribed and sworn to before me this _14th_ day of _November_, 2024.

NOTARY PUBLIC - State of Kansas
JANIE L. POWELL
My Appt Expires _5/16/26_

_Janie L. Powell_
Notary Public

EXHIBIT __10__



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Tommy Williams, Warden

Laura Kelly, Governor

DATE: June 11, 2024

TO: George, Lewis #81547

FROM: Meagan Cartwright

SUBJECT: Property Claim

Your property claim is being sent back to you due to it being over the eligible amount making it denied: **IMPP 01-118D, II.C.1** – "No reimbursement payment for an amount of more than $500 shall be made on any claim." The claim is past the allowable 10 days for in injury IMPP 01-118 II B.

Meagan Cartwright, SAA
Property Claims

Cc:     Jarris Perkins
        Compliance & Public Information Officer

Exhibit ___A___

# KANSAS DEPARTMENT OF CORRECTIONS

## EL DORADO CORRECTIONAL FACILITY

REPORT OF INVESTIGATION                                    PAGE 1 OF 1

| 1. Case:<br><br>Property Lost/Personal Injury<br>Claim | 2. Date of Personal<br>Injury/Property Damage/Loss:<br><br>07/07/2023 | 3. Amount of Claim:<br><br>$ 300,000.00 |
|---|---|---|

| 4. Facility Log Number Assigned: | 5. Date Received: 5/20/2024 |
|---|---|

| Name & DOC # George, Lewis #081547 |
|---|

**ALLEGATIONS:** Resident George claims that he suffered personal injury after security and medical staff failed to respond appropriately to his medical event.

**FINDING OF FACTS:** Resident alleges that this claim was first submitted in a timely manner on 7/17/23. No such claim could be found. Resident offers an electronic form 9(attached)as proof that the claim was filed in a timely manner. While this form 9 refers to the incident, it is not proof of a claim filing.

**RECOMMENDATION:** It is recommended that this claim be denied for the following reasons:

IMPP 01-118 II B; Claims for personal injury shall be submitted within ten (10) calendar days of the claimed personal injury.

IMPP 01-118 II C. 1; No reimbursement payment for an amount of more than $500.00 is to be made on any claim.

| Signature:<br><br>_Seth Berry_ | Date:<br><br>_06/11/2024_ | 11. Distribution:<br>___ Major<br>___ Warden<br>___ Central Office<br>___ Offender<br>___ Other |
|---|---|---|

THIS REPORT IS THE PROPERTY OF THE KANSAS DEPARTMENT OF CORRECTIONS, NEITHER IT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

*2nd* filing for claim filed 7-18-23 (approx)

## PROPERTY DAMAGE/LOSS OR PERSONAL INJURY CLAIM FORM

| Section I |
|---|

| Filed **AT** Facility No.: | Facility Initials: |
|---|---|
| Filed **AGAINST** Facility No.: | Facility Initials: |

(Refer to PLC coding manual for facility no. & initials)

| Name of Claimant (Last, First, MI): George, Lewis, M. | KDOC Number 81547 |
|---|---|

| Type of Claim (circle one) : | Lost Property | Damaged Property | (Injury) |
|---|---|---|---|

| Amount of Claim: $300,000 | Date of Loss Damage, or Injury (MO/DAY/YR): 7-7-23 |
|---|---|

Where Loss, Damage, or Injury Occurred:

If occurred in cellhouse, enter cellhouse/room number: A1-216

Otherwise, circle one of the following:
Mailroom        R&D                 Central Property
Laundry          Gym                 Dining Room
Other Location

NATURE OF CLAIM (Set forth detailed facts, including date of loss, damage or injury, how it occurred, place of occurrence, how you claim institution or employee was negligent, and amount of the claim.): Attached is a detailed description of the events that took place on 7-7-23. This is my second time filing a personal injury claim about this incident. There is no record of the filing on 7-18-23. As proof of my filing I ask you refer to the electronic communication # 264934171 which was filed on 7-17-23. From the outset of this incident I have been inhibited & foiled at every turn in my efforts to resolve this issue at every turn.

