# AFFIDAVIT

State of Kansas )
~~County of Butler~~ SEDGWICK ) ss: WICHITA
)

I, Anthony Luna, a former Corrections Officer I (COI), at the Eldorado Correctional Facility (EDCF), being duly sworn according to law upon my oath, do hereby certify and affirm that I have personal knowledge of the following to be true:

1. My name is Anthony Luna and I was a Corrections Officer I at Eldorado Correctional Facility (EDCF), located in Eldorado, Kansas. I was employed by the State of Kansas Department of Corrections from September 2022 until March 2024.

2. I understand that plaintiff inmate Lewis George has named me in his lawsuit regarding the healthcare he received on July 7, 2023, regarding his appendix.

3. I don't remember anything about the circumstances he describes. I just remember that after he returned from the hospital to the El Dorado Correctional Facility he called out to me and showed me a surgical scar he said was from an operation regarding his appendix. We were working 12 hour shifts at that time so I would have been present from 6 a.m. to 6 p.m. on July 7, 2023.

4. Any actions I took or did not take regarding plaintiff were performed within the scope of the duties of my position of employment with the State of Kansas and not in any personal or non-business capacity

FURTHER AFFIANT SAITH NOT!

_____
Anthony Luna

Subscribed and sworn to before me this 26th day of November, 2024.

_____
Notary Public

EXHIBIT 11

AADIL NAVEED
Notary Public State of Kansas
My Appt Expires 10-17-28
SEDGWICK COUNTY