# AFFIDAVIT

State of Kansas      )
                     )  ss:
County of Butler     )

I, Jennell Buchanan, former Unit Team Manager, at the Eldorado Correctional Facility (EDCF), being duly sworn according to law upon my oath, do hereby certify and affirm that I have personal knowledge of the following to be true:

1. My name is Jennell Buchanan and I was a Unit Team Manager at the Eldorado Correctional Facility (EDCF), located in El Dorado, Kansas at all times relevant hereto. I have previously served in a variety of security and administrative capacities. I have been employed by the State of Kansas Department of Corrections in various capacities since 2005.

2. I understand that plaintiff inmate Lewis George has named me in a lawsuit regarding the care he received for issues he had with his appendix on July 7, 2023.

3. I was working on July 7, 2023 and do remember talking with Mr. George at his cell door. He was complaining that Tylenol was not strong enough regarding the pain he was experiencing due to his kidney stones he believed was causing his pain. Before I left work that day I did call the healthcare provider and pass along Mr. George's request for stronger pain medication.

4. Mr. George later told me that he was seen again by the healthcare provider. I also told Mr. George that I was glad he was later transported to the hospital after I left work for the day.

5. At the direction of the Warden, Tommy Williams, on July 21, 2023, I did investigate an Emergency Grievance dated July 20, 2023, after it was determined the grievance did not state an emergency. I also determined that no further action would be taken on that grievance, which would be the final order unless Mr. George appealed that finding to the warden and then to the secretary of corrections if he did not like the Warden's response. A copy of my response to that grievance is attached hereto and is labeled "Exhibit A".

EXHIBIT 12

6. To the extent Mr. George is complaining about the medical care he received, I don't have control over the medical staff nor over their policies or procedures. I can only pass along to them what the inmates request or what I observe.

7. Any actions I took or did not take regarding plaintiff were performed within the scope of the duties of my position of employment with the State of Kansas and not in any personal or non-business capacity.

FURTHER AFFIANT SAITH NOT!

_____
Jennell Buchanan

Subscribed and sworn to before me this 25th day of November, 2024.

_____
Notary Public

NOTARY PUBLIC - State of Kansas
LANE GREGG
My Appt Expires 2-27-2027