# AFFIDAVIT

State of Kansas       )
                      )    ss:
County of Butler      )

  I, Katherine Firman, a Corrections Supervisor I (CSI), at the Eldorado Correctional Facility (EDCF), being duly sworn according to law upon my oath, do hereby certify and affirm that I have personal knowledge of the following to be true:

1. My name is Katherine Firman and I am a Corrections Supervisor I at Eldorado Correctional Facility (EDCF), located in Eldorado, Kansas. I have been employed by the State of Kansas Department of Corrections as various security ranks since March of 2019.

2. I understand that plaintiff has filed a lawsuit regarding an issue with his appendix on July 7, 2023, and complains I didn't provide sufficient medical care to his needs.

3. I was working a twelve hour shift July 7, 2023, from 6 a.m. to 6 p.m. I do remember that he complained about a pain in his stomach or abdomen early in the shift and I was able to notify the healthcare provider of that complaint and I believe a nurse responded to that complaint.

4. I do not remember telling Mr. George in the early afternoon that Unit Team Manager Buchanan had contacted the healthcare provider and that a nurse with pain medication was being sent to him.

5. Between 2:30 and 3:00 p.m. on July 7, 2023, I did not tell Mr. George that if he interrupted my count again that I would write him a disciplinary report for doing so. I would also note that the official count begins at 3:00 each day, so if Mr. George was speaking to me between 2:30 and 3:00 p.m. that would be long before count time.

6. Corporal Anthony Luna and I did escort Mr. George to the clinic to receive pain medication. That was in the afternoon, but I don't remember if that was before or after the 3:00 count.

EXHIBIT 13

7. I do remember the healthcare provider did respond to Mr. George's cell multiple times on July 7, 2023.

8. I was off work on July 8, 2023.

9. Any actions I took or did not take regarding plaintiff were performed within the scope of the duties of my position of employment with the State of Kansas and not in any personal or non-business capacity.

FURTHER AFFIANT SAITH NOT!

*Katherine Firman*
Katherine Firman

Subscribed and sworn to before me this __16__ day of November, 2024.

_____
Notary Public

NOTARY PUBLIC - State of Kansas
MALTY MARTIN
My Appt Expires 11/27