# AFFIDAVIT

State of Kansas      )
                     )  ss:
County of Reno       )

I, Chelsea M. Paxton, Administrative Specialist, at the Hutchinson Correctional Facility (HCF), being duly sworn according to law upon my oath, do hereby certify and affirm that I have personal knowledge of the following to be true:

1. I am a duly authorized custodian of records at the Kansas Department of Corrections ("KDOC").
2. I am the keeper of grievances filed at Hutchinson Correctional Facility ("HCF"), among other records.
3. I searched the record for any grievances filed by Lewis Michael George, resident number 81547, and I found no grievances from Mr. George relating to the time frame of his issues in 2023 and 2024.
4. I also searched the Warden's correspondence for any sent by resident George and find no correspondence between resident George and the Warden.

FURTHER AFFIANT SAITH NOT!

_____
Chelsea M. Paxton

Subscribed and sworn to before me this 29th day of October, 2024.

_____
Notary Public

ANGIE GALLOWAY
My Appt. Exp. 2/24/26
Reno Co.

EXHIBIT 14