# AFFIDAVIT

**State of Kansas**        )
                           )  ss:
**County of Reno**         )

I, Carrie Worth, Senior Administrative Assistant, at the Hutchinson Correctional Facility (HCF), being duly sworn according to law upon my oath, do hereby certify and affirm that I have personal knowledge of the following to be true:

1. I am a duly authorized custodian of records at the Kansas Department of Corrections ("KDOC").
2. I am the keeper of property claims filed at Hutchinson Correctional Facility ("HCF"), among other records.
3. I searched the record for any property claims filed by Lewis Michael George, resident number 81547, and I found no property claims from Mr. George relating to his medical issues.

FURTHER AFFIANT SAITH NOT!

_____Carrie Worth_____
Carrie Worth

Subscribed and sworn to before me this 28th day of October, 2024.

_____Allyson Agnew_____
Notary Public

ALLYSON J. AGNEW
Notary Public - State of Kansas
My Appt. Expires 5-9-26

EXHIBIT 15