# AFFIDAVIT

State of Kansas )
) ss:
County of Butler )

I, Matthew Richert, a Corrections Supervisor I (CSI), at the Eldorado Correctional Facility (EDCF), being duly sworn according to law upon my oath, do hereby certify and affirm that I have personal knowledge of the following to be true:

1. My name is Matthew Richert and I am a Corrections Supervisor I at Eldorado Correctional Facility (EDCF), located in Eldorado, Kansas. I have been employed by the State of Kansas Department of Corrections as various security ranks since October of 2019.

2. I know inmate Lewis George and was working on his living unit the evening of July 7, 2023. I worked a twelve hour shift from 6:00 p.m. July 7, 2023 until 6 a.m. July 8, 2023.

3. I was aware that Mr. George was complaining about pain in his abdomen and I did make calls on his behalf to the healthcare provider to encourage them to see Mr. George to further consider what was causing his pain and what might be done to address such pain.

4. Any actions I took or did not take regarding plaintiff were performed within the scope of the duties of my position of employment with the State of Kansas and not in any personal or non-business capacity

FURTHER AFFIANT SAITH NOT!

CSI _____
Matthew Richert

Subscribed and sworn to before me this 21st day of November, 2024.

_____
Notary Public

EXHIBIT 16

NOTARY PUBLIC - State of Kansas
MATTHEW BEYER
My Appt Expires 3-1-2027