

# INTERNAL MANAGEMENT POLICY & PROCEDURE

**Kansas**
Department of Corrections

**Applicability:** ☐ Adult Operation Only  ☐ JUVENILE Operations Only  ☒ DEPARTMENT-WIDE

| IMPP #: 03-101D | PAGE #: 1 of 5 |
|---|---|

**STAFF DEVELOPMENT: Staff Development and Professionalism**

Original Date Issued: 08-12-14    Replaces IMPP Issued: 08-12-14  CURRENT EFFECTIVE DATE: 10-17-23

Approved By: _____ , Secretary    Next Scheduled Review: 08/2026

## POLICY

The appointing authority shall be responsible for implementing departmental training standards, making programs available in-house or through the use of outside resources.

Employees are encouraged to continue their education and enhance their knowledge and skills through participation in professional meetings and seminars, local, state, and national criminal justice and allied associations and skill enhancement programs. Information regarding available training programs offered by other criminal justice agencies, public and private agencies, colleges, and universities shall be made available to employees who might benefit from such training. Provisions may be made for training and/or official leave or adjusted work schedules to permit employee participation in continuing education programs.

## DEFINITIONS

Appointing Authority: As defined in IMPP 02-109D, any person or group of persons empowered by the constitution, by statute, or by lawfully delegated authority to make appointments to positions in the state service pursuant to K.A.R. 1-2-9. Anytime this term is used in this IMPP, it can be read as referring to the "appointing authority or designee".

Professional Associations: A collective body of persons engaged in a particular profession or vocation.

Skill Enhancement Program: An activity specifically designed to improve an employee's performance through the use of academic education, seminars, conference attendance, or instructional demonstrations in technique of use in specific job assignments.

Staff Development Coordination: The process of planning, organizing, evaluating, and implementing staff development and training programs.

Staff Development Director Team: Central Office staff positions assigned the responsibility for staff development and the employee training programs of the department by coordinating and collaborating statewide with the Staff Development Managers.

Staff Development Manager: The designated staff member responsible for the planning, scheduling, organization, presentation and evaluation of training in parole regions or in facilities.

Staff Development Officer: The staff member at a facility or office whose full-time occupation is the planning, organizing, presentation, and evaluation of training at a facility or specific office.

Training: An organized, planned, and evaluated activity designed to achieve specific learning objectives and enhance the job performance of personnel. It includes a formal agenda and instruction by a teacher, manager or official; physical training; or other instructional program that includes a trainer/trainee relationship. Delivery of training will vary and can be

EXHIBIT 18

in person, hybrid, online, etc.

## PROCEDURES

**I.    Coordination of the Staff Development Function**

    A.    The Executive Director of Programs and Risk Reduction shall designate qualified supervisory level staff members responsible to plan, coordinate, and monitor the Department's staff skill development.

    B.    Except as provided below, each appointing authority shall designate a staff development manager.

        1.    The Staff Development Director Team shall serve as the staff development manager for all Central Office organizational units.

            a.    The qualified individuals coordinating the staff skill development and training program shall have specialized training for the position.

            b.    Full-time training personnel shall have completed a 40-hour training of trainer's course, per IMPP 03-104D. In the event the 40-hour training of trainer's is not available as outlined by IMPP 03-104D, full-time training personnel shall work directly with the Staff Development Manager/Director to complete subsequent trainings and/or on the job training until scheduling allows. During this time full-time training personnel will be monitored by the appropriate Staff Development Manager/Director.

    C.    Each staff development officer/coordinator/manager/director shall maintain contacts with local colleges, universities, and other training resources.

    D.    Employees receiving announcements of training programs offered by other criminal justice agencies, private agencies, colleges, and universities shall forward them to the staff development manager, director or designee responsible for their operational unit. The staff development manager, director or designee shall make this information available to those employees who might benefit from such training.

**II.    Requests to Attend Skill Enhancement Programs**

    A.    Employees wishing to attend a skills enhancement program shall make a written request to their immediate supervisor. If favorably considered, these requests shall be forwarded as follows:

        1.    Requests from Central Office personnel shall be forwarded to the management team member responsible for their area of activity. If approved, the approved request shall be forwarded to the appropriate Staff Development Director Team Member.

        2.    Requests from facility or parole personnel shall be forwarded to their immediate supervisor and then to the respective appointing authority for approval. If approved, the approved request shall be forwarded to the appropriate Staff Development Manager.

    B.    Training leave may be granted to those approved for attendance at a skill enhancement program.

    C.    Fees for skill enhancement programs may be paid by the Kansas Department of Corrections at the discretion of the requesting employee's appointing authority provided such payment is within the agency's budgetary appropriation.

    D.    Fees for skill enhancement programs may be paid by the employee.

**III.    Involvement in Professional Associations**

    A.    Employees are encouraged to join both local and national criminal justice and allied professional associations.

    B.    The payment of membership dues shall be the responsibility of the employee unless approved by the supervisor and appointing authority.

C.    Employees wishing to attend meetings of such associations shall direct a request to their supervisor. If favorably considered, such requests shall be forwarded as follows:

    1.    Requests from Central Office personnel shall be forwarded to the management team member responsible for the employee's area of activity.

    2.    Requests from facility or parole personnel shall be forwarded to their immediate supervisor and then to the respective appointing authority for approval.

D.    Official leave may be granted to those approved for attendance at a professional association meeting, seminar, or similar work related activity.

