

# Kansas
**Department of Corrections**

# INTERNAL MANAGEMENT POLICY & PROCEDURE

**Applicability:** _ ADULT Operations Only  _ JUVENILE Operations Only  X DEPARTMENT-WIDE

| | |
|---|---|
| **IMPP #: 03-104D** | **PAGE #: 1 of 18** |

**STAFF SKILL DEVELOPMENT: Minimum Departmental Training Standards**

**Original Date Issued: 08-05-14    Replaces IMPP Issued: 12-01-17    CURRENT EFFECTIVE DATE: 08-09-2021**

**Approved By:** _____ , Secretary    **Next Scheduled Review: Dec. 2024**

## POLICY

This policy and the related procedures are to set forth officer certification requirements and ensure that minimal levels of training are provided, hourly and/or subject matter standards of training are established for all Departmental employees, contractual personnel, interns, and volunteers; consistent with the position occupied and in proportion to the number of hours worked. All staff are responsible to complete at least the minimum number of orientation, basic and annual training hours as determined appropriate for the position occupied, per Attachment A.

Employees and contract personnel assigned to posts and/or duty assignments that require specialized skills must receive training necessary to perform adequately the tasks required for their position/post. All specialty training hours may be applied to annual training requirements and all elective and specialty training event curricula are to be reviewed annually and updated, as appropriate to the designated positions. All personnel authorized to use firearms (ACI 4-4091; 4-APPFS-3B-01-M) and/or chemical agents (ACI 4-4092; 4-APPFS-3B-01-M) must receive appropriate training before being assigned to a post involving the possible use of such weapon. (ACI 4-4091; 4-APPFS-3B-03-M)

## DEFINITIONS

<u>Administrative:</u> Appointing authorities, wardens, superintendents, deputies, managers, or other ranking staff positions responsible for the development and implementation of the Department's policy.

<u>Annual Training:</u> Training which takes place during each fiscal year of employment following the fiscal year in which the employee received basic training.

<u>Appointing Authority:</u> As defined in IMPP 02-109D, any person or group of persons empowered by the constitution, by statute, or by lawfully delegated authority to make appointments to positions in the State service pursuant to K.A.R. 1-2-9. Anytime this term is used in this IMPP, it can be read as referring to the "appointing authority or designee."

<u>Basic Training:</u> Instruction approved by the Secretary, which is in addition to orientation instruction, which takes place during the employee's first year of employment.

<u>Certification:</u> The documented, successful completion of basic training.

<u>Clerical/Support Minimal Contact:</u> Non-security classifications of personnel whose work in adult correctional facilities and parole offices frequently requires *minimal* contact with offenders, to include, but not be limited to clerical and administrative support personnel.

<u>Clerical/Support Frequent Contact:</u> Non-security classifications of personnel whose assigned duties in adult correctional facilities and parole offices include the responsibility to supervise or frequently interact with residents/offenders, or maintain continuous, day-to-day contact with residents/offenders, to include, but not limited to clerical and administrative support personnel.

EXHIBIT 19

Competency Testing: An examination at the end of selected modules or courses of instruction. Test of knowledge, competency and skills.

Contract/Industry Personnel: Any person employed by an entity under contract to provide services to the Kansas Department of Corrections.

Corrections Officer: Security classifications of employees with the rank of Corrections Officer IA, Corrections Officer IB, and Corrections Officer II.

Delivery of Medication: The provision of non-prescription and/or prescription medication to residents in the pre-packaged form and/or quantities as authorized/prescribed by the responsible physician and prepared by a pharmacist.

Departmental Health Authority: The medical director of the agency or organization responsible for the provision of health care for the Kansas Department of Corrections.

Direct Care Staff: Personnel in non-uniformed classifications and positions at a juvenile correctional facility including case managers, corrections counselors, social workers, teachers, psychologists, medical personnel, chaplains, activity therapists, activity specialists, activity therapy technicians, storekeepers, and chemical dependency counselors who are required to have regular and continuous contact with residents.

Direct Care Support Staff: Personnel in non-uniformed classifications and positions at a juvenile correctional facility including maintenance workers and hearing officers who are required to have regular contact with residents.

Elective Training Events: Specialty modules/topics required to enable designated staff, in specific positions or classifications, to perform their unique duty assignments, or, additional training provided to enhance the understanding and skills of employees in the related job classification.

Emergency Unit: A unit within SORT comprised of specially trained personnel with specific emergency response responsibilities. Each SORT contains three (3) emergency units: tactical, crisis resolution, and logistics.

Employee: Any person employed full time, part-time, or on a temporary or intermittent appointment to the Kansas Department of Corrections, including personnel employed by a contractor to provide services to the Kansas Department of Corrections.

Essential Skills: Those skills needed to complete the required tasks of a particular position or assignment.

Facility Case Management: Staff members assigned to non-uniformed unit team functions to include CC I's, CC II's, and Unit Team Managers.

Field Training: Formal training under the guidance and supervision of an FTO that is designed to build skills and competency in core job tasks to increase performance on the job.

Field Training Officer (FTO): An experienced staff member who is able to demonstrate fluency and mastery of core job tasks and teach those tasks to others by explaining and demonstrating, observing officers practice the tasks and providing feedback and coaching, recognizing and reinforcing good performance, assessing performance, and documenting the transfer of learning.

Frequent/Direct Contact: Refers to continuous, day-to-day contact with residents/offenders by staff in posts/positions whose assigned duties include the responsibility to supervise or to interact frequently with residents/offenders.

Handle With Care (HWC): An integrated crisis intervention system that incorporates both verbal and physical intervention methods to be used when managing a resident's aggressive behavior.

Information Technology: Those classifications of personnel who provide technical support for the Department's computer systems and telecommunications, to include, but not limited to programmers/analysts; information resource specialists and managers; computer operators; and microcomputer system support staff.

Intern: A student participating in a compensated or non-compensated supervised work experience for which the individual may receive university/college credit.

Juvenile Corrections Officer: This term includes all facility-based positions that have direct contact with residents and involves the use of force and/or law enforcement responsibilities and includes any juvenile corrections officer position as defined herein (JCO IA [Officer]; JCO IB [Officer]; JCO II [Sgt.]; JCO III [Lt.]; Corrections Supervisor III [Capt.]; Corrections Supervisor IV [Maj.]).

Juvenile Special Agent: Law enforcement officer assigned to the Enforcement, Apprehension, and Investigations juvenile Unit who works in a juvenile correctional facility.

Managerial: Managers or other ranking staff positions responsible for the implementation of the Department's policy and the management of key functions within the facilities, parole regions, or offices. Mandatory training requirements for managerial employees supersede any other possible employee classification training requirements.

Minimal Contact: Refers to less than continuous contact with residents/offenders by staff in posts/positions whose duty assignments do not require the supervision or direct interaction with residents/offenders.

Non-Direct Care Support Staff: Personnel in non-uniformed classifications and positions in a juvenile correctional facility to include accounting, office assistants, maintenance and custodial staff, human resources professionals, and any other personnel who have minimal or no contact with residents/offenders.

On-the-Job Training: Instruction and supervision of personnel at one or more posts or work sites by experienced staff prior to being independently assigned to a particular post or duty.

Orientation: General instruction intended to acquaint new employees or volunteers with the Department and the facility/office of assignment, which takes place prior to entering basic training or an independent assignment to a particular job.

Private Industry Personnel: Persons employed by a private firm under agreement with the department to locate their operations in or near KDOC facilities to provide employment for offenders.

Professional Specialists: Non-security classifications of employees/personnel with specialized background training for their positions, to include, but not be limited to recreation specialists, chaplains, teachers, medical personnel, etc. Community positions may include program consultants, employment and cognitive specialists, and business developers. This does not include contract personnel.

Reentry Case Managers: Staff members who provide reentry services/case management to residents/offenders in the facilities or in the community.

Resident: Incarcerated individual.

Special Agent Facility Operations: An officer specifically trained to perform duties relating to conducting investigations, apprehension of fugitives and escapees, and intelligence gathering.

Special Agent Field Operations: An officer selected and specially trained to perform duties such as apprehending absconders and escapees, arresting conditions violators, conducting special investigations, serve on local task forces to aid in the apprehension of fugitives, and monitoring high-risk offenders.

Special Response Team (SRT): A team of specially trained employees in juvenile correctional facilities deployed to resolve emergency or high-risk situations when other crisis intervention methods are ineffective.

Specialty Training: Training for employees who work in specific/specialized areas requiring knowledge and skills beyond those required for corrections officers, or, other staff of the same classification, conducting routine duties. Posts and/or duty assignments requiring such knowledge and skills include but are not limited to K-9 units, armories, segregation units, investigation units, key control, communications, food service, personnel, maintenance, unit teams, property, SORT team, SRT, security team, special enforcement parole officers, hostage negotiations, records personnel, etc.

Staff Skill Development: The on-going growth of knowledge, skill, and values through deliberate learning efforts to enable individuals to perform more competently their professional roles, support their organizations, objectives, and contribute to the profession.

Staff Skill Development Coordinator: The designated staff member responsible for the planning, scheduling, organization, presentation and evaluation of training in parole regions or in facilities not authorized a staff development officer.

Staff Skill Development Manager: The Central Office staff position assigned the responsibility for staff development by coordinating and supervising the employee training programs of the Department.

Staff Skill Development Officer: The staff member at a facility or office whose full-time occupation is the planning, organizing, presentation and evaluation of training at a facility or specific office.

Supervised Individual: Post-release supervised individual.

Supervisor: An employee, per K.A.R. 1-2-84, who performs a majority of work which is different from that of the employees' subordinates, and, who has the responsibility to authorize or recommend, in the interest of the employer, a majority of the following actions: To hire, transfer, suspend, promote, demote, dismiss, discipline other employees and address employee grievances; and, assign, direct, and conduct performance reviews of the work. The exercise of this authority and responsibility must not be routine or clerical but requires the use of independent judgment (i.e., Corrections Supervisor I, Corrections Supervisor II, Unit Team Supervisor, Juvenile Corrections Officer II, supervisory maintenance and activity specialists).

Support Staff: All staff who are not considered or classified as Administrative and Managerial, Professional Specialist, Case Management, Clerical/support or Corrections Officers.

Training: An organized, planned, and evaluated activity designed to achieve specific learning objectives and enhance the job performance of personnel. It includes a formal agenda and instruction by a teacher, manager or official; physical training; or other instructional program that includes a trainer/trainee relationship. It may occur on site, at a training center, an institution of higher learning, professional meetings, or through contract services or closely supervised on-the-job activity.

Training Action Plan: A plan developed by the Staff Development Officer/Coordinator and approved by the Appointing Authority or designee to address a staff member's training deficiencies, whether due to extended military or medical leave or failure to complete basic/annual training requirements that identifies specific courses and time lines for completion. The Training Action Plan shall be documented, signed and retained in the individual employee training file.

Volunteer: Any person who works at a facility or for the KDOC on a voluntary basis (including interns), who has completed the minimum required volunteer training program.

## PROCEDURES

I.     **Standards of Staff Skill Development**

    A.     Orientation Requirements for KDOC Employees and Contract Personnel.

        1.     All newly hired employees, prior to undertaking their job assignment, must receive the minimum orientation hours in accordance with Attachment A. (K.A.R. 1-8-2; 2-CO-1D-05; ACI 4-4082; 4-4088; 4-APPFS-3A-05; NCCHC P-C-09; 4-JCF-6E-07; 4-JCF-6E-08; 4-JCF-6E-09; 4-JCF-6E-11; 4-JCF-6E-12)

            a.     The content of orientation for full-time employees is in accordance with Attachment B.

            b.     The appointing authority or designee is responsible for determining the content of orientation for part-time and temporary employees. (ACI 4-4088; 4-APPFS-3A-18)

2. Personnel previously employed by the Department (within the last 12 months) may be given credit for orientation instruction received during the initial period of employment, as deemed appropriate by the appointing authority. (ACI 4-4057)

   a. Acknowledgement of such an application of credit toward this standard is to be made in writing and placed in the employee's personnel and training file.

3. Contract personnel are required to receive orientation and additional training hours, appropriate to their assignments (ACI 4-4088), as defined within contractual agreements, or as mutually agreed by KDOC and the contract service provider.

   a. Contract personnel in facilities are to be provided a total of 40 hours of KDOC orientation.

   b. The initial 24 hours of orientation, to be completed prior to the independent assumption of job duties by such personnel, is to be structured in accordance with Attachment C.

   c. Such personnel are required to receive an additional 16 hours during the first scheduled Basic training course offered following the completion of the initial orientation period in accordance with Attachment C. (ACI 4-4088; 4-JCF-6E-13)

4. Health service staff orientation is to be appropriate to the assignments of health service staff receiving the training (ACI 4-4385) and be designed in consultation with, and annually approved by, the Departmental Health Authority. (NCCHC P-C-09)

   a. All qualified health care professionals who have patient contact must have current training in cardio-pulmonary resuscitation (CPR). (NCCHC P-C-03)

5. Contract personnel in the community are to receive orientation instruction during their first week of employment in accordance with Attachment C.

   a. The Juvenile and Adult Community-Based Services is to develop and oversee procedures for providing orientation training to new contract personnel.

