

**Kansas Department of Corrections**

# INTERNAL MANAGEMENT POLICY & PROCEDURE

Applicability:  ☐ Adult Operation Only   ☐ JUVENILE Operations Only   ☒ DEPARTMENT-WIDE

**IMPP #: 10-101D**                                                                                        **PAGE #: 1 of 5**

**PROGRAMS AND SERVICES: Resident and Offender Gender Responsive Programs and Services**

**Original Date Issued: 04-04-23    Replaces IMPP Issued: N/A  CURRENT EFFECTIVE DATE: 04-04-23**

**Approved By:** _[signature]_ **, Secretary**       **Next Scheduled Review:** 08/2026

## POLICY

As funding allows, the Department shall offer a variety of programs and services directed at reducing resident and offender overall level of risk. Services, programs and activities shall be made available equally to male and female residents and offenders, provided that necessary gender responsive differences are allowed and appropriate. Adjustments or modifications of facility or community provided programs, services or activities to reflect gender differences shall be evidence-based.

Programs and/or services for residents with special needs shall be available within departmental facilities; offenders on post-incarceration supervision shall be assisted and provided guidance in obtaining community services for specific problems by the supervising parole officer.

## DEFINITIONS

<u>Gender Responsive</u>: An approach to management, supervision, programs, and services that recognizes the different pathways of women to crime and conviction, and that addresses the risk and need areas of women in light of these different pathways.

<u>Offender</u>: A person under post-incarceration supervision with the Secretary of Corrections.

<u>Post-incarceration supervision</u>: The supervision of offenders for any type of release from a KDOC facility, to include release to parole, conditional release, and post-release supervision.

<u>Program/Service</u>: Required or voluntary activities and/or instruction directed toward the advancement of education, employment skills, cognitive behavioral skills, mental health, continuum of care, or other skills or services needed to address risk/need areas or transitional needs, which are ultimately intended to contribute to facility management to reduce the risk of the offender reoffending and to assist the offender in leading a law-abiding lifestyle.

<u>Required Program/Services</u>: Programs/Service in which resident or offender non-participation is punishable through disciplinary or revocation action.

<u>Resident</u>: A person who is in the legal custody of the Secretary of Corrections housed in a correctional facility.

<u>Special needs resident/offender</u>: A resident or offender who: is cognitively disabled or has a physical handicap, diagnosed mental illness, terminal illness, contagious disease, or geriatric needs; misuses substances; or who poses a high-risk or requires protective custody.

<u>Trauma</u>: Any event that is experienced or witnessed which threatens the physical or psychological integrity of a person and to which that person's response includes intense fear or helplessness.

<u>Trauma Informed</u>: An approach to management, supervision, programs, and services that adheres to the following principles in policies, practices, and procedures: safety; trustworthiness and transparency; peer support;



EXHIBIT 20

collaboration and mutuality; empowerment, voice and choice; and, cultural, historical and gender issues.

<u>Voluntary Programs/Services</u>:  Programs/Service in which resident or offender participation may be encouraged but non-participation is not punishable through disciplinary or revocation action.

<u>Women's Risk/Needs Assessment – Trailer (WRNA)</u>:  A supplement to an existing risk/needs assessment such as the Level of Service/Case Management Inventory (LS/CMI) that assesses gender-responsive factors and provides additional information for case management with female offenders, stressing the importance of women's unique pathways to crime and unique risk factors for offending, including by addressing trauma and abuse, unhealthy relationships, parental stress, depression, self-efficacy and current mental health symptoms.

**PROCEDURES**

I.  **Provision of Programs and Services**

   A.  The System Management Team shall ensure, as funding permits, that the following programs and services are established and maintained, are evidence-based, and are implemented with fidelity:

   1. Academic education;
   2. Special education;
   3. Vocational education and guidance;
   4. Mental health counseling and treatment; including discharge planning for special needs offenders;
   5. Substance use treatment;
       a. The continuum of services offered may include, but not necessarily be restricted to, admission screening, residential treatment, intensive outpatient treatment, relapse prevention services, reintegration services, aftercare services, medication assisted treatment, peer mentoring, and self-help programs.
   6. Sexual offender programming;
   7. Religion;
   8. Health services;
   9. Library services;
   10. Recreation and leisure time activities;
   11. Visitation;
   12. Canteen services;
   13. Access to telephone service;
   14. Mail service;
   15. Support groups, clubs, and organizations;
   16. Pre-release instruction and job placement;
   17. Work release;
   18. Crisis intervention assistance;

19. Employment assistance;

20. Cognitive behavioral skills (i.e. Thinking for a Change) classes;

21. Job readiness classes;

22. Pre-treatment classes for substance use treatment;

23. Tenant Responsibility classes;

24. Classes addressing other domains, including financial, leisure time, and family/marital where available;

25. Connections to services and resources in preparation for reentry and upon reentry; and

26. Case management for reentry plans and housing plans.

B. Services and programs provided to the offender/resident population shall be evidenced-based and, to the extent possible, be substantially equivalent to prevailing community standards for similar activities.

C. The use of contractual agreements and volunteers in providing direct services to residents and offenders shall be considered and utilized when determined feasible to enhance the Department's programs and services.

1. All programs and services may not be available at each facility or parole region.

II. **Provision of Comparable Programs, Services and Activities**

A. Male and female residents shall be afforded access to programs, services and activities at comparable rates based on assessed risk/need.

1. Differences in the delivery of programs, services and activities shall be based on research and what is evidence-based regarding gender responsiveness.

2. Acceptable gender differences may include, but are not restricted to:

a. Privacy;

b. Special health care needs;

c. Authentic differences related to the physical and/or psychological well-being of the resident population.

d. Gender responsiveness, which considers the unique pathways to crime of women, and the unique areas of risk to reoffend.

B. Female residents housed at Topeka Correctional Facility shall be assessed with the WRNA, along with the Level of Service/Case Management Inventory (LS/CMI), to identify gender specific risk/need areas, to guide case management, programs, and services.

C. Staff (state and contract) and volunteers working with female residents at Topeka Correctional Facility or the Kansas Juvenile Correctional Complex shall complete gender responsive training as directed by the warden/superintendent.

D. When developing and delivering programs and services related to behavioral health, substance misuse, sex offending risk, domestic violence, batterer's intervention, relationship violence, and criminal thinking (cognitive skills-building), trauma informed principles shall be considered, and incorporated into such programming as often as possible, particularly when delivered to female

residents.

E. **ADULT:** Regional parole directors shall ensure that male and female offenders under parole, conditional release or post release supervision are provided equal access to programs, services, and activities available through the Department.

    1. Offenders shall be separated by gender when delivering domestic violence/batterers' intervention/relationship violence, cognitive skills-building groups, including but not limited to substance use programming, sex offender programming and Thinking for a Change.

III. **Selection for Resident Work Assignments**

A. Male and female residents shall both have comparable access to job assignments, including private and correctional industry jobs.

B. To the extent possible, female residents shall be given opportunities comparable to male residents in work assignments, promotional and training opportunities, and earnings increases.

IV. **Juvenile: Services, Programs and/or Activities**

A. All services, programs, and/or activities provided to and/or engaged in by male and female residents in the juvenile correctional facility setting shall be separate, unless authorized by the Superintendent.

B. Employees, contract staff, and volunteers shall be prohibited from authorizing, ordering, permitting, or encouraging in any manner residents to attend and/or participate in any services, programs, and/or activities that are specifically designated for the opposite gender residents.

V. **Web-based Program Tracking**

A. Program tracking and Program Evaluation

    1. Facility staff delivering risk reduction programs and services (or other support staff as designated) shall enter resident program tracking records (entry and exit) into the Department's web-based system. These entries will periodically be reviewed to determine:

        a. Rates at which residents with risk/need areas receive programs/services addressing them;

        b. Rates at which residents complete programs/services;

        c. Rates at which residents stop participating in programs or are removed from programs/services due to transfers or medical/mental health reasons, or due to reaching maximum benefit; and

        d. Impact of the programs/services through research and evaluation.

    2. Program/service providers and other support staff designated to make entries shall ensure the timeliness and accuracy of data entry.

        a. Program entry dates, termination dates/types shall be entered on the same date of the event whenever possible but no later than three (3) working days from the event.

    3. Program/service providers shall participate in invited program performance reviews as scheduled. Participation may include contractor/service provider providing statistical data regarding performance, attendance, etc.

      4. Program/service providers shall participate in discussions to determine data reporting/tracking requirements and collect and report such data.

      5. Program/service providers in parole shall have an internal data collection/program evaluation process in place for community programming separate from the web-based Program Tracking.

      6. Upon realizing that the resident is absent due to court or other potentially temporary circumstances, program/service providers should make contact with the resident's counselor (or parole officer, if in community) to determine how long the resident will be gone and develop a plan to get him/her caught up upon their return.

      7. Whenever possible, the resident's counselor (or parole officer, if in community) should notify the program/service provider when a resident's status changes resulting in missed group sessions or appointments with the program/service provider.

  B. **ADULT:** Termination Reasons

      1. The termination reasons identified at the following link shall be used: https://offenderprogramtracking.doc.ks.gov/offenderProgramTracking/home/index.

**VI. This IMPP must serve as final policy in all departmental facilities, and no General Orders shall be developed or implemented on this subject.**

**NOTE:** The policy and procedures set forth herein are intended to establish directives and guidelines for staff and offenders and those entities that are contractually bound to adhere to them. They are not intended to establish State created liberty interests for employees or offenders, or an independent duty owed by the Department of Corrections to employees, offenders, or third parties. Similarly, those references to the standards of various accrediting entities as may be contained within this document are included solely to manifest the commonality of purpose and direction as shared by the content of the document and the content of the referenced standards. Any such references within this document neither imply accredited status by a Departmental facility or organizational unit, nor indicate compliance with the standards so cited. The policy and procedures contained within this document are intended to be compliant with all applicable statutes and/or regulatory requirements of the Federal Government and the state of Kansas. This policy and procedure is not intended to establish or create new constitutional rights or to enlarge or expand upon existing constitutional rights or duties.

## REPORTS

None.

## REFERENCES

https://offenderprogramtracking.doc.ks.gov/offenderProgramTracking/home/index

## HISTORY

04-04-23 Original

## ATTACHMENTS

None.