

**Kansas Department of Corrections**

# INTERNAL MANAGEMENT POLICY & PROCEDURE

Applicability: ☐ Adult Operation Only   ☐ JUVENILE Operations Only   ☒ DEPARTMENT-WIDE

**IMPP #: 10-107D**                                                                                             **PAGE #: 1 of 3**

**PROGRAMS AND SERVICES: Library Facilities, Holdings, and Services**

**Original Date Issued: 12-21-22    Replaces IMPP Issued: N/A    CURRENT EFFECTIVE DATE: 12-21-22**

**Approved By:** _[signature]_ , **Secretary**    **Next Scheduled Review:** 07/2025

## POLICY

To provide for the rehabilitation interests, access to court materials, and to provide positive activity, each facility shall maintain and/or provide access to library resources and services to allow residents an appropriate range of religious, educational, vocational, recreational, and legal material.

## DEFINITIONS

<u>Access</u>:  Ability to enter into and/or use the facility, equipment, or environmental surroundings of the library and its holdings, or the means by which library services and materials are made available.

<u>Comprehensive library resources</u>:  Materials and services that include a reference collection containing general and specialized materials to meet the education, informational, and recreational needs of the resident population.

<u>Library services</u>:  Assistance provided by the library staff in locating books, documents, or reference materials either within the library holdings or through outside resources.

## PROCEDURES

I.  **Library Services**

    A.  Library services shall be selected to meet the educational, informational, and recreational needs of the resident population.

    B.  Procedures shall be established to ensure the availability of a reference collection containing general and specialized material, with the planned and continuous acquisition of materials to meet the needs of staff and residents.

    C.  Library services shall be accessible daily, including evenings and weekends.

        1.  Hours of operation and procedures to access library services shall be posted.

    D.  In facility areas where direct access to the library is restricted due to security or other considerations (administrative and disciplinary restrictive housing, infirmary, etc.), provisions shall be made to provide residents an opportunity to have access to legal reference materials and to borrow reading materials from the facility library.

EXHIBIT 21

E. Facilities may establish procedures for participation in interlibrary loan programs and coordination with community libraries to supplement the materials available through the library.

F. Procedures shall be developed to provide for the selection, training, and use of volunteer and/or resident library assistants.

    1. Residents shall not be permitted to access internet or devices affording internet access.

## II. Legal Research Materials

A. Each facility shall establish space within the facility or otherwise provide access to:

    1. State and federal constitutions;

    2. State statutes and decisions;

    3. Procedural rules and decisions and related commentaries;

    4. Federal case law materials;

    5. Court rules and practice treatises;

    6. Selected legal periodicals and indexes;

    7. KDOC Inmate Rule Book;

    8. IMPPs and general orders which are not restricted to staff use only; and,

    9. Regulations of the Secretary.

B. The management and control of legal materials shall be established by orders of the warden.

## III. Religious Reading

A. One or more copies of the main texts of religious doctrines shall be either maintained in the religious reading section of the library, or made available by other means. Such copies may be made available for residents to check out, for a limited time, according to library procedures.

B. Other religious materials may be made available but may be limited in numbers and amounts.

C. Any religious material in the religious reading section of the library shall be approved by the facility chaplain or warden's designee, per IMPP 10-110D.

## IV. General Orders

A. Facility general orders shall provide for:

    1. Selection, training, and use of residents as library assistants.

    2. Control of holdings and supervision of library area.

    3. A description of library services, holdings availability, general access information, and possession limits.

    4. Principles, purpose, and criterion used in the selection and maintenance of library materials.

        a. Procedures for the assessment of resident interest, recommendations by program staff to support academic, vocational, or self-help topics, etc., shall be included.

    5. Access to supplies, services, and assistance in legal matters.

**NOTE:** The policy and procedures set forth herein are intended to establish directives and guidelines for staff, residents, and offenders and those entities that are contractually bound to adhere to them. They are not intended to establish State created liberty interests for employees, residents, or offenders, or an independent duty owed by the Department of Corrections to employees, residents, offenders, or third parties. Similarly, those references to the standards of various accrediting entities as may be contained within this document are included solely to manifest the commonality of purpose and direction as shared by the content of the document and the content of the referenced standards. Any such references within this document neither imply accredited status by a Departmental facility or organizational unit, nor indicate compliance with the standards so cited. The policy and procedures contained within this document are intended to be compliant with all applicable statutes and/or regulatory requirements of the Federal Government and the state of Kansas. This policy and procedure is not intended to establish or create new constitutional rights or to enlarge or expand upon existing constitutional rights or duties.

### REPORTS

None.

### REFERENCES

10-110D

### HISTORY

12-21-22 Original

### ATTACHMENTS

None.