# KANSAS DEPARTMENT OF CORRECTIONS

| | **I**NTERNAL **M**ANAGEMENT **P**OLICY AND **P**ROCEDURE | SECTION NUMBER 10-117 | PAGE NUMBER 1 of 1 |
|---|---|---|---|
| | | SUBJECT: PROGRAMS AND SERVICES: Health Care Screenings, Assessments, and Evaluations | |
| **Approved By:** *Ray Roberts* **Secretary of Corrections** | | Original Date Issued: | 07-23-84 |
| | | Replaces Version Issued: | 11-07-05 |
| | | **CURRENT VERSION EFFECTIVE:** | **10-06-15** |

| APPLICABILITY: | X ADULT Operations Only | _ JUVENILE Operations Only | _ DEPARTMENT-WIDE |
|---|---|---|---|

**NOTICE OF REVOCATION**

IMPP 10-117 - This IMPP was originally issued on 07/23/84. Following the consolidation of the Kansas Department of Corrections and the Juvenile Justice Authority pursuant to Executive Reorganization Order No. 42, this policy is hereby revoked on 10-06-15 and incorporated into KDOC IMPP 10-117D. To avoid redundancy, IMPP 10-117 is deleted and IMPP manual users seeking policy and procedures related to this subject are referred to **KDOC IMPP 10-117D: PROGRAMS AND SERVICES: Health Care Screenings, Assessments, and Evaluations.**



EXHIBIT 23



**Kansas** Department of Corrections | **INTERNAL MANAGEMENT POLICY & PROCEDURE**

Applicability: ☐ Adult Operation Only   ☐ JUVENILE Operations Only   ☐ DEPARTMENT-WIDE

**IMPP #:**   10-117D                                   **PAGE #:** 1 of 1

**PROGRAMS AND SERVICES: Health Care Screenings, Assessments, and Evaluations**

**Original Date Issued:** 10-06-15   **Replaces IMPP Issued:** 10-06-15   **CURRENT EFFECTIVE DATE:** 08-08-24

**Approved By:** _____, Secretary

## NOTICE OF REVOCATION

**10-117D PROGRAMS AND SERVICES: Health Care Screenings, Assessments, and Evaluations**

This IMPP was originally issued on 10-06-15. Due to IMPP restructuring of health care policies, this policy is hereby revoked on 08-08-24 and incorporated into KDOC IMPP 16-109D HEALTH CARE SERVICES: Health Care Screenings, Assessments, and Evaluations.

To avoid redundancy, IMPP 10-117D is deleted, and IMPP manual users seeking policy and procedures related to this subject are referred to KDOC IMPP 16-109D HEALTH CARE SERVICES: Health Care Screenings, Assessments, and Evaluations.