Jon D. Graves, Legal Counsel, SC #10554
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504-1568
Telephone: (620) 625-7253

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF KANSAS

LEWIS MICHAEL GEORGE #81547 )
              Plaintiff, )
                    )
v.                     )     Case No. 24-3123-JWL
                    )
VANNESSA PAYNE-DELANO, *et al.,* )
            Defendants. )
_____)

# EXHIBIT 28

## MEDICAL RECORD OF PLAINTIFF FOR APRIL 16, 2013 TO SEPTEMBER 13, 2024

## (Filed Conventionally and Under Seal)

EXHIBIT 28