# AFFIDAVIT

State of Kansas      )
                         ) ss:
County of Butler    )

    I, Curtis Hutsell, a Corrections Officer I (COI), at the Eldorado Correctional Facility (EDCF), being duly sworn according to law upon my oath, do hereby certify and affirm that I have personal knowledge of the following to be true:

1. My name is Curtis Hutsell and I am a Corrections Officer I at the Eldorado Correctional Facility (EDCF), located in Eldorado, Kansas.

2. I know inmate Lewis George and was working in the control room which included responsibility for his living unit the day of July 7, 2023. I worked a twelve hour shift from 6:00 a.m. July 7, 2023 until 6 p.m. July 7, 2023.

3. Because I was assigned to the control room that day, I was not on the floor and available to speak directly to inmates. I did have an intercom through which inmates could contact me. Mr. George did contact me and asked me to have a floor officer come to his cell. As I recall, he wanted the officer to contact the healthcare provider to come to his cell. I did as he asked.

4. Any actions I took or did not take regarding plaintiff were performed within the scope of the duties of my position of employment with the State of Kansas and not in any personal or non-business capacity

FURTHER AFFIANT SAITH NOT!

_____
Curtis Hutsell

Subscribed and sworn to before me this 6th day of December, 2024.

NOTARY PUBLIC - State of Kansas
JANIE L. POWELL
My Appt Expires 5/16/26

_____
Notary Public

EXHIBIT 29