# AFFIDAVIT

State of Kansas        )
                       )    ss:
County of Butler       )

I, Matthew Dunagan, a Corrections Officer II (COII), at the Eldorado Correctional Facility (EDCF), being duly sworn according to law upon my oath, do hereby certify and affirm that I have personal knowledge of the following to be true:

1. My name is Matthew Dunagan and I am a Corrections Officer II at the Eldorado Correctional Facility (EDCF), located in Eldorado, Kansas. I was hired last year as a Corrections Officer I and was in that rank on July 7, 2023.

2. I know inmate Lewis George and was working on his living unit the evening of July 7, 2023. I worked a twelve hour shift from 6:00 p.m. July 7, 2023 until 6 a.m. July 8, 2023.

3. I was aware that Mr. George was complaining about pain in his abdomen and that he did not look good. I did report this to my supervisor and was told that a signal medical had been called for him earlier. My understanding was that Mr. George had an issue with kidney stones and was being treated as appropriate. I was relatively new to the job and followed my training. There was nothing else for me to do.

4. Any actions I took or did not take regarding plaintiff were performed within the scope of the duties of my position of employment with the State of Kansas and not in any personal or non-business capacity

FURTHER AFFIANT SAITH NOT!

_____
Matthew Dunagan

Subscribed and sworn to before me this 9th day of December, 2024.

_____
Notary Public

NOTARY PUBLIC - State of Kansas
ALLISON AUSTIN
My Appt Expires 10/3/2026

EXHIBIT 30