Jon D. Graves, Legal Counsel, SC #10554
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504-1568
Telephone: (620) 625-7253
Jon.Graves@ks.gov

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LEWIS MICHAEL GEORGE #81547   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Case No. 24-3123-JWL |
| ) | |
| VANNESSA PAYNE-DELANO, *et al.*,   ) | |
| ) | |
| Defendants.   ) | |
| _____) | |

### MOTION TO FILE UNDER SEAL AND CONVENTIONALLY EXHIBITS TO INVESTIGATIVE REPORT PREPARED PURSUANT TO "MARTINEZ V. AARON"

Comes now, Jon D. Graves, Legal Counsel directed to prepare a Martinez Report in the above captioned matter and respectfully moves the Court pursuant to local rule 5.4.6 for permission to file certain exhibits under seal and conventionally to be considered as a part of the Martinez Report in the above captioned matter.

In Support of this Motion, Counsel would state as follows:

1. Pursuant to Local Rule 5.4.6 counsel must file a motion for leave to file documents under seal and conventionally in the Electronic Filing System.

2. The document sought to be filed under seal and conventionally is Exhibit 28.

3. The digital volume of Exhibit 28 is the medical record of plaintiff. These medical records contain plaintiff's birthdate on every document. This exhibit contains approximately 267 megabytes of data. The limitations on internet capability imposed by the agency are many times less than would be required to file this with the Court electronically.

4. For the above reasons it is not feasible for counsel directed to prepare this Martinez Report to file the medical records electronically and also justifies sealing exhibit from viewing by those other than the parties or their attorneys.

5. Because plaintiff is an inmate and cannot possess the compact disc personally, the disc will be copied onto a laptop computer at his housing facility and he will be allowed access to that laptop for reasonable amounts of time upon reasonable notice. There are so many pages in that record that it would create a security issue for an inmate to have such a large amount of paper copies in his living area, as well as the unnecessary expenditure of resources necessary to print so many copies.

The Court is respectfully requested to allow Legal Counsel to file Exhibit 28 to the Martinez Report under seal and in a conventional form rather than electronically.

Respectfully submitted,

By___/s/ Jon D. Graves_____

Jon D. Graves #10554
P.O. Box 1568
Hutchinson, KS 67504-1568
(620) 625-7253
Jon.Graves@ks.gov
**Attorney for Interested Party**

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Lewis George #81547
P.O. Box 311
El Dorado Correctional Facility
El Dorado, Kansas 67042

**PLAINTIFF PRO SE**

/s/ Jon D. Graves_____
Jon D. Graves