IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**LEWIS MICHAEL GEORGE,**

      **Plaintiff,**

v.                                   CASE NO. 24-3123-JWL

**VANESSA PAYNE-DELANO,**
et al.,

      **Defendants.**

### ORDER

Plaintiff brings this pro se civil rights action under 42 U.S.C. § 1983. Plaintiff is incarcerated at the El Dorado Correctional Facility in El Dorado, Kansas. The Court granted Plaintiff leave to proceed in forma pauperis. On August 14, 2024, the Court entered a Memorandum and Order (Doc. 12) ("M&O") finding that the proper processing of Plaintiff's Eighth Amendment claims could not be achieved without additional information from appropriate Kansas Department of Corrections ("KDOC") officials and ordering KDOC officials to submit a *Martinez* Report. This matter is before the Court on the KDOC's Motion to File Under Seal and Conventionally Exhibits to Investigative Report Prepared Pursuant to "Martinez v. Aaron" (Doc. 33).

The KDOC seeks to file Exhibit 28 under seal and conventionally. Exhibit 28 consists of Plaintiff's medical records and is too large to file electronically. Plaintiff will be provided with access to a laptop to view the exhibit. The motion is granted.

**IT IS THEREFORE ORDERED BY THE COURT** that the KDOC's Motion to File Under Seal and Conventionally Exhibits to Investigative Report Prepared Pursuant to "Martinez v. Aaron" (Doc. 33) is **granted.**

**IT IS FURTHER ORDERED** that Exhibit 28 shall be filed under seal and conventionally.

**IT IS SO ORDERED**.

**Dated December 12, 2024, in Kansas City, Kansas.**

<u>S/ John W. Lungstrum</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**