IN THE DISTRICT COURT OF THE UNITED STATES
                    OF KANSAS

Lewis Micheal George
    Plaintiff
        v.                          CASE NO. 24-3123 JWL
Vanessa Payne-Delano Ft.A
                                    Notice of Intent & Legitimate Concern

## Notice of Intent & Legitimate Concern

Now comes Lewis Micheal George, Pro se, would like to notify this court of his continued issue with receiving his legal mail. Also with having access to any assistance drafting my legal documents or using a law library tablet.

On or about 12-17-24 I received 3 Notices of Electronic filing receipts. They describe this Courts receipt of the ordered report pursuant to Martinez.

Today is 1-7-25, as of today I still haven't received the hard copy papers from the Courts. I have been told more than once they are here in the Unit Teams

office. The staff just went find time to pass them out.

Despite my multiple requests to get assistance in preparing legal documents. Because of my Seg status the staff refuse to allow me access to any inmate attournies. Nor will they pass out the law library tablet which often is our only access to the courts.

These issues have been documented in multiple form 9's + grievences. Both electronic + paper. Now that the Administration has put new restrictions on bringing in or printing paper forms. Filing any hard copy Form 9's or Grievences will be imposible.

All of these things pose an unnessreary hardship on those trying to acess the courts. There by rendering access to them unavailable!

Please grant me any necessery time extensions so I can prepare a prudent + appropriate answer to the courts orders.

1-7-25
DATE


Lewis Michael George