Affadavit

Michael Thomas Kane Junior KDOC# 0098621

In the beginning of april 2025 I saw Lewis George enter the cell house in a obviosly battered state. His face was black and blue from a prisoner beathing in which Lewis was given a P.C. waiver to sign and prison officials knew about retaliation and the safety of Lewis but chose to have him be battered in a different cell house.

Next I Personally witnessed a search of Lewis's Cell in which they unlawfully seized legal mail and legal paperwork on purpose for retalitory behavior directly, as he is filing a lawsuit for nearly dying of an appectidus from negilesent medical prison medical staff of centurion. There was no legal right for staff to

talk his legal mail and most of what they seized was legal mail and paperwork pertening to his case against Centurion. This was a clear case of retaliation as his case was just passed through screening and is a valid non-frivolous lawsuit.

ALL information of this is true and can be corraboratted with KDOC staff and video logs.

Date: 5-16-25
Time: 9:08 AM

Signature: Michael. Vane JR

NOTARY _____

NOTARY PUBLIC - State of Kansas
MICHAEL W. ADDINGTON
My Appt Expires 10/23/25