I am aware that presenting a false claim may result in penalties (under K.S.A. 75-7501 et seq., K.A.R. 44-12-101 et seq., etc.), and I declare (or verify, certify or state) that the foregoing is true and correct to the best of my knowledge, understanding, and belief.

| Claimant Signature: _Lewis George_  81547 | Date: 5-20-24 |
|---|---|

| Received from Resident/Claimant: | Date: 5/21/04 | Time: 13.00 |
|---|---|---|
| UT Name (print): UTS Bong | UT Signature: | Claimant Initials: LG |

| Section II |
|---|

| Received by Warden/Superintendent on (MO/DAY/YR): | Facility Log No. Assigned: |
|---|---|

Inquiry Report:

RECEIVED

JUN 11 2024

DWO'S OFFICE

| Date (MO/DAY/YR): | Investigator Name (print): | UT Member or Investigator Signature: |
|---|---|---|

| Section III |
|---|

**ORIGINAL**

On 7-7-23 at AM ice pass (7:30 AM approx), after receiving ice, I went to set down my cooler & felt an extremely sharp increase in the abdominal pain I had been experiencing for the prior 2 weeks, (there are multiple sick call reciepts in the Centurion computer system proving this). Within 2-4 min I had informed CS1 Firman of this pain & requested to see a nurse A.S.A.P. Approximately 20 min later I vomited for the first of many times that day. The pain was 8 or 9 out of 10. I also asked CO1 Luna for assistance from a nurse around 8:00 AM.

At around 8:30 AM CS1 Firman, CO1 Luna, & Centurion nurse Vanessa Payne-Delano came to my cell door 216 in A1 cell house. After asking me some questions about my symptoms, & being told of my continued ability to urinate freely w/o pain. Delano left my cell to "make a phone call". The "phone call" was placed to Breanna Johnston who was the only Centurion employee on site who was legally able to give a medical diagnosis. Johnston refused to come to seg to see me & refused to interfere in a seg case. She did how ever look at my medical chart & offer the opinion that I may be "suffering from a kidney stone". Payne-Delano returned to my door & gave me a card Tylenol & told me "your probably passing a kidney stone". "This is it I can do for you". I asked her if she would pull me from my cell or the sick call room & at least examin me. Delano became offended & told me she "is a medical professional & stands by her diagnosis". keep in mind as an RN she's legally inequalified to give any, ANY diagnosis at all!

After having been privy to the exchange (CS1 Firman, CO1 Luna

ORIGINAL

both refused to call medical emergency to get me seen by another medical professional".

From that point on I would catch not just Firman & una, but also Unit Team's Little & Buchanan & at multiple times had them observe my outwardly visible symptoms. These symptoms would manifest themselves between 8:30 AM to 6:00 PM. The progress is as follows: 1. Vomiting 2. Sweating, 3. Pale Skin, these symptoms had manifest themselves between 8:30 AM & 12:00 PM. 4. Uncontrolable shaking, 5. Teeth chattering, 6. Yellowing of Skin, these symptoms manifested themselves in concert with the others between 12:00 PM & 6:00 PM. All the above named KDOC employees visually observed these symptoms & watched me vomiting on multiple occasions & ALL of them refused to get me any help or declare medical emergency. The pain was so excruciating I was screaming in agony & crying.

Around 7:00 PM CS1 Reichart finally had enough time to sit down behind the desk after dealing with multiple man downs & other signals. Shortly after sitting down I began feeling neverous. When I tried to get up from my bed to go to the toilet to vomit. I felt a popping sensation accompanied by a sharp increase in pain. I passed out hit my head on the wall. Waking up on the floor, my cell mate was at the door & screaming for an officer to help me. CS1 Reichart responded quickly & observed me vomiting. He asked me if I was going to be ok?". My cell mate helped me to my feet & flipped the light on. CS1 Reichart took one look at me & said, "Oh my God! George your yellow! I'll be right back". He immediately left my cell & went to the desk to begin calling up the chain of command to get me some help.

ORIGINAL

Around 9:00 PM (approx), CST Reichert & another officer pulled me to the sick call room where a nurse administered a shot of Toridol & Finegan. Neither of these were effective at ALL; toward 10:45 to 1100 PM I was pulled to the strip out room & allowed to sit in a plastic chair, restrained behind my back, to wait until SST came to take me to the infirmary & subsequently to Susan B. Allen hospital in El Dorado. Within an hour of my arrival I had been diagnosed with appendicitis & had surgery scheduled for 1:00 AM the following morning.

Doctors & nurses at Susan B. Allen asked me why I had been allowed to deteriorate to the condition I was in upon my arrival. Along with the diagnosis of appendicitis I was also suffering from sepsis due to my abdomen having been filled with fecal matter & infection etc. The sepsis was so bad that on 7-9-23 or 7-10-23 that I was woken up, while in the hospital, & asked to sign a waiver. I asked what the waiver was for. I was told that because the sepsis was so bad, that they believed I needed another 1 1/2 day course of IV. antibiotics, (I had already received the safest allowable amount by law, without waiving the hospitals liability). Of course I asked what would happen if I didn't take the antibiotics. I was told there is a 95% chance I would die of sepsis". "I was told that "they can't understand how I was allowed to deteriorate to the state where that was necessary".

The fact of the matter is because I was never offered any face to face encounter with Centurion nursing staff. Never allowed any diagnostic exams to even possibly diagnose the potentially fatal condition

ORIGINAL

that was infact the problem. Because neither KDOC. or Centurion employees had enough care & concern for my wellbeing to help me I was instead treated with intentional deliberate indifference & total disregard for my health & safty by these K.D.O.C. & Centurion employees.

Since this incident I have lost over 70 lbs. I have developed continual problems with my galbladder. Suffer from continual pain in my abdomen from an adhesion.

This is not even mentioning the possible future health problems that I will encounter as a direct result of the neglect suffered at the hands of KDOC. & Centurion staff.

_Lewis Michael George_ 81547
Lewis Michael George 81547


P.S. Please note there have been numerous Electronic Form 9 communications about my asking about the status of my personal injury claim.

# Request #264934171

**Profile Photo:**



**Audit Photo:**



**Resident Info**

Name: Lewis George
Booking Number: 81547
Submitted Date: 07/17/23 12:26
Submitted Room: 07,AA1216/A
Current Room: 07,AB1124/B
Facility: El Dorado Correctional Facility - (KS DOC)
MAC ID: C4FBC8000622
Device ID: C4FBC8000622

**Form Info**

Category: Form 9
Form: Library Form 9
Internal Tag: No Tag

**Request Info**

Status: CLOSED **by** Joyce Horsch
Facility Deadline: 07/31/23 23:59

Summary of Request:

Tort Claim forms etc

Details of Request:

**To::**
*(Name and Title of Officer or Department)*
Law Library

**Please provide details about your request:**
*State completely but briefly the problem on which you desire assistance. (Be specific)*
I need all the forms and instructions to file a lawsuit against KDOC and Centurion for almost letting me die of appendicitice. Thank you for you time and consideration in this matter.

**Work Assignment:**
Porter

**Comment:**

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 06/02/24 17:47 | Lewis George | Viewed Staff Response | |
| 05/20/24 20:14 | Lewis George | Viewed Staff Response | |
| 05/20/24 20:09 | Lewis George | Viewed Staff Response | |
| 05/20/24 20:09 | Lewis George | Viewed Staff Response | |
| 05/17/24 18:10 | Lewis George | Viewed Staff Response | |
| 05/17/24 15:36 | Lewis George | Viewed Staff Response | |
| 05/16/24 22:48 | Lewis George | Viewed Staff Response | |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 07/31/23 08:54 | Lewis George | Viewed Staff Response | |
| **07/17/23 14:48** | **Joyce Horsch** | **Staff Response** | **WILL SEE WHAT I CAN FIND** |
| 07/17/23 14:48 | Joyce Horsch | Changed Status | From 'Open' to 'Closed' |
| **07/17/23 12:26** | **Lewis George** | **Submitted New** | **Tort Claim forms etc** |