E.    Travel, per diem, registration, and other fees may be paid by the department.

F.    Travel, per diem, registration, and other fees may be paid by the employee.

## IV.    Involvement in Continuing Education

A.    Employees are encouraged to continue their formal education and training.

B.    Tuition assistance shall not be provided by the Kansas Department of Corrections.

C.    Training leave and/or an adjusted work schedule will be considered only in those instances where the employee's current job skills will be improved.

D.    With the approval of their supervisor and the appointing authority, employees may receive up to a maximum of three (3) hours per week of training leave to attend class.

E.    Job related college or graduate level education shall be credited toward annual training hours.

    1.    For each semester hour of college credit successfully completed, employees shall be given credit for six (6) hours of training.

    2.    Quarter hours shall be credited at the rate of three (3) training hours for each quarter hour completed.

    3.    Requests for such credit, and a copy of transcript(s), shall be routed to the respective staff development officer/coordinator for review and approval.

## V.    Outside Training/Education Credit

A.    Employees who participate in skills enhancement programs, seminars, continuing education, or other training programs outside the KDOC staff development program may request training credit by submitting a written request to their staff development manager, director or designee.

    1.    The Application for Outside Training/Education Credit (Attachment A) shall be used as the written request to be submitted by employees within their area of responsibility. Requests are encouraged to be submitted within 30 days of training completion.

B.    The staff development manager, director or designee shall review all written requests received and either approve the training credit, or deny it if it does not contain sufficient information or is not applicable to the job.

    1.    Approved training shall be entered into the employee's training record and any necessary documentation retained in the employee's individual training file.

## VI.    Program Participation Requiring Out-of-State Travel

A.    Additional approval for program participation requiring out-of-state travel shall be obtained from the

appropriate deputy secretary's office using a "Request For Out-of-State Travel" form.

    1.    Requests for travel to National Institute of Corrections Academy seminars, per Section VII, do not require separate requests for out-of-state travel.

    B.    All requests involving out-of-state travel shall be in accordance with procedures established in IMPP 04-118D.

## VII. Licensing/Certification Requirements

    A.    Employees whose position description or civil service classification require them to meet licensing or certification requirements may be permitted training leave to attend appropriate training.

    1.    The licensing or certifying body shall determine the appropriateness of the training in meeting the requirements of the profession or field of practice.

    2.    Except as indicated below, fees associated with such training shall be the responsibility of the employee.

        a.    Fees associated with Defensive Driving Training (DDT) and Commercial Driver's License (CDL) certification shall be the responsibility of the facility/office.

## VIII. Participation in National Institute of Corrections Academy (NIC-A) Seminars

    A.    The management team members, wardens, superintendents, and parole directors shall annually identify staff development needs that may be satisfied by selected personnel attending NIC-A seminars, funded by the U.S. Department of Justice.

    B.    Staff may identify and apply for NIC course offerings on the NIC Learning Center website at http://nicic.gov/LearningCenter.

    1.    Staff shall ensure that all specified eligibility requirements are met and shall obtain the approval of the appointing authority prior to applying for a NIC seminar.

    2.    If accepted for participation, staff shall notify their local Staff Development Manager for tracking purposes and program credit. The Application for Outside Training/Education Credit (Attachment A) and any additional documentation shall be submitted to the Staff Development Manager/Director upon acceptance. Requests are encouraged to be submitted within 30 days of training completion.

## IX. This IMPP must serve as final policy in all departmental facilities, and no General Orders shall be developed or implemented on this subject.

NOTE: The policy and procedures set forth herein are intended to establish directives and guidelines for staff and offenders and those entities that are contractually bound to adhere to them. They are not intended to establish State created liberty interests for employees or offenders, or an independent duty owed by the Department of Corrections to employees, offenders, or third parties. Similarly, those references to the standards of various accrediting entities as may be contained within this document are included solely to manifest the commonality of purpose and direction as shared by the content of the document and the content of the referenced standards. Any such references within this document neither imply accredited status by a Departmental facility or organizational unit, nor indicate compliance with the standards so cited. The policy and procedures contained within this document are intended to be compliant with all applicable statutes and/or regulatory requirements of the Federal Government and the state of Kansas. This policy and procedure is not intended to establish or create new constitutional rights or to enlarge or expand upon existing constitutional rights or duties.

## REPORTS REQUIRED

None.

## REFERENCES

K.A.R. 1-2-9
IMPP 02-109D; 03-104D, 04-118D

## HISTORY

08-12-14 Original
10-17-23 Revision 1

## ATTACHMENTS

| Attachment | Title of Attachment | Page Total |
|:---:|---|:---:|
| A | Staff Development Application for Outside Training/Education Credit-Sample | 1 page |

Attachment A, IMPP 03-101D
Effective 10-17-23

 **PATHWAY** Kansas *for* **SUCCESS**

**Kansas Department of Corrections**
Staff Development Application for
Outside Training / Education Credit

| | |
|---|---|
| Name: | |
| Employee ID Number: | |
| Synopsis (Please describe the course content and job relevance): | |
| Starting Date: | |
| Ending Date: | |
| City & State Location: | |
| Instructor Name: | |
| Instructor Agency/Company: | |
| Hours of Training: | |
| Sponsoring Agency: | |
| Sponsoring Coordinator: | |
| KS CPOST LEO Certified: | ◯ Yes  ◉ No |

---

I hereby certify that I have attended and successfully completed the training course listed above. I further attest that the information provided above is true and correct in its content.

Signature: _____    Date: _____

Staff Dev. Manager/Supervisor Signature:_____    Date: _____