6. Upon completion of orientation training the completed orientation form(s) is to be placed in the employee's permanent training file.

B. Basic Training/Electives/Specialty Topics

   1. The topics presented in orientation may be repeated during basic training but is to be dealt with differently in terms of depth of content, level of emphasis, and method of presentation.

   2. The basic training topics for each position/classification of employee is to be specified in Attachment D. If additional hours of training are required to satisfy the total basic training requirement, per Attachment A, employees may participate in training topics/modules/ events relevant to their position, as approved by their supervisor. (ACI 4-4083, 4-4085; 4-4086; 4-4087; 4-APPFS-3A-15; 4-APPFS-3A-16; 4-APPFS-3A-17)

      a. Community and Juvenile Special Agents are required to complete, as part of their basic training, a certified law enforcement basic training course in addition to the training modules contained in Attachment D.

   3. Employees appointed to supervisory positions are required to complete a supervisory training program in accordance with the provisions of K.A.R. 1-8-6.

C. Annual Training/Electives/Specialty Topics

   1. All staff are to attend annual training each fiscal year as set forth in this policy with the exception of the fiscal year in which the employee completes orientation and basic training.

2.    The topics presented in basic training may be repeated during annual training, but annual training is to consist of different or more advanced subject matter.

    a.    Training curriculum modules and/or training events included in a basic training program, which were developed subsequent to the employee's completion of basic training, is not to be considered duplicative training and may be credited to the employee's annual training without the recommendation of the appointing authority and approval of the staff development coordinator.

3.    The annual training topics for each position/classification of employee is to be specified in Attachment E. If additional hours of training are required to satisfy the total annual training requirement, per Attachment A, employees may participate in training topics/modules/ events relevant to their position, as approved by their supervisor.

    a.    Staff may request to take online training courses that are not specific to their position/facility/office as electives or as developmental opportunities, as approved by their supervisor. The request is to be submitted as a Web Help Desk ticket for review and processing.

4.    KDOC employees receiving promotion within the Department and/or corrections officers or juvenile corrections officers involved in post rotation are to be provided on-the-job training appropriate to their new position/post, as approved by their supervisor.

5.    Supervisors are required to receive continuing education and development annually per K.A.R. 1-8-6 in addition to the training set forth in Attachment A.

6.    In addition to the subjects designated in Attachment E, the Department may designate additional mandatory subjects for each fiscal year. These mandatory requirements may be issued in the form of a Policy Memorandum amending this IMPP.

    a.    The requirements for the next fiscal year must be established by December 1st of each year based on recommendations from the Management Team and the Secretary of Corrections, in accordance with provisions of IMPP 03-102D.

7.    The annual training requirements for facility-based contract personnel is to be provided in accordance with the contents of Attachments A and C.

    a.    Contract staff are to receive at least 16 of the required number of annual training hours through the KDOC staff development program.

        (1)    PRN's are required to attend eight (8) hours of annual training.

    b.    Any remaining hours required by Attachment A are at the discretion of the contract employer, either additional corrections-related training provided by KDOC or specific skill training related to the individual's particular profession or craft.

    c.    Contract service providers are responsible to ensure through written procedures, that contract personnel receive the annual continuing education appropriate to their positions/professions in accordance with provisions of the contract.

    d.    Documentation detailing the training events attended, provided to, or received by contract personnel not presented through the Department's Staff Skill Development program are to be submitted by the contract entity to the appropriate facility staff skill development officer for maintenance of training files.

    e.    Food service personnel are to be provided annual training by the dietitian employed by the contractor regarding the preparation of therapeutic diets and the procedures to ensure compliance with IMPP 10-119D.

f.    Health service personnel are required to maintain current training and certification in cardio-pulmonary resuscitation (CPR) through the health service contract provider. (NCCHC-P-C-03)

8.    Community based contract personnel are to receive annual training at the discretion of the contract employer and KDOC Parole Service Training staff. Annual training may be provided by KDOC or by other instructors with special skills or information that is related to an individual employee's particular profession or craft.

D.    Officer Certification

1.    In accordance with K.S.A. 75-5212 and 28-2385, no person is to receive a permanent appointment as a parole officer, corrections officer, or juvenile corrections officer unless certified as having satisfactorily completed the basic course of instruction.

    a.    Persons who terminate employment with the Department for a period exceeding a year require recertification. (K.S.A. 75-5212; 38-2385)

2.    Basic certification training for parole officers consists of a minimum of 40 hours of orientation and 160 hours of additional training to be completed within one (1) year of the employee's appointment. (4-APPFS-3A-05)

    a.    If necessary due to course availability, travel considerations or scheduling, the Parole Services Manager may authorize a delay in the completion of the basic training courses included in Attachment D.

    b.    Course attendance that is delayed must be completed within a designated timeframe.

    c.    At no time is a Parole Officer certification to be awarded without the successful completion of Parole Officer Basic Training Academy, Case Management Basic Training, LSI-R Certification, and On-the-Job Training.

3.    Basic certification training for corrections officers consists of a minimum of 40 hours of orientation and 200 hours of additional training to be completed within three (3) months of the employee's appointment. (ACI 4-4084-1)

4.    Basic certification training for juvenile corrections officers consists of a minimum of 40 hours of orientation and 160 hours of additional training to be completed within three (3) months of the employee's appointment. (4-JCF-6E-08)

5.    Adult and juvenile corrections officers are not to be independently assigned to a post until they have successfully completed the entirety of their basic training.

6.    Completion of annual training for corrections officers/specialists, juvenile corrections officers, and parole officers is a prerequisite for the retention of certification. Officers who fail to complete the required annual training hours and topics prior to the end of the fiscal year are subject to disciplinary action and loss of certification.

    a.    Exceptions are to be made for officers on active military leave or medical leave.

        (1)    Training in Critical Skills topics is to be completed within 30 days of return to regular duty or expiration of certification in the Critical Skill topic(s) as appropriate to the position. Critical skill topics include:

            (a)    Firearms;

            (b)    CPR/First Aid;

            (c)    Chemical Agents/Less Lethal Munitions;

(d)     Self Defense;

(e)     Use of Force;

(f)      Handle with Care (HWC); and

(g)     LSI-R recertification as indicated in IMPP 11-113.

(2)     Training in other topics is to be completed as scheduled by the Staff Skill Development Officer/Coordinator.

(3)     Returning officers are not allowed to work armed posts until weapons qualifications are current.

7.     Public health epidemic or pandemic

a.     During periods where a public health epidemic or pandemic situation exists and an emergency has been declared, the following provisions are to apply:

(1)     Annual and basic training in the facilities, parole office and Central Office are to continue as schedule, as often as possible, using remote training and social distancing when the material allows.

(a)     Courses can be conducted in person, online, through field training or remotely where available.

(b)     Social distancing must be observed as well as other Kansas Department Health and Environment (KDHE) recommendations.

(2)     If an employee is unable to complete the annual training requirements prior to June 30th during the fiscal year the public health epidemic or pandemic exists, the employee is to work with the Staff Skill Development Officer/Staff at his/her site, or designee, to develop a Training Action Plan outlining steps to complete that fiscal year's requirements at the earliest opportunity after the pandemic period ends but no later than September 30th.

(a)     This Training Action Plan is to be placed in the employee's training file, and the Staff Development Officer/Staff is to arrange for substitute or follow up classes as needed to fulfill the requirements of the Training Action Plan.

b.     Parole Officer certification during a public health epidemic or pandemic.

(1)     The retention of the Parole Officer Certification is allowed if training in the required annual training topics is completed, but the minimum 40 hours of training was not accomplished during the fiscal year the public health epidemic or pandemic was declared.

(2)     If the 40 training hours are not met after all mandatory courses have been completed, due to circumstances related to the public health epidemic or pandemic, the remainder of the hours due are to be waived.

c.     Officers who lose certification are prohibited from performing officer duties until re-certified through completion of the next basic training program.

7.     The Staff Skill Development Officer/Coordinator is to post an annual training calendar for the upcoming training year by July 1st of each year. Supervisors are to ensure staff attends the required training.

8. The Staff Skill Development Officer/Coordinator is to provide a list of officers who have not completed annual training by June 1st of each year. The Staff Skill Development Officer/Coordinator is to offer opportunities to make up training to meet the mandatory training requirements and required number of training hours prior to the end of the fiscal year.

E. **JUVENILE:** Handle with Care Training (HWC)

1. All juvenile corrections officers are to receive HWC training and use of force training during basic training and be evaluated by a performance examination. This training must occur prior to the officer being assigned to any facility post.

2. All direct care staff are required to attend workplace safety training using HWC techniques during basic training.

3. All juvenile corrections officers are to receive eight (8) hours of refresher training through the year in HWC and be evaluated by a performance examination for annual recertification.

4. All Special Response Team (SRT) members are required to attend HWC PLUS training. This training must occur prior to the individual member's assignment to the unit.

F. **ADULT:** Emergency Unit (SORT) Experience and Training Requirements

1. All SORT members are to receive 40 hours of basic SORT training specific to their unit, in accordance with Attachment F. (ACI 4-4089) This training must occur prior to the individual member's assignment to the unit.

   a. Members assigned to the sniper squad are to attend a 40-hour certification course approved by the Staff Skill Development Manager.

   b. Specialized SORT training may be a part of the first-year training program for corrections officers who meet the criteria for and have been selected as candidates for SORT, per IMPP 12-104D. (ACI 4-4089)

2. In addition to corrections officer annual training, SORT members assigned to the tactical unit are to receive annual training specific to their unit, in accordance with Attachment F. (ACI 4-4089)

   a. Members assigned to the tactical unit are to receive at least 88 hours of special response training for a total of 128 hours annually.

   b. Members assigned to the crisis resolution unit are to receive at least 48 hours of relevant specialty training annually.

   c. Members assigned to the logistics unit are to train with the tactical and crises resolution units a minimum of twice annually.

G. Transportation of Offenders

1. **ADULT:** Correction Officers, Special Agents, and staff involved in the public escort of residents/offenders are required to complete specialty training to include firearms and weaponry training as determined by the respective appointing authorities, in consultation with the Staff Skill Development Manager, considering the responsibilities of those positions. (4-APPRS-3B-01-M)

2. **JUVENILE:** Staff involved in the public transportation of residents are required to complete appropriate training as determined by the superintendent, in consultation with the Staff Skill Development Manager, considering the responsibilities of those positions.

H. **ADULT:** LSI-R Certification/Recertification

1.   All parole officers, their immediate supervisors, and unit team staff as identified by the respective appointing authority are required to achieve and maintain LSI-R certification.

   a.   Under circumstances where a parole officer is responsible for neither the management of a caseload nor for the supervision of offenders, the appointing authority may make an exception and release the parole officer from the requirement of maintaining LSI-R certification.

2.   LSI-R raters are required to complete training for LSI-R certification and re-certification as indicated in IMPP 11-113A. Additional training may be required as needed to assure quality interviews and scoring accuracy.

I.   On-The-Job Training (OJT)

1.   A written OJT plan is to be developed if the OJT option is selected for portions of either mandated (e.g., Basic and Annual Training) or elective training events. The OJT plan is to identify the specific learning objectives to be trained, the standards for these objectives, and includes an evaluation plan to determine if objectives have been achieved.

2.   Wardens/superintendent/parole directors are to approve OJT plans pertaining to their facilities or respective parole regions. After initial approval, they are to review, cause to be revised, and/or revalidate OJT plans on an annual basis.

3.   The OJT program is to be supervised by staff who have completed either the 40 hour or the eight (8) hour Training of Trainers course as required by Sections III.A. or B. below.

J.   **ADULT:** Defensive Driving Training

1.   Departmental employees authorized to operate emergency vehicles, in accordance with IMPP 22-102, are required to successfully complete a defensive driving training course, presented on site at the Kansas Law Enforcement Training Center, the Kansas Highway Patrol, or at a location and through an agency approved by the Staff Skill Development Manager.

2.   Successful completion of the defensive driving training is governed by the agency(ies) providing the training.

3.   Requalification training for emergency vehicle operators is to be established by the Staff Skill Development Manager in accordance with applicable statutes and/or regulations.

   a.   Recertification of persons trained to operate emergency vehicles is required at least every three (3) years. Such training may be provided:

      (1)   Through the facility Staff Skill Development program or the resources available at another KDOC facility by qualified staff, as approved by the Department's Staff Skill Development Manager;

      (2)   At the Kansas Law Enforcement Training Center or the Kansas Highway Patrol Training Academy; or

      (3)   At a location and through an agency approved by the Department's Staff Skill Development Manager.

K.   Private Industry Personnel Training Requirements

1.   Private industry personnel working inside a correctional facility must attend KDOC provided orientation and annual training for contract staff as set forth within this policy.

    2.    Private industry personnel working at a location outside a correctional facility who supervise residents are required to attend orientation and annual training in accordance with the provisions of the agreement and as determined by the facility Warden.

L.    Training Provided by Health Care Personnel

    1.    All health-related training of adult and juvenile corrections officers is to be developed and approved by the Departmental Health Authority in consultation with the wardens/ superintendent. (NCCHC P-C-04)

    2.    Every employee who is responsible for the delivery of medication to residents are to receive training from health care personnel, or appropriate training as approved by the Departmental Health Authority and the warden/superintendent, or his/her respective designee.

    3.    Every staff member who is responsible for conducting the intra-system health screening are to be provided training in the completion of such a screening by the Departmental Health Authority.

M.    Training Provided to Special Agents

    1.    Special Agents Facility Operations (Juvenile) and Special Agents Field Operations (K.S.A. 38-2386) are required to complete, or be credited for as part of their basic training, a certified law enforcement basic training course in addition to the training modules contained in Attachment D or as specified below:

        a.    The Enforcement, Apprehension and Investigation (EAI) Director may waive the basic training requirement based on previous documented law enforcement, training, and/or completion of other basic law enforcement academy(ies).

        b.    The EAI Director may direct a Special Agent to complete specific and applicable law enforcement basic training classes to satisfy this basic training requirement.

    2.    Special Agents Facility Operations (Adult) are required to complete or to have already completed the facility basic training program for corrections officers in addition to the training modules contained in Attachment D.

        a.    The EAI Director may waive the basic training requirement based on previous documented law enforcement experience, training, and/or completion of other basic law enforcement academy(ies).

    3.    Special Agents are required to complete the annual training requirements specified in Attachment E.

        a.    **ADULT:** Special Agents certified as corrections officers by the Secretary of Corrections are allowed to substitute special agent annual training in lieu of corrections officer annual training to maintain their officer certification.

        b.    **JUVENILE:** In addition to the requirements in Attachment E, Special Agents located at juvenile facilities are required to maintain their law enforcement certification by completing 40 hours of annual in-service training approved by the Kansas Law Enforcement Training Center.

## II.    Volunteer/Intern Training

A.    Volunteers and interns are to receive an appropriate orientation prior to assignment to any program. (ACI 4-4119; 4-APPFS-1C-06; 4-JCF-6E-13)

    1.    The appointing authority or designee is responsible to determine the orientation program appropriate to the individual volunteer's or intern's role and activity to be performed within the facility/office and in accordance with IMPP 13-101D.

    2.    Volunteers and interns are required to acknowledge the orientation with the documentation provided to the site volunteer coordinator and maintained in the volunteer or intern training file.

B.    At the discretion of the warden, superintendent, regional parole director, or the appointing authority as appropriate, training for volunteers may be:

    1.    Increased to meet program needs; or

    2.    Revised to include orientation to current policies and procedures for volunteers who do not regularly participate in scheduled activities.

C.    All volunteers are to be provided with an appropriate amount of volunteer orientation per requirements of IMPP 13-101D and are to be under the continuous supervision of facility staff until orientation is satisfactorily completed.

D.    Volunteers are to be provided the approved volunteer basic training and annual training in accordance with IMPP 13-101D.

    1.    Volunteers approved to transfer to another KDOC facility or parole region are not required to complete basic training at a subsequent facility or parole region. However, such volunteers are to receive volunteer orientation with the subsequent facility and/or parole office.

III.    **Standards Established for Staff Skill Development Officers, Coordinators, Training Staff, and Instructors**

A.    Staff Skill Development Officers/Coordinators and staff assigned full-time to the area of staff skill development are to, within 12 months of their appointment, have successfully completed a Training of Trainers course of at least 40 hours in length. (ACI 4-4074; 4-APPFS-3A-08; 4-JCF-6E-01)

    1.    After completing the Training of Trainers course participants, at a minimum, are to be able to use the principles of adult learning, a variety of experiential instructional techniques, principles of curriculum design, and facilitation and presentation strategies. (4-APPFS-3A-08)

B.    All training programs, including the supervision of OJT, are to be presented by persons who are qualified in the areas in which they conduct training. (4-JCF-6E-04) Qualifications may be demonstrated through any of the following;

    1.    Completion of eight (8) hours of Training of Trainers;

    2.    Completion of degree requirements in a field related to the training topic; or

    3.    Work experience related to the training topic, as approved by the Staff Skill Development Manager.

C.    Staff instructing the following subjects are to have successfully completed a subject-specific instructor course that has been approved by the Staff Skill Development Manager:

    1.    Firearms;

    2.    First Aid;

    3.    Cardio-Pulmonary Resuscitation (CPR);

  4.  Self-Defense;

  5.  Chemical Agents;

  6.  Firearms Instructor;

  7.  Training of Trainers;

  8.  Baton Instructor;

  9.  Incident Command;

  10.  Defensive Driving Training;

  11.  LSI-R;

  12.  Cognitive Reflective Communication;

  13.  Advanced Communication & Motivational Strategies;

  14.  Effective Practices in Correctional Settings; and/or

  15.  Handle With Care (HWC).

  16.  Verbal Judo

D. The instructor's level of competency may be determined by the Staff Skill Development Manager or by specific assessment or evaluation methods.

E. Instructors for ethics courses are to be carefully screened and approved by the appointing authority. Selection is based on:

  1.  Demonstrated abilities to set a positive example for staff and residents/offenders and to emphasize positive behavior and individual accountability;

  2.  Satisfactory work performance and employment records; and

  3.  Recommendations by supervisors, peers, or subordinates.

F. Ethics instructors are to present curriculum approved by the Staff Skill Development Manager.

G. Ethics instructors' level of competency are to be determined by the appointing authority or designee.

## IV. Recognition of Previous Training Toward KDOC Basic Training Requirements (ACI 4-4057)

A. An employee who has received corrections or corrections related training as the result of a position previously held within the KDOC or in another agency, or, who has terminated employment with the KDOC for a period exceeding one (1) year, may request that all or part of previous training experience be applied toward basic training requirements.

B. Training requirements which are not to be waived by previous training credit are:

  1.  **<u>ADULT:</u>**

    a.  Firearms;

    b.  Use of force including the use of physical force and mechanical restraints;

    c.  CPR/First Aid;

  d. Chemical Agents/Less Lethal Munitions;

  e. Self-defense;

  f. Regulations of the Secretary of Corrections (K.A.R.);

  g. Internal Management Policies and Procedures (IMPP);

  h. General Orders (Corrections Officers only);

  i. Emergency Management;

  j. On the Job Training; and

  k. Orientation.

2. **JUVENILE**:

  a. Adolescent Growth and Development;

  b. Behavior Management/Privileges and Incentives;

  c. CPR/First Aid;

  d. Handle With Care (HWC);

  e. Use of force including the use of mechanical restraints;

  f. Legal Issues;

  g. Reporting Abuse and Neglect;

  h. Regulations of the Secretary (K.A.R.);

  i. Internal Management Policies and Procedures (IMPP);

  j. General Orders (Juvenile Corrections Officers only);

  k. Emergency Management;

  l. On-the-Job Training; and

  m. Orientation.

  n. Verbal Judo

C. Staff who desire credit for previous training are to submit a written request for review of previous training to their respective staff development officer/coordinator. Requests include:

  1. Name of employer/agency providing previous training;

  2. Date(s) of employment;

  3. Type of training received;

  4. Dates training was provided/received; and

  5. Copies of certificates and/or supporting documentation.

D.     If the Staff Skill Development Officer/Coordinator approves a request for credit for previous training, such approval is to be documented in the employees' individual training record.

V.     **Administration of Examinations**

A.     Whenever possible, competency testing is to be utilized and a demonstration of competency is required in training.

B.     At the conclusion of selected modules of instruction and/or practical demonstration, the instructor is to administer a written and/or performance examination to measure the participant's achievement of instructional objectives.

1.     Upon completing the administration and scoring of each written examination, the instructor is to review each item contained on the examination with the participants. Review includes the citing of correct response(s) and an explanation as to the preferable correct responses to other examination choices available.

2.     Upon completing the administration and scoring of each performance examination, the instructor is to review the performance items with each participant on an individual basis, offer additional instruction with regard to how the score on each particular item could be improved, and provide any necessary additional demonstration.

C.     Participants are required to attain a minimum score of 70 percent on both the written and performance test to satisfactorily complete the training unless the specific course requires a higher completion score.

1.     Probationary Employees

a.     Failure to attain the minimum required score on any written examination by a probationary employee may result in dismissal.

(1)     Probationary employees who pass the written examination but fail the physical performance demonstration of skills on any core training are required to attend remedial training.

(2)     Failure to pass the physical demonstration of skills after three (3) attempts is to result in dismissal.

2.     Permanent Employees

a.     Employees in the civil service classifications who fail to attain the minimum required score on a written or performance examination are:

(1)     Allowed to retake each failed examination up to two (2) additional times within a 45-day period.

(a)     Additional retake attempts may be allowed for online courses. Online courses are to specify the number of retakes available within the course content.

(2)     Allowed to practice and be re-evaluated on the physical performance examination prior to the expiration of their certification date.

b.     Staff who are unable to complete the written and/or physical performance examination satisfactorily are to be removed from the position that requires the training and may be dismissed from the service in accordance with applicable personnel regulations and procedures.

D.     <u>**JUVENILE**</u>: Handle With Care (HWC) Performance Examination

1. As part of the conditions of employment, uniformed staff are required to pass a HWC proficiency test to complete annual training satisfactorily in accordance with JJA IMPP 12-111.

2. Upon completing the administration and scoring of each performance examination, the trainer is to review the performance items with each participant on an individual basis, offer additional instruction with regard to how the score on each particular item could be improved, and provide any necessary additional demonstration.

3. Staff who fail to obtain annual certification on the proficiency test for HWC prior to their certification expiration date are:

    a. Permitted to return to their post and continue to work their normal assigned duties as long as they possess a current annual certification.

    b. Offered further training and testing opportunities by staff development prior to the expiration date of their certification.

4. Staff who fail to obtain annual certification on the proficiency test for HWC after their certification date has expired:

    a. Are not allowed to return to their post and are to report to the human resources manager.

    b. The human resources manager is to provide an explanation to the staff member that certification on HWC is a required condition of employment and that their failure to maintain certification prohibits the staff member from returning to their post.

    c. The human resources manager is also to inform the staff member that he/she is to be placed on leave with pay pending a review by the superintendent in consultation with the legal counsel and human resources director.

    d. Based upon information presented to the superintendent by the staff member and by HWC trainers, the staff member may be given an additional opportunity to complete the certification.

    e. Staff who are unable to complete the HWC proficiency test satisfactorily are to be removed from the position and may be dismissed from service in accordance with applicable personnel regulations and procedures.

## VI.    Training Space and Resources

A. Appropriate space and equipment are to be provided for training and staff development. (ACI 4-4080; 4-JCF-6E-06)

B. Training areas for classroom instruction are to be (ACI 4-4080; 4-JCF-6E-06):

    1. Easily accessible;

    2. Free from distracting noise or observations by other individuals; including residents/offenders;

    3. Large enough to accommodate 20-30 people; and

    4. Appropriate for audiovisual presentations.

C. Separate spaces are to be provided for specialized training. (ACI 4-4080; 4-JCF-6E-06)

D.    Staff development is to maintain an educational and video training library to include reference materials that are available to employees. (ACI 4-4078; 4-JCF-6E-05)

**NOTE:** The policy and procedures set forth herein are intended to establish directives and guidelines for staff, residents and offenders and those entities that are contractually bound to adhere to them. They are not intended to establish State created liberty interests for employees, residents or offenders, or an independent duty owed by the Department of Corrections to employees, residents, offenders, or third parties. Similarly, those references to the standards of various accrediting entities as may be contained within this document are included solely to manifest the commonality of purpose and direction as shared by the content of the document and the content of the referenced standards. Any such references within this document neither imply accredited status by a Departmental facility or organizational unit, nor indicate compliance with the standards so cited. The policy and procedures contained within this document are intended to be compliant with all applicable statutes and/or regulatory requirements of the Federal Government and the state of Kansas. This policy and procedure are not intended to establish or create new constitutional rights or to enlarge or expand upon existing constitutional rights or duties.

## REPORTS

None.

## REFERENCES

K.S.A.    21-5512; 21-5914; 38-2385; 38-2386; 46-237a; 75-5212
K.A.R.    1-2-9; 1-2-84; 1-8-2; 1-8-3; 1-8-4; 1-8-6; 44-2-103; 44-15-101a; 123-5-106
IMPP    02-101D; 02-104D; 02-107D; 02-109D; 02-110D; 02-113D; 02-114D; 02-115D; 02-116D; 02-118D; 02-120D; 02-122D; 02-123D; 02-124D; 02-126D; 03-102D; 03-106A; 03-110D; 03-117; 03-118D; 05-116D; 05-172D; 09-101D; 09-102D; 09-103D; 09-104D; 09-106; 09-107D; 10-103D; 10-110D; 10-114D; 10-119D; 10-121D; 10-125; 10-131D; 10-140J; 11-101; 11-113; 12-102D; 12-103; 12-104D; 12-105D; 12-110D; 12-111; 12-112D; 12-113; 12-115; 12-121D; 12-122; 12-124D; 12-126; 13-101D; 14-164; 19-101D; 19-103A; 19-104A; 21-101; 22-102; 22-105A; 22-107
JJA IMPP 12-111 ; 12-114
ACI    4-4057; 4-4073; 4-4074, 4-4078, 4-4080; 4-4082; 4-4083; 4-4084; 4-4084-1; 4-4085; 4-4086; 4-4087; 4-4088; 4-4089; 4-4090; 4-4091; 4-4092; 4-4093; 4-4094; 4-4101; 4-4119; 4-4193; 4-4194; 4-4220; 4-4229; 4-4352; 4-4354; 4-4363; 4-4373; 4-4385; 4-4388; 4-4389
APPFS 4-APPFS-3A-05; 4-APPFS-3A-08; 4-APPFS-3A-15; 4-APPFS-3A-16; 4-APPFS-3A-17; 4-APPFS-3A-18; 4-APPFS-3A-20; 4-APPFS-3A-21; 4-APPFS-3B-01-M; 4-APPFS-3B-02-M; 4-APPFS-3B-03-M; 4-APPFS-3B-04; 4-APPFS-3B-06; 4-APPFS-3D-25; 4-APPFS-3F-02; 4-APPFS-3G-03; 4-APPFS-1C-06; 4-APPFS-2C-06; 4-APPFS-4B-03-M; 4-APPFS-3A-23; 4-APPFS-3B-07; 4-APPFS-3C-03; 4-APPFS-3E-05; 4-APPFS-3E-06; 4-APPFS-3F-02-M
CO    2-CO-1D-05; 2-CO-1D-06; 2-CO-1D-02; 2-CO-1D-08
JCF    4-JCF-1B-03; 4-JCF-2A-20; 4-JCF-2A-25; 4-JCF-2A-29; 4-JCF-1B-05; 4-JCF-3B-04; 4-JCF-3A-02; 4-JCF-4C-12; 4-JCF-4C-22; 4-JCF-4C-54; 4-JCF-4C-55; 4-JCF-4C-56; 4-JCF-4D-07; 4-JCF-6D-06; 4-JCF-6E-01; 4-JCF-6E-04; 4-JCF-6E-05; 4-JCF-6E-06; 4-JCF-6E-07; 4-JCF-6E-08; 4-JCF-6E-09; 4-JCF-6E-10; 4-JCF-6E-11; 4-JCF-6E-12; 4-JCF-6E-13; 4-JCF-6E-14; 4-JCF-6G-12
ITEC    7230-A
NCCHC P-C-03; P-C-04; P-C-05; P-C-09; P-G-05; P-G-06
OEC Manual
PbS

## HISTORY

08-05-14 Original
08-12-14 Rev. 1
12-01-17 Rev. 2

## ATTACHMENTS

| Attachments | Title of Attachments | Page Total |
|---|---|---|
| A | Summary of Minimum Orientation, Basic and Annual Training Hours | 2 pages |
| B | Orientation Curriculum: New Employees | 1 page |

| | | |
|---|---|---|
| C | Orientation/Basic and Annual Training Requirements for Contract Staff | 2 pages |
| D | Basic Training Requirements by Job Category | 8 pages |
| E | Annual Training Requirements by Job Category | 4 pages |
| F | Special Operations Response Team (SORT) Training | 1 page |

## SUMMARY OF MINIMUM ORIENTATION:  BASIC AND ANNUAL TRAINING HOURS

| | ORIENTATION | | BASIC | | ANNUAL | |
|---|---|---|---|---|---|---|
| **CENTRAL OFFICE** | | | | | | |
| Administrative/Managerial | 40 | (2-CO-1D-05) | 16 | (2-CO-1D-08) | 16 | (2-CO-1D-08) |
| Professional Specialist | 40 | (2-CO-1D-05) | 16 | (2-CO-1D-08) | 16 | (2-CO-1D-08) |
| Information Technology | 40 | (2-CO-1D-05) | 16 | (2-CO-1D-08) | 16 | (2-CO-1D-08) |
| Reentry Case Managers | 40 | (2-CO-1D-05) | 40 | (2-CO-1D-06) | 40 | (2-CO-1D-08) |
| Clerical Support | 40 | (2-CO-1D-05) | 16 | (2-CO-1D-08) | 16 | (2-CO-1D-08) |
| Part-time Non-uniform | 4 | | * | | * | |
| Volunteers/Interns | ** | | 4 | | ** | |
| **PAROLE SERVICES** | | | | | | |
| Administrative/Supervisory | 40 | (4-APPFS-3A-05) | 40 | (4-APPFS-3A-15) | 40 | (4-APPFS-3A-15) |
| Professional Specialists | 40 | (4-APPFS-3A-05) | 40 | (4-APPFS-3A-17) | 40 | (4-APPFS-3A-17) |
| Parole Officers/Special Agent/PEO | 40 | (4-APPFS-3A-05) | 160 | (K.S.A. 75-5212; 4-APPFS-3A-17) | 40 | (4-APPFS-3A-17) |
| Information Technology | 40 | (4-APPFS-3A-05) | 16 | (4-APPFS-3A-16) | 16 | (4-APPFS-3A-16) |
| Contract Personnel | *** | | *** | | *** | |
| Clerical Support | 40 | (4-APPFS-3A-05) | 16 | (4-APPFS-3A-16) | 16 | (4-APPFS-3A-16) |
| Part-time Non-uniform | 16 | (4-APPFS-3A-18) | * | (4-APPFS-3A-18) | * | (4-APPFS-3A-18) |
| Volunteers/Interns | ** | | 4 | | ** | |
| **ADULT CORRECTIONAL FACILITIES** | | | | | | |
| Administrative/Managerial | 40 | (ACI 4-4082) | 40 | (ACI 4-4083) | 40 | (ACI 4-4083) |
| Professional Specialists | 40 | (ACI 4-4082) | 40 | (ACI 4-4085) | 40 | (ACI 4-4085) |
| Information Technology | 40 | (ACI 4-4082) | 16 | (ACI 4-4087) | 16 | (ACI 4-4087) |
| Contract Personnel | | (ACI 4-4085, 4-4086) (ACI 4-4088) | | | | (ACI 4-4085, 4-4086) |
| Contract Full-time | 40 | | 0 | | 40 | |
| Contract Part-time | 16 | | 0 | | 16 | |
| Contract Temporary | 16 | | 0 | | 16 | |
| Contract PRN | 8 | | 0 | | 8 | |
| Clerical (Frequent Contact) | 40 | | 0 | | 40 | |
| Clerical (Minimal Contact) | 40 | | 0 | | 16 | |
| Corrections Officers/Specialists/EAI | 40 | (ACI 4-4084) | 200 | (K.S.A. 75-5212; ACI 4-4084) | 40 | (K.S.A. 75-5212, ACI 4-4084-1) |
| Facility Case Management | 40 | (ACI 4-4082) | 160 | (ACI 4-4085) | 40 | (ACI 4-4085) |
| Support Staff | 40 | (ACI 4-4082) | 40 | (ACI 4-4086) | 40 | (ACI 4-4086) |
| Clerical Support (Minimal contact) | 40 | (ACI 4-4082) | 16 | (ACI 4-4087) | 16 | (ACI 4-4087) |
| Clerical Support (Frequent contact) | 40 | (ACI 4-4082) | 40 | (ACI 4-4086) | 40 | (ACI 4-4086) |
| Part-time Non-uniform | 16 | (ACI 4-4088) | * | (ACI 4-4088) | * | (ACI 4-4088) |
| Volunteers/Interns | ** | | 4 | | ** | |

## JUVENILE CORRECTIONAL FACILITIES

| | | | | | | |
|---|---|---|---|---|---|---|
| Administrative/Managerial | 40 | (4-JCF-6E-07) | 40 | (4-JCF-6E-07) | 40 | (4-JCF-6E-07) |
| Information Technology | 40 | | 16 | | 16 | |
| Contract Personnel | | | | | | |
|     Contract Full-time:  Juvenile | 40 | | 0 | | 40 | |
|     Contract Part-time | * | | 0 | | * | |
| Direct Care Staff | 40 | (2-CO-1D-05) | 120 | (4-JCF-6E-09) | 40 | (4-JCF-6E-10) |
| Direct Care Support Staff | 40 | (4-JCF-6E-11; 2-CO-1D-05) | 40 | (4-JCF-6E-11; 2-CO-1D-06) | 40 | (4-JCF-6E-11; 2-CO-1D-06) |
| Juvenile Corrections Officers | 40 | (2-CO-1D-05) | 160 | (K.S.A. 38-2385; 4-JCF-6E-08) | 40 | (K.S.A. 38-2385; 4-JCF-6E-08) |
| Non-Direct Care Support Staff (minimal or no contact) | 40 | (2-CO-1D-05) | 16 | (2-CO-1D-08) | 16 | (2-CO-1D-08) |
| Part-time Non-uniform | 16 | (4-JCF-6E-13) | * | (4-JCF-6E-13) | * | (4-JCF-6E-13) |
| Volunteers/Interns | ** | (4-JCF-6G-12; 4-JCF-4C-55; 4-JCF-4C-56) | 4 | (4-JCF-6G-12; 4-JCF-4C-55; 4-JCF-4C-56) | ** | (4-JCF-6G-12; 4-JCF-4C-55; 4-JCF-4C-56) |

\*      Basic and annual training for all part-time personnel, with the exception of parole clerical staff, are to be in proportion to the number of hours worked and applied to the appropriate standard for a full-time position in the same class. Part-time parole clerical personnel are to receive the same number of hours designated for clerical support staff, unless otherwise specified by the Regional Parole Director.  (ACI 4-4088; 4-APPFS-3A-18; 4-JCF-6E-13)

\*\*     Appointing authorities or designees are to ensure that, prior to assignment, volunteers are provided with appropriate orientation and basic training in accordance with IMPP 13-101D. (ACI 4-4119) Annual training is to be provided as determined appropriate to the role of the volunteer by the appointing authority or designee. Per IMPP 03-117D, interns are required to receive 16 hours of orientation prior to receiving any work assignments.

\*\*\*    Community-based contract personnel are to receive training in the subjects outlined in Attachment C.

Attachment B, IMPP 03-104D
Effective 08-09-2021

## Orientation Curriculum:  New Employees

### *ALL NEW EMPLOYEES*
*Reference:  K.A.R. 1-8-2; ACI 4-4082; 4-APPFS-3A-05; IMPP 02-118D*

**OVERVIEW OF STATE GOVERNMENT**
- State of Kansas mission, vision and values
- Governor's Road Map
- Kansas Government 101
  - Three Branches
  - State Agencies
  - Governor & State Officials
- Budgeting 101
- Customer Service/Public Stewardship

**OVERVIEW OF THE CORRECTIONAL FIELD (ACI 4-4082)**
- KDOC mission, vision and values:  IMPP 01-000 (2-CO-1D-05)
- Purpose and goals of the Facility/Office (ACI 4-4082)
- Agency Programs (2-CO-1D-05)
- Code of Ethics

**WORKING CONDITIONS AND REGULATIONS**
- Employee Work Schedules and Compensation (IMPP 02-113D)
  - Exempt vs. non-exempt
  - Classified/Unclassified
  - Temporary/Permanent
  - Pay schedule
  - Direct deposit
- Employee Self-Service
- Group Health Insurance/Voluntary Group Long Term Care/ Health Quest/Employee Assistance Program/Healthy Kids
- Flexible Spending Accounts/Learning Quest
- Employee Leave and Absences (IMPP 02-114D)
- Disability/Death Benefits/Optional Group Term Live
- Retirement / Deferred Compensation
- Probationary Periods and Performance Appraisals (IMPP 02-107D)
- Employment Laws
  - Equal Employment Opportunity
  - Americans with Disabilities Act
  - Affirmative Action
  - Harassment
  - Family and Medical Leave Act
  - Fair Labor Standards Act
  - Federal Drug-Free Workplace Act
  - Workers Compensation Act
- State Thanks and Recognition (STAR)
- Fire and Emergency Procedures (IMPP 19-103A; 2-CO-1D-02; 4-JCF-6E-09; 4-JCF-1B-03; 4-APPFS-3F-02)
- Media Relations
- Occupational Exposure (IMPP 09-106; OEC Manual; ACI 4-4082)

**POLICIES AND PROCEDURES (IMPP 02-118D; ACI 4-4082)**
- Kansas Statutes Annotated
- Kansas Administrative Regulations / Rules and Regulations of the Secretary
- Internal Management Policies and Procedures

**RESPONSIBILITIES AND RIGHTS OF EMPLOYEES (ACI 4-4082)**
- EEO Discrimination Complaint Resolution (IMPP 02-101D)
- Use of Alcohol, Illegal Drugs and/or Controlled Substances by Employees, Contract Personnel, and Volunteers (IMPP 02-110D)
- Employee Grievances (IMPP 02-115D)
- Conflict of Interest:  Relationships on the Job and Outside Employment (IMPP 02-116D)
- Employee Rules of Conduct and Undue Familiarity (IMPP 02-118D; ACI 4-4082)
- Employee Disciplinary Procedures and Formal Actions (IMPP 02-120D)
- Workplace Violence Prevention (IMPP 02-122D)
- Equal Employment Opportunity Representatives (IMPP 02-123D)
- Sexual Harassment (IMPP 02-124D)
- Tobacco-Free Environment (IMPP 09-107D)
- Trafficking in Contraband:  K.S.A. 21-5914; K.A.R. 44-2-103 (ACI 4-4082)
- Unlawful Sexual Relations: K.S.A. 21-5512 (ACI 4-4082)
- Government Standards and Conduct: K.S.A. 46-237a
- Labor Relations

**JOB SPECIFIC ORIENTATION**
- Position Description
- Time Keeping
- Work Unit Specific Procedures

**ADDITIONAL ORIENTATION REQUIREMENTS FOR FACILITY STAFF:**
- Key Control (ACI 4-4082)
- Universal Precautions (ACI 4-4082)
- Personal protective equipment (ACI 4-4082)
- Biohazardous waste disposal (ACI 4-4082)

**JUVENILE:  ADDITIONAL REQUIREMENTS FOR FACILITY STAFF:**
- Key Control (4-JCF-6E-08; 4-JCF-6E-09; PbS)
- Tool Control (4-JCF-2A-25; PbS)
- Control of Contraband (4-JCF-2A-20; PbS)
- Searches (JJA IMPP 12-121; 4-JCF-2A-20)
- Radio Procedures
- Toxic and Caustic Materials (4-JCF-1B-05)

## ORIENTATION/BASIC AND ANNUAL TRAINING REQUIREMENTS
## FOR CONTRACT STAFF

### *Orientation/Basic Training for Contract Staff*

**FACILITY CONTRACT STAFF:**

**RISK MANAGEMENT OVERVIEW**
- Risk Containment
- Risk Reduction & Reentry
- Victim Services (IMPP 21-101)

**STANDARDS OF PROFESSIONAL CONDUCT**
- Code of Ethics (IMPP 02-118D)
- Interpersonal Relations
  - Undue Familiarity/Sexual Misconduct (IMPP 02-118D)
  - Trafficking in Contraband (K.S.A. 21-5914; K.A.R. 44-2-103)
  - Unlawful Sexual Relations (K.S.A. 21-5512)
  - Offender Manipulations
  - Men's/Women's Forums
- Sexual Harassment (IMPP 02-124D)

**CULTURAL AWARENESS**
- Religious Issues

**OFFENDER SUPERVISION**
- Offender Rules & Regulations/Rules of Conduct
- Security Threat Groups (IMPP 12-105D)
- Offender Sexual Assault Prevention/PREA (IMPP 10-103D)

**INFORMATION TECHNOLOGY**
- IT Security Awareness (IMPP 05-116D; ITEC 7230-A)
- KCJIS/OMIS Security Requirements (As Applicable)

**MEDICAL EMERGENCIES**
- Prevention and Control of Communicable and Infectious Diseases/Universal Precautions (ACI 4-4352; 4-JCF-4C-22)
- Occupational Exposure Control (IMPP 09-106; OEC Manual)
- Suicide Prevention/Intervention (ACI 4-4373; 4-JCF-6E-08; 4-JCF-6E-09)

**SAFETY/EMERGENCY PROCEDURES**
- Incident Command System for Corrections (IMPP 19-101D)

**FIELD SERVICES CONTRACT STAFF:**

**RISK MANAGEMENT OVERVIEW**
- Risk Containment
- Risk Reduction & Reentry
- Victim Services (IMPP 21-101)

**STANDARDS OF PROFESSIONAL CONDUCT**
- Employee Rules of Conduct (IMPP 02-118D)
- Undue Familiarity/Sexual Misconduct (IMPP 02-118D)
- Use of Alcohol/Controlled Substances (IMPP 02-110D)
- Tobacco Policy (IMPP 09-107D)
- Sexual Harassment/EEO (IMPP 02-124D; 4-APPFS-3E-05; 4-APPFS-3E-06)
- Workplace Violence (IMPP 02-122D)
- Conflict of Interest (IMPP 02-116D)
- Confidentiality of Records/Disclosure of Information (4-APPFS-3C-03)
- Offender Sexual Assault Prevention/PREA (IMPP 10-103D)

**INFORMATION TECHNOLOGY**
- IT Security Awareness (ITEC Policy 7230-A; IMPP 05-116D)
- KCJIS/OMIS Security Requirements (IMPP 05-172D)

**OTHER TRAINING AS DETERMINED BY CFS STAFF DEVELOPMENT:**
- Safety Training
- OMIS/TOADS
- Case Management/Case Planning
- Violation Processing
- Parole Officer Basic Training Academy
- Hostage Situations (IMPP 19-104A)
- Emergency Plans (4-APPFS-3F-02)

**JUVENILE – CONTRACT STAFF:**

**STANDARDS OF PROFESSIONAL CONDUCT**
- Code of Ethics/Employee Rules of Conduct (IMPP 02-118D)
- Undue Familiarity (IMPP 02-118D)
- Sexual Harassment/EEO and Non-Discrimination (IMPP 02-101D; 02-124D)
- Workplace Violence (IMPP 02-122D)

**OFFENDER SUPERVISION**
- Behavior Management/Privileges and Incentives (4-JCF-3B-04)
- Juvenile Rules and Regulations (4-JCF-3B-04)
- Reporting Abuse and Neglect (IMPP 10-140J)
- Sexual Assault Prevention & Intervention/PREA (IMPP 10-103D)

**SECURITY PROCEDURES**
- Crime Scene Preservation (JJA IMPP 12-114)
- Key Control
- Tool Control

**MEDICAL EMERGENCIES**
- Communicable and Infectious Disease Management (4-JCF-4C-22)
- Suicide Prevention/Intervention (4-JCF-4D-07)

**SAFETY/EMERGENCY PROCEDURES**
- Incident Command System for Corrections
- Fire and Emergency Procedures (4-JCF-1B-03
- Handle With Care

**INFORMATION TECHNOLOGY**
- IT Security Awareness (Contract staff who use state computers only) (ITEC 7230-A)

| Topics |
|---|
| • Emergency Plans/Procedures (ACI 4-4084-1; 4-4220; IMPP 19-101D) |
| • IT Security Awareness (ITEC Policy 7230-A) |
| • Occupational Exposure (IMPP 09-106; OEC Manual) |
| • Offender Rules of Conduct (ACI 4-4229) |
| • Offender Sexual Assault Prevention/PREA (IMPP 10-103D) |
| • Prevention and Control of Infectious and Communicable Diseases/Universal Precautions (ACI 4-4354; IMPP 09-106; IMPP 10-131D) |
| • Sexual Harassment (IMPP 02-124D) |
| • Suicide Prevention/Intervention (ACI 4-4389; 4-4373) |
| • Undue Familiarity/Sexual Misconduct (IMPP 02-118D) |
| • Electives |

**Health service personnel are required to maintain current certification in cardio-pulmonary resuscitation.**

| Topics |
|---|
| • Communicable and Infectious Disease Management (4-JCF-4C-22) |
| • Fire and Emergency Procedures (4-JCF-6E-10) |
| • Handle With Care Refresher |
| • IT Security Awareness (IMPP 05-116D; ITEC Policy 7230-A) |
| • Juvenile Rules and Regulations (4-JCF-3B-04) |
| • Occupational Exposure (IMPP 09-106; OEC Manual) |
| • Offender Sexual Assault Prevention/PREA (IMPP 10-103D; 4-JCF-6E-10) |
| • Reporting Abuse and/or Neglect (IMPP 10-140J) |
| • Security Procedures (4-JCF-6E-10; 4-JCF-6E-11) |
| • Sexual Harassment (IMPP 02-124D) |
| • Suicide Prevention/Intervention (4-JCF-4C-54; 4-JCF-4D-07) |
| • Supervision of Juveniles (4-JCF-6E-10; 4-JCF-6E-11) |
| • Undue Familiarity/Sexual Misconduct (IMPP 02-118D) |
| • Facility Electives |

**Health service personnel are required to maintain current certification in cardio-pulmonary resuscitation.**

Page 1 of 8, Attachment D, IMPP 03-104D
Effective 08-09-2021

# BASIC TRAINING REQUIREMENTS BY JOB CATEGORY
## ADULT FACILITY

| Topic | Corrections Officers/ Specialists | Facility Case Management | Reentry | Professional Specialists/ Support Staff | Administrative /Managerial | Information Technology | Clerical |
|---|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| **Risk Management Overview** | | | | | | | |
| Risk Management Overview<br>• Risk Containment<br>• Risk Reduction & Reentry<br>• LSI-R Overview | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Victim Services (IMPP 21-101) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **Standards of Professional Conduct (ACI 4-4084)** | | | | | | | |
| Code of Ethics (IMPP 02-118D; ACI 4-4084) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Interpersonal Relations (ACI-4084)<br>• Undue Familiarity/Sexual Misconduct (IMPP 02-118D)<br>• Offender Manipulation<br>• Men's/Women's Forums | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Legal Issues for Corrections<br>• Offender Rights (ACI 4-4084) | ✓ | | | | | | |
| Sexual Harassment (IMPP 02-124D) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Stress Awareness | ✓ | | | | | | |
| **Cultural Awareness (ACI 4-4084)** | | | | | | | |
| Ethnic Differences | ✓ | | | | | | |
| Religious Groups | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **Use of Force (ACI 4-4084; 4-4090)** | | | | | | | |
| Chemical Agents (IMPP 03-106A; 12-111; ACI 4-4092) | ✓ | | | | | | |
| Defensive Tactics (ACI 4-4090) | ✓ | | | | | | |
| Range Safety/Range Training (IMPP 12-126) | ✓ | | | | | | |
| Use of Force Policy/Procedures (ACI 4-4090; IMPP 12-111A) | ✓ | | | | | | |
| Weapons Qualification (IMPP 03-106A; 12-111; ACI 4-4091) | ✓ | | | | | | |
| **Safety/Emergency Procedures (ACI 4-4084; 4-4220)** | | | | | | | |
| Fire Safety (ACI 4-4084) | ✓ | | | | | | |
| Hazardous Materials (IMPP 12-112D) | ✓ | | | | | | |
| Incident Command System for Corrections (ICSC)<br>• Basic Security Practices<br>• ICSC<br>• Hostage Survival | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| FEMA IS-700: NIMS, An Introduction | ✓ | ✓ | | | ✓ | | |
| NIMS ICS-100: Introduction to Incident Command System | ✓ | ✓ | | | ✓ | | |
| NIMS ICS-200: ICS for Single Resources and Initial Action Incidents [1] | ✓ | ✓ | | | ✓ | | |
| NIMS ICS-300: Intermediate ICS for Expanding Incidents [2] | ✓ | | | | ✓ | | |
| NIMS ICS-400: Advanced ICS [3] | | | | | ✓ | | |
| NIMS IS-800: National Response Framework, An Introduction [4] | | | | | ✓ | | |
| Occupational Exposure (IMPP 09-106; OEC Manual; ACI 4-4082) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **Security Procedures (ACI 4-4084)** | | | | | | | |
| Count/Movement/Accountability Checks | ✓ | | | | | | |
| Key & Tool Control (ACI 4-4084) | ✓ | | | | | | |
| Property/Contraband Control | ✓ | | | | | | |
| Restraints/Avoiding Positional Asphyxia (IMPP 12-113) | ✓ | | | | | | |
| Rules of Evidence/Crime Scene Preservation | ✓ | | | | | | |
| Searches (personal/area/vehicle/medicine bags) (IMPP 12-103) | ✓ | | | | | | |
| Transportation/Escort Procedures (IMPP 12-110D) | ✓ | | | | | | |
| **Medical Emergencies** | | | | | | | |
| CPR/First Aid (ACI 4-4389) | ✓ | | | | | | |
| Prevention and Control of Communicable Diseases/Universal Precautions (IMPP 10-131D) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

[1] NIMS ICS-200: Required for Facility Command staff, Section Chiefs (includes Business Manager, Food Service Supervisor and Unit Team Managers), CSI's and above, SORT Team members
[2] NIMS ICS-300: Required for Facility Command staff, CSII's and above, SORT Commanders and Team Leaders
[3] NIMS ICS-400: Required for Wardens and Deputy Wardens
[4] NIMS IS-800: Required for Wardens and Deputy Wardens

| Topic | Corrections Officers/ Specialists | Facility Case Management | Reentry | Professional Specialists/ Support Staff | Administrative/Managerial | Information Technology | Clerical |
|---|---|---|---|---|---|---|---|
| Recognition of signs and symptoms/knowledge of action that is required in potential emergency situations (ACI 4-4389) <br>• 4-minute response time <br>• Methods of obtaining assistance <br>• Procedures for patient transfers to medical facilities or health care providers <br>• Signs & symptoms of mental illness, violent behavior, acute chemical intoxication & withdrawal | ✓ | | | | | | |
| Suicide Prevention/Intervention (ACI 4-4084; 4-4373; 4-4389; IMPP 10-105) | ✓ | ✓ | ✓ | 5 | | | |
| **Offender Supervision (ACI 4-4084)** | | | | | | | |
| Conducting Custody Classification Reviews | | ✓ | | | | | |
| Effective Offender Reviews | | ✓ | | | | | |
| Gender Responsivity Considerations (TCF Only) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Good Time Computation | | ✓ | | | | | |
| Inmate Grievance Procedure (K.A.R. 44-15-101) | | ✓ | ✓ | | | | |
| Offender Property & Claims | | ✓ | | | | | |
| Offender Rules and Regulations (ACI 4-4229) | ✓ | ✓ | ✓ | 6 | | | |
| Offender Sexual Assault Prevention/PREA (ACI 4-4084; IMPP 10-103D) | ✓ | ✓ | ✓ | ✓ | | | ✓ |
| International Prisoner Transfer | | ✓ | | | | | |
| Interstate Corrections Compact | | ✓ | | | | | |
| Introduction to Prisoner Review Board | | ✓ | | | | | |
| Introduction to Sentence Computation | | ✓ | | | | | |
| Security/Classification Levels | ✓ | | | | | | |
| Security Threat Groups (IMPP 12-105D) | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Types of Supervision | ✓ | | | | | | |
| Unit Team Concept | | ✓ | | | | | |
| **Communication Skills (ACI 4-4084)** | | | | | | | |
| Case Management Basic Training (ACMS & EPICS) | | ✓ | ✓ | | 7 | | |
| Cognitive Reflective Communication | ✓ | | | 8 | 9 | | |
| Conflict De-escalation | ✓ | | | | | | |
| Radio Communications | ✓ | | | | | | |
| Report Writing <br>• Incident Reports <br>• Narratives <br>• Logs <br>• Disciplinary Reports <br>• Use of Force Reports | ✓ | | | | | | |
| **Case Management** | | | | | | | |
| Breaking Down the Systems | | ✓ | ✓ | | | | |
| Case Management Principles and Practices | | ✓ | ✓ | | | | |
| Crime Victims and Case Management | | ✓ | ✓ | | | | |
| LSI-R for Non-Raters | | ✓ | ✓ | | | | |
| Mental Illness and Case Management | | ✓ | ✓ | | | | |
| Offender Housing | | ✓ | ✓ | | | | |
| Offender Job Preparation | | ✓ | ✓ | | | | |
| Sex Offenders and Case Management | | ✓ | ✓ | | | | |
| Stress & Time Management | | ✓ | ✓ | | | | |
| Substance Use and Responsivity | | ✓ | ✓ | | | | |
| Write it Right | | As required | As required | | | | |
| **Reentry and Release** | | | | | | | |
| Home and Employment Plan Investigations | | | ✓ | | | | |
| Release Planning Process | | | ✓ | | | | |

[5] Required for Professional Specialists/Support staff who supervise residents
[6] Required for Professional Specialists/Support staff who supervise residents
[7] Required for Administrators and Managers who oversee facility case management staff
[8] Required for Professional Specialist/Support staff who supervise residents
[9] Required for Administrators and Managers who oversee security, maintenance, and other staff who supervise residents

| Topic | Corrections Officers/ Specialists | Facility Case Management | Reentry | Professional Specialists/ Support Staff | Administrative /Managerial | Information Technology | Clerical |
|---|---|---|---|---|---|---|---|
| **Information Technology** | | | | | | | |
| Forms/Email/Intranet | ✓ | | | | | | |
| Information Technology Security Awareness (KS ITEC Policy 7230-A; IMPP 05-116D) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| KASPER | | | ✓ | | | | |
| KCJIS/OMIS Security Requirements (IMPP 05-172D) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| TOADS | | ✓ | ✓ | | | | |
| **On-the-job Training (OJT)** | ✓ | | | | | | |

## BASIC TRAINING REQUIREMENTS BY JOB CATEGORY
## JUVENILE FACILITY

| Topic | Juvenile Corrections Officers | Direct Care Staff | Direct Care Support Staff | Non-Direct Care Support Staff | Administrative Staff |
|---|:---:|:---:|:---:|:---:|:---:|
| **Standards of Professional Conduct** | | | | | |
| Code of Ethics/Employee Rules of Conduct (4-JCF-6E-08) | ✓ | ✓ | ✓ | ✓ | ✓ |
| Interpersonal Relations (4-JCF-6E-08; 4-JCF-6E-09) <br> • Undue Familiarity/Sexual Misconduct (IMPP 02-118D) <br> • Sexual Harassment/EEO and Non-Discrimination (IMPP 02-101D; 02-124D; 4-JCF-3A-02; 4-JCF-6D-06; 4-JCF-6E-09) | ✓ | ✓ | ✓ | ✓ | ✓ |
| Legal Issues | ✓ | ✓ | ✓ | ✓ | ✓ |
| Workplace Violence (IMPP 02-122D) | ✓ | ✓ | ✓ | ✓ | ✓ |
| **Cultural Awareness** | | | | | |
| Cultural Awareness/Social & Cultural Lifestyles of the Juvenile Population (4-JCF-6E-08; 4-JCF-6E-09) | ✓ | ✓ | | | |
| **Use of Force** | | | | | |
| Handle With Care (IMPP 12-111; PbS) | ✓ | ✓ | ✓ | | |
| Mechanical Restraints/Avoiding Positional Asphyxia (K.A.R. 123-5-106; IMPP 12-113; PbS) | ✓ | | | | |
| Use of Force (4-JCF-2A-29; 4-JCF-6E-08; 4-JCF-6E-09; PbS) | ✓ | ✓ | | | |
| **Safety/Emergency Procedures** | | | | | |
| Incident Command System for Corrections (ICSC) <br> • Basic Security Practices <br> • ICSC <br> • Hostage Survival | ✓ | ✓ | ✓ | ✓ | ✓ |
| NIMS ICS-100: Introduction to Incident Command System | ✓ | ✓ | | | ✓ |
| NIMS IS-700: NIMS, An Introduction | ✓ | ✓ | | | ✓ |
| NIMS ICS-200: ICS for Single Resources and Initial Action Incidents [1] | ✓ | ✓ | | | ✓ |
| NIMS ICS-300: Intermediate ICS for Expanding Incidents [2] | ✓ | | | | ✓ |
| NIMS ICS-400: Advanced ICS [3] | | | | | ✓ |
| NIMS IS-800: National Response Framework, An Introduction [4] | | | | | ✓ |
| Occupational Exposure (IMPP 09-106; OEC Manual) | ✓ | ✓ | ✓ | ✓ | ✓ |
| Safety Procedures (4-JCF-6E-08) | ✓ | ✓ | ✓ | ✓ | ✓ |
| **Security Procedures** | | | | | |
| Crime Scene Preservation (JJA IMPP 12-114) | ✓ | ✓ | ✓ | | |
| Institution Counts (PbS) | ✓ | | | | |
| Key & Tool Control (4-JCF-6E-08; 4-JCF-6E-09; PbS) | ✓ | ✓ | | | |
| Offender/Facility Searches (IMPP 12-103; 4-JCF-2A-20; 4-JCF-6E-09) | ✓ | ✓ | | | |
| Perimeter Checks (PbS) | ✓ | | | | |
| Rules of Evidence (4-JCF-6E-09) | | ✓ | | | |
| Searches of Employees and Volunteers (IMPP 12-121) | ✓ | | | | |
| Searches of Visitors (IMPP 12-115) | ✓ | | | | |
| Security Procedures (4-JCF-6E-08; 4-JCF-6E-09) | ✓ | ✓ | | | |
| Segregation Procedures (PbS) | ✓ | | | | |
| **Communication Skills** | | | | | |
| Cognitive Reflective Communication | ✓ | | ✓ | | [5] |
| Communication Skills (4-JCF-6E-08; 4-JCF-6E-09; PbS) | ✓ | ✓ | ✓ | ✓ | |
| Crisis Intervention (4-JCF-4C-12) | ✓ | | | | |
| Report Writing (4-JCF-6E-09) | ✓ | ✓ | | | |
| **Medical Emergencies** | | | | | |
| Communicable and Infectious Disease Management (4-JCF-4C-22) | ✓ | ✓ | ✓ | ✓ | ✓ |
| CPR/First Aid (4-JCF-6E-09; 4-JCF-4C-12; 4-JCF-4C-54) | ✓ | ✓ | ✓ | | |
| Mental Health 101 | ✓ | ✓ | | | |

[1] NIMS ICS-200: Required for Facility Command staff and Section Chiefs (Business Administrator, Food Service Supervisor, etc.), Social Work Supervisors, and JCO II's and above
[2] NIMS ICS-300: Required for Facility Command staff and JCO III's and above
[3] NIMS ICS-400: Required for Superintendent and Deputy Superintendent
[4] NIMS ICS-800: Required for Superintendent and Deputy Superintendent
[5] Required for Administrators and Managers who oversee security, maintenance, and other staff who supervise residents

| Topic | Juvenile Corrections Officers | Direct Care Staff | Direct Care Support Staff | Non-Direct Care Support Staff | Administrative Staff |
|---|---|---|---|---|---|
| Medical Emergency Response (4-JCF-4C-54)<br>• 4-minute response time<br>• Recognition of signs & symptoms, and required action<br>• Recognition of signs & symptoms of mental illness, violent behavior, and acute chemical intoxication and withdrawal<br>• Methods of obtaining assistance<br>• Procedures for transfer to medical facilities or community health service providers | ✓ | | | | |
| Suicide Prevention/Intervention (4-JCF-6E-08; 4-JCF-4D-07; 4-JCF-4C-54; PbS) | ✓ | ✓ | ✓ | | |
| **Offender Supervision** | | | | | |
| Adolescent Growth and Development (PbS) | ✓ | | | | |
| Behavior Management/Privileges and Incentives (4-JCF-3B-04) | ✓ | ✓ | ✓ | | |
| Juvenile Rights and Responsibilities (4-JCF-6E-09) | ✓ | ✓ | | | |
| Juvenile Rules & Regulations/Offender Disciplinary Process (4-JCF-3B-04; 4-JCF-6E-08; 4-JCF-6E-09) | ✓ | ✓ | ✓ | | |
| Offender Grievance Process (PbS) | ✓ | ✓ | | | |
| Offender Property Claims | ✓ | ✓ | | | |
| Reporting Abuse and Neglect (IMPP 10-140J) | ✓ | ✓ | ✓ | ✓ | ✓ |
| Sexual Assault Prevention & Intervention/PREA (IMPP 10-103D; 4-JCF-6E-08; 4-JCF-6E-09) | ✓ | ✓ | ✓ | ✓ | ✓ |
| Supervision of Juveniles (4-JCF-6E-08; 4-JCF-6E-09) | ✓ | ✓ | ✓ | | |
| **Case Management** | | | | | |
| Case Management Basic Training (ACMS & EPICS) | | ✓ | | | |
| **Information Technology** | | | | | |
| Advanced Computer Training KJJIS | ✓ | ✓ | | | |
| Information Technology Security Awareness (KS ITEC Policy 7230-A) | ✓ | ✓ | ✓ | ✓ | ✓ |
| On the Job Training (OJT) | ✓ | | | | |

## BASIC TRAINING REQUIREMENTS BY JOB CATEGORY
### Parole Services

| Topic | Parole Officer /Reentry Case Managers | Professional Specialist/ Support Staff | Administrative /Managerial | Information Technology | Clerical |
|---|:---:|:---:|:---:|:---:|:---:|
| **Risk Management Overview** | | | | | |
| Risk Management Overview<br>• Risk Containment<br>• Risk Reduction & Reentry | √ | √ | √ | √ | √ |
| Victim Services (IMPP 21-101) | √ | √ | √ | | √ |
| **Standards of Professional Conduct** | | | | | |
| Code of Ethics (IMPP 02-118D) | √ | √ | √ | √ | √ |
| Sexual Harassment/EEO (IMPP 02-124D; 4-APPFS-3E-05; 4-APPFS 3E-06) | √ | √ | √ | √ | √ |
| Undue Familiarity/Sexual Misconduct (IMPP 02-118D) | √ | √ | √ | √ | √ |
| **Safety/Emergency Procedures** | | | | | |
| Chemical Agents[1] (IMPP 03-106A) | √ | √ | √ | | √ |
| Emergency Plans (IMPP 19-103A) | √ | √ | √ | √ | √ |
| Hostage Survival (IMPP 19-104A) | √ | √ | √ | √ | √ |
| Occupational Exposure (IMPP 09-106; OEC Manual) | √ | √ | √ | √ | √ |
| Office and Field Safety (4-APPFS-3B-07) | √ | | | | |
| Search Procedures (IMPP 14-164) | √ | | | | |
| Self-Defense (4-APPFS-3A-23) | √ | | | | |
| Transportation Procedures (4-APPFS-3G-06) | √ | | | | |
| Universal Precautions & Communicable Diseases (IMPP 10-131D) | √ | √ | | √ | √ |
| Use of Force (4-APPFS-3B-06) | √ | | | | |
| **Offender Supervision** | | | | | |
| Confidentiality of Information (4-APPFS-3C-03) | √ | √ | √ | | √ |
| Interstate Compact Procedures | √ | | | | |
| LSI-R Rater Certification (IMPP 11-113A) | √ | | | | |
| Mentally Ill Offenders | √ | | | | |
| Offender Grievance Procedure (K.A.R. 44-15-101a) | √ | | | | |
| Offender Sexual Assault Prevention/PREA (IMPP 10-103D) | √ | √ | √ | √ | √ |
| Records Management & File Maintenance | √ | | | | |
| Security Threat Groups (IMPP 12-105D) | √ | | | | |
| Sex Offender Supervision | √ | | | | |
| Substance Abuse Testing (IMPP 14-112A) | √ | | | | |
| Substance Abusing Offenders | √ | | | | |
| Use of Interventions | √ | | | | |
| Violation Processes | √ | | | | |
| **Case Management** | | | | | |
| Case Management Basic Training (ACMS & EPICS) | √ | √ | √ | | |
| Case Management Principles and Practices | √ | | | | |
| Crime Victims and Case Management | √ | | | | |
| Offender Housing | √ | | | | |
| Offender Job Preparation | √ | | | | |
| Stress & Time Management | √ | | | | |
| **Information Technology** | | | | | |
| Information Technology Security Awareness (KS ITEC Policy 7230-A; IMPP 05-116D) | √ | √ | √ | √ | √ |
| KCJIS/OMIS Security Requirements (IMPP 05-172D) | √ | √ | √ | √ | √ |
| OMIS | √ | | | | √ |
| TOADS | √ | | | | √ |
| **On-the-job Training (OJT)** | √ | | | | |

---

[1] Staff who wish to be certified in chemical agents and authorized to carry chemical agents while on the job, are required to certify via chemical agent basic training.

## BASIC TRAINING REQUIREMENTS BY JOB CATEGORY
### Central Office

| Topic | Administrative /Managerial | Professional Specialists | Information Technology | Clerical | Contract |
|---|:---:|:---:|:---:|:---:|:---:|
| **Risk Management Overview** | | | | | |
| Risk Management Overview<br>• Risk Containment<br>• Risk Reduction & Reentry<br>• LSI-R Overview | √ | √ | √ | √ | √ |
| Victim Services (IMPP 21-101) | √ | √ | √ | √ | √ |
| **Standards of Professional Conduct** | | | | | |
| Code of Ethics (IMPP 02-118D) | √ | √ | √ | √ | √ |
| Interpersonal Relations<br>• Undue Familiarity/Sexual Misconduct (IMPP 02-118D)<br>• Sexual Harassment/EEO and Non-Discrimination (IMPP 02-124D) | √ | √ | √ | √ | √ |
| Legal Issues | √ | √ | √ | √ | √ |
| **Safety/Emergency Procedures** | | | | | |
| Fire and Emergency Procedures (IMPP 19-101D) | √ | √ | √ | √ | √ |
| Incident Command System for Corrections | * | | | | |
| NIMS ICS-100:  Introduction to Incident Command System | * | | | | |
| NIMS IS-700:  NIMS, An Introduction | * | | | | |
| NIMS ICS-200:  ICS for Single Resources and Initial Action Incidents | * | | | | |
| NIMS ICS-300:  Intermediate ICS for Expanding Incidents | * | | | | |
| NIMS ICS-400:  Advanced ICS | * | | | | |
| NIMS IS-800:  National Response Framework, An Introduction | * | | | | |
| Occupational Exposure (IMPP 09-106; OEC Manual) | √ | √ | √ | √ | √ |
| Prevention of Communicable and Infectious Disease (IMPP 10-131D) | √ | √ | √ | √ | √ |
| **Offender Supervision** | | | | | |
| Reporting Abuse and Neglect (IMPP 07-103) | √ | √ | √ | √ | √ |
| Sexual Assault Prevention & Intervention/PREA (IMPP 10-103D) | √ | √ | √ | √ | √ |
| Security Threat Groups (IMPP 12-105D) | √ | √ | √ | √ | √ |
| **Information Technology** | | | | | |
| Information Technology Security Awareness (KS ITEC Policy 7230-A; IMPP 05-116D) | √ | √ | √ | √ | √ |
| KCJIS/OMIS Security Requirements (IMPP 05-172D) | * | * | * | * | * |

\* Required for designated Central Office staff

# BASIC TRAINING REQUIREMENTS BY JOB CATEGORY
## Special Agents

### Facility Special Agents

Facility Special Agents are required to complete corrections officer basic training. In addition, facility special agents are required to complete basic investigator training as follows:

- Ethics
- Legal Issues
- Crime Scene/Evidence Collection
- Offender Sexual Assault Investigations
- Interview and Interrogation
- Arrest Procedures (IMPP 22-105A)

- Transportation of Offenders (IMPP 22-105A)
- Assembling a Case/Report Writing
- Preparing for Court
- Drug Identification
- Surveillance Techniques
- Conducted Energy (Electrical) Weapons

### Juvenile Services Special Agents

Juvenile Services Special Agents are required to complete a certified law enforcement basic training course. In addition, KDOC training requirements include:

**STANDARDS OF PROFESSIONAL CONDUCT**
- Code of Ethics (IMPP 02-118D; 4-JCF-6E-08)
- Interpersonal Relations
  - Undue Familiarity/Sexual Misconduct (IMPP 02-118D)
  - Sexual Harassment/EEO (IMPP 02-124D; 4-JCF-6D-06)

**OFFENDER SUPERVISION**
- Sexual Assault Prevention & Intervention/PREA (IMPP 10-103D)
- Reporting Abuse & Neglect (IMPP 10-140J)

**USE OF FORCE**
- Use of Force Policy/Procedures (JJA IMPP 12-111)
- Handle With Care (JJA IMPP 12-111)
- Chemical Agents (IMPP 03-106A; IMPP 12-111A)
- Conducted Energy (Electrical) Weapons
- Range Safety (IMPP 12-126)
- Weapons Training (IMPP 22-107; 03-106A; IMPP 12-111A)
- Weapons Qualification (IMPP 03-106A)

**SAFETY/EMERGENCY PROCEDURES**
- Incident Command System for Corrections
- FEMA IS-700: NIMS, An Introduction
- NIMS ICS-100: Introduction to ICS
- Occupational Exposure (IMPP 09-106; OEC Manual)

**SECURITY PROCEDURES**
- Arrest Procedures (IMPP 22-105A)
- Restraint Applications/Positional Asphyxia (JJA IMPP 12-113; K.A.R. 123-5-106; PbS)
- Crime Scene Preservation (JJA IMPP 12-114)
- Transportation Procedures (IMPP 22-105A)
- Search Procedures (JJA IMPP 12-103)

**MEDICAL EMERGENCIES**
- Prevention and Control of Communicable Diseases/Universal Precautions (4-JCF-4C-22)

**INFORMATION TECHNOLOGY**
- IT Security Awareness (KS ITEC Policy 7230A; IMPP 05-116D)
- KCJIS/OMIS Security Requirements (IMPP 05-172D)

### Community Special Agents

Community Special Agents shall be required to complete a certified law enforcement basic training course. In addition, KDOC training requirements include:

**RISK MANAGEMENT OVERVIEW**
- Risk Containment
- Risk Reduction & Reentry
- LSI-R Overview
- Victim Services (IMPP 21-101)

**STANDARDS OF PROFESSIONAL CONDUCT**
- Code of Ethics (IMPP 02-118D)
- Interpersonal Relations
  - Undue Familiarity/Sexual Misconduct (IMPP 02-118D)
  - Sexual Harassment/EEO (IMPP 02-124D)

**OFFENDER SUPERVISION**
- Sexual Assault Prevention/PREA (IMPP 10-103D)

**USE OF FORCE**
- Use of Force Policy/Procedures (IMPP 12-111A)
- Self-Defense
- Batons (IMPP 03-106A)
- Chemical Agents (IMPP 03-106A; 12-111A)
- Conducted Energy (Electrical) Weapons
- Range Safety (IMPP 12-126)
- Weapons Training (IMPP 22-107; 03-106A; 12-111A)
- Weapons Qualification (IMPP 03-106A)

**SAFETY/EMERGENCY PROCEDURES**
- Emergency Plans (19-103A)
- FEMA IS-700: NIMS, An Introduction
- NIMS ICS-100: Introduction to ICS
- Defensive Driving (IMPP 03-104D; 22-102)
- Hostage Survival (IMPP 19-104A)
- Occupational Exposure (IMPP 09-106; OEC Manual)

**SECURITY PROCEDURES**
- Arrest Procedures (IMPP 22-105)
- Restraint Applications/Positional Asphyxia (IMPP 22-113)
- Collection and Preservation of Evidence
- Transportation Procedures (IMPP 22-105; 12-110D)
- Search Procedures (IMPP 12-103; 14-164)
- Security Threat Groups (IMPP 12-105D)

**MEDICAL EMERGENCIES**
- Prevention and Control of Communicable Diseases/Universal Precautions (IMPP 10-131D)

**INFORMATION TECHNOLOGY**
- IT Security Awareness (IMPP 05-116D)
- KCJIS/OMIS Security Requirements (IMPP 05-172D)
- TOADS

EAI Supervisors are also required to take NIMS ICS-200: ICS for Single Resources and Initial Action Incidents.

# ANNUAL TRAINING REQUIREMENTS BY JOB CATEGORY

## Adult Facility

| Topic | Corrections Officers/ Specialists | Facility Case Management | Reentry | Professional Specialists/ Support Staff | Administrative/Managerial | Information Technology | Contract | Clerical |
|---|---|---|---|---|---|---|---|---|
| Chemical Agents[5] | ✓ | | | | | | | |
| Communication Skills (include cognitive skills refresher; CRC, ACMS, EPICS, etc.) | ✓ | ✓ | ✓ | 6 | 7 | | | |
| CPR/First Aid (ACI 4-4389) | 8 | | | | | | | |
| Defensive Tactics | ✓ | | | | | | | |
| Emergency Plans/Procedures (ACI 4-4084-1; ACI 4-4220; IMPP 19-101D) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Fire and Safety Procedures (ACI 4-4084-1) | ✓ | | | | | | | |
| Offender Sexual Assault Prevention/PREA (ACI 4-4084-1; IMPP 10-103D) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| IT Security Awareness (IMPP 05-116D; KS ITEC Policy 7230-A) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Medical Emergency/Responses (ACI 4-4084-1; 4-4389) | ✓ | | | | | | | |
| Occupational Exposure (IMPP 09-106; OEC Manual) | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ |
| Offender Rules of Conduct (ACI 4229) | ✓ | ✓ | ✓ | 9 | | | ✓ | |
| Prevention/Control of Infectious & Communicable Diseases (IMPP 10-131D; ACI 4-4354) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Security Procedures (ACI 4-4084-1) | ✓ | | | | | | | |
| Sexual Harassment (IMPP 02-124D) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Standards of Conduct/Ethics (ACI 4-4084-1) | ✓ | | | | | | | |
| Suicide Prevention/Intervention (ACI 4-4373; 4-4390) | ✓ | ✓ | ✓ | 10 | | | ✓ | |
| Undue Familiarity/Sexual Misconduct (IMPP 02-118D) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Use of Force/Positional Asphyxia (ACI 4-4084-1) | ✓ | | | | | | | |
| Weapons Training (IMPP 03-106A; ACI 4-4091) | 11 | | | | | | | |
| Facility Electives | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

[5] Staff required to carry or who may be issued chemical agents are required to attend annual training to retain their certification.
[6] Required for professional specialists who supervise residents.
[7] CRC refresher required for Administrative/Managerial staff who oversee security, maintenance, and other staff required to take CRC; cognitive skills refresher required for Administrative/Managerial staff who supervise facility case management staff.
[8] Staff shall be re-certified in CPR/First Aid bi-annually in accordance with the certifying health organization's requirements.
[9] Required for professional specialists who supervise residents.
[10] Required for professional specialists who supervise residents.
[11] Corrections officers designated to staff armed posts and respond to emergency situations are to receive 8 hours of weapons training as a portion of their 40 hours of annual training in accordance with the firearms training plan described in IMPP 03-106A.

# ANNUAL TRAINING REQUIREMENTS BY JOB CATEGORY

## Juvenile Facility

| Topic | Juvenile Corrections Officers | Direct Care Staff | Direct Care Support Staff | Non-Direct Care Support Staff | Administrative Staff | Contract |
|---|---|---|---|---|---|---|
| CPR/First Aid 1 (4-JCF-4C-54) | ✓ | ✓ | ✓ | | | |
| Communicable and Infectious Disease Management (4-JCF-4C-22) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Fire and Emergency Procedures (4-JCF-6E-10) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Handle With Care Refresher | ✓ | ✓ | ✓ | ✓ | ✓ | As required |
| IT Security Awareness (IT 7230A) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Juvenile Rules and Regulations (4-JCF-3B-04) | ✓ | ✓ | ✓ | | | ✓ |
| Medical Emergency Response (4-JCF-4C-54; 4-JCF-6E-10)<br>• 4-minute response time<br>• Recognition of signs & symptoms, and required action<br>• Recognition of signs & symptoms of mental illness, violent behavior, and acute chemical intoxication and withdrawal<br>• Methods of obtaining assistance<br>• Procedures for transfer to medical facilities or community health service providers | ✓ | | | | | |
| Occupational Exposure (IMPP 09-101D; OEC Manual) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Offender Sexual Assault Prevention & Intervention/PREA (4-JCF-6E-10; IMPP 10-103D) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Reporting Abuse or Neglect (IMPP 10-140J) | ✓ | ✓ | ✓ | | | ✓ |
| Safety Procedures (4-JCF-6E-10) | ✓ | | | | | |
| Security Procedures (4-JCF-6E-10; 4-JCF-6E-11) | ✓ | ✓ | ✓ | | | ✓ |
| Sexual Harassment (IMPP 02-124D) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Standards of Conduct/Ethics (4-JCF-6E-10) | ✓ | | | | | |
| Suicide Prevention/Intervention (4-JCF-4C-54; 4-JCF-4D-07) | ✓ | ✓ | ✓ | | | ✓ |
| Supervision of Juveniles (4-JCF-6E-10; 4-JCF-6E-11) | ✓ | ✓ | ✓ | | | ✓ |
| Undue Familiarity/ Sexual Misconduct | ✓ | ✓ | ✓ | | | ✓ |
| Use of Force (4-JCF-6E-10) | ✓ | | | | | |
| Electives | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

# ANNUAL TRAINING REQUIREMENTS BY JOB CATEGORY

## Parole Services

| Topic | Parole Officer/Reentry Case Managers | Professional Specialist/Support Staff | Administrative/Managerial | Information Technology | Clerical |
|---|---|---|---|---|---|
| Chemical Agents (staff certified and authorized to carry chemical agents only) (IMPP 03-106A) | ✓ | ✓ | ✓ | | ✓ |
| Communication Skills (include cognitive skills refresher)[12] | ✓ | ✓ | ✓ | | |
| Emergency Plans/Procedures (IMPP 19-103A) | ✓ | ✓ | ✓ | ✓ | ✓ |
| IT Security Awareness (KS ITEC Policy 7230A; IMPP 05-116D) | ✓ | ✓ | ✓ | ✓ | ✓ |
| Occupational Exposure (IMPP 09-106; OEC Manual) | ✓ | ✓ | ✓ | | ✓ |
| Offender Sexual Assault Prevention/PREA (IMPP 10-103D) | ✓ | ✓ | ✓ | ✓ | ✓ |
| Sexual Harassment (IMPP 02-124D; 4-APPFS-3E-05) | ✓ | ✓ | ✓ | ✓ | ✓ |
| Undue Familiarity/Sexual Misconduct (IMPP 02-118D) | ✓ | ✓ | ✓ | ✓ | ✓ |
| Electives | ✓ | ✓ | ✓ | ✓ | ✓ |

[1] Staff shall be re-certified in CPR/First Aid bi-annually in accordance with the certifying health organization's requirements

## Central Office/EAI

| Topic | Administrative /Managerial | Professional Specialists | Information Technology | Clerical | Contract | EAI |
|---|:---:|:---:|:---:|:---:|:---:|:---:|
| Batons (IMPP 03-106A) | | | | | | ✓ |
| Chemical Agents (IMPP 03-106A) | | | | | | ✓ |
| CPR/First Aid | | | | | | 13 |
| Fire and Emergency Procedures (19-101D; 19-103A; ACI 4-4084-1; 4-JCF-6E-10) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| IT Security Awareness (KS ITEC Policy 7230A; IMPP 05-116D) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Legal Issues | | | | | | ✓ |
| Occupational Exposure (IMPP 09-106; OEC Manual) | | | | | | ✓ |
| Offender Sexual Assault Prevention & Intervention/PREA (IMPP 10-103D; ACI 4-4084-1) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Prevention/Control of Infectious & Communicable Diseases (IMPP 10-131D) | | | | | | ✓ |
| Security Threat Groups | | | | | | ✓ |
| Sexual Harassment (IMPP 02-124D) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Standards of Conduct/Ethics (ACI 4-4084-1) | | | | | | ✓ |
| Conducted Energy (Electrical) Weapons (CEW) | | | | | | ✓ |
| Undue Familiarity/Sexual Misconduct (IMPP 02-118D) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Use of Force/Positional Asphyxia (ACI 4-4084-1) | | | | | | ✓ |
| Weapons Training/Range Safety (IMPP 22-107; 03-106A; ACI 4-4091; APPFS 3-3087) | | | | | | ✓ |
| Electives | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

---

[12] Training is required for staff in this category with offender contact.

[13] Staff are to be re-certified in CPR/First Aid bi-annually in accordance with the certifying health organization's requirements.

## MANDATORY JOB-SPECIFIC TRAINING REQUIREMENTS

**Offender Grievance Procedures:** All facility employees directly involved in the operation of the grievance procedure are to receive training in the skills necessary to operate, or participate in, the grievance procedure in accordance with K.A.R. 44-15-101a.

**EEO Representatives:** Training is to be provided per IMPP 02-123D.

**Exit Interview Teams:** Training is to be provided per IMPP 02-104D.

**Fire Safety Officers:** Initial training is required per IMPP 03-118D.

**Health and Sanitation Officers:** Initial training is required per IMPP 03-118D.

**Industrial Safety Officers:** Initial training is required per IMPP 03-118D.

**Weekly Inspectors:** Initial training is required per IMPP 03-118D.

**Non-departmental Supervisors of Residents Initial Training:** IMPP 10-125 requires 24 hours of initial training for all non-departmental personnel selected to provide direct supervision of resident labor crews. Such training is to include: Departmental and Facility Organizational Structure; Security Policies and Procedures; Undue Familiarity/Sexual Misconduct; Resident Sexual Assault Prevention/PREA; Inmate Rule Book; Emergency Responses (escape, injury, natural disaster); and First Aid/CPR.

**Substance Abuse Testing:** All personnel conducting drug tests are to be trained in the actual operation of the test equipment per IMPP 12-124D.

**Fire Safety Officers:** Annual training is to be provided in accordance with IMPP 03-118D.

**Health and Sanitation Officers:** Annual training is to be provided in accordance with IMPP 03-118D.

**Industrial Safety Officers:** Annual training is to be provided in accordance with IMPP 03-118D.

**Weekly Inspectors:** Annual training is to be provided in accordance with IMPP 03-118D.

**Non-departmental Supervisors of Residents Annual Training:** IMPP 10-125 requires 16 hours of annual training for all non-departmental personnel selected to provide direct supervision of resident labor crews. Such training includes: Departmental and Facility Organizational Structure; Security Policies and Procedures; Undue Familiarity/Sexual Misconduct; Resident Sexual Assault Prevention/PREA; Inmate Rule Book; Emergency Responses (escape, injury, natural disaster); and, on a bi-annual basis in accordance with the certifying health organization's requirements, First Aid/CPR.

**NCIC:** KCJIS workstation users and agency technical support personnel are to be provided network security awareness training within six (6) months of their employment or assignment per IMPP 05-172D.

## SPECIAL OPERATIONS RESPONSE TEAM (SORT) TRAINING

### SORT Basic Training for Tactical Units

| | |
|---|---|
| • Ethics<br>• Advanced Batons<br>• Advanced Chemical Agents<br>• Advanced Shotgun Techniques<br>• Drill and Ceremony<br>• Forced Cell Moves<br>• Physical Training<br>• Rappelling<br>• Riot Formations (with K-9 Units) | **PREREQUISITES:** Must be qualified on 9mm and pass physical fitness test in accordance with IMPP 12-104D prior to attending. |

### SORT Basic Training for Crises Resolution Teams

| | |
|---|---|
| • Hostage Negotiations: History and Recent Incidents<br>• Definition and Stages of Hostage Incidents<br>• Team Structure and Command<br>• Communication in Hostage Negotiations<br>• Role of SORT Tactical/Logistics Unit Operations<br>• Personality Types<br>• Demands and the Effects of Time | • Intelligence Gathering<br>• Stockholm Syndrome Management<br>• Stress and Stress Management<br>• Hostage Negotiating Equipment and Supplies<br>• Post-Incident Debriefing<br>• Cultural Diversity and Obstacles to Negotiations<br>• Surrender Rituals<br>• Role of the Media |

### SORT Basic Training for Logistics Units

| | |
|---|---|
| • Overview of SORT Operations<br>• Logistical Support Requirements:<br>  – Command Center Operations<br>  – Crises Resolution Unit<br>  – Public Information Officer<br>  – Tactical Unit Squads<br>  – Support Services<br>• Emergency Key Procedures | • Procurement and Distribution Procedures<br>• Provisions for Staff Relief<br>• Transportation/Restraint Procedures<br>• Use of Video Equipment<br>• Fire Safety/Hazardous Materials<br>• Chemical Munitions Cleanup Procedures<br>• Evidence Collection/Retention<br>• Documentation/Forms |

### Annual Training for SORT Tactical Unit

| Topics | |
|---|---|
| • Advanced Batons<br>• Advanced Chemical Munitions<br>• Advanced Defensive Tactics<br>• Advanced Firearms<br>• Building Entry/Clearing<br>• Forced Cell Moves<br>• Riot Formations | Full-scale exercises conducted by the facility are to be designed to include participation by the SORT team and includes cross training with the crisis resolution unit, logistics unit, and outside agencies in accordance with IMPP 12-104D. Table-top exercises, functional exercises, facility specific training and squad specific training (#5077) may be used to complete the 88 hours. |

### Annual Training for Crisis Resolution Team

| Topics | |
|---|---|
| • Hostage Scenario Exercises<br>• Regional Exercise<br>• Local Exercise | Working a crisis hotline or other crisis resolution team activities (#5082) may be used to complete the 48 hours. |

### Annual Training for Logistics Team

| Topics | |
|---|---|
| • Logistics Unit Training | Logistics units are to train with the tactical and crisis resolution units a minimum of twice annually as determined by the SORT Commander. |