IN THE UNITED STATES DISTRICT FOR THE DISTRICT OF KANSAS

Lewis Michael George,
   Plaintiff

v.

Vanessa Payne-Delon, et al,
   Defendants

CASE NO 24-3123 JWL

Emergency Injunction

## Emergency Injunction

Comes now, Plaintiff, Lewis Michael George Pro Se moves this court to grant/issue an Emergency Injunction for his protection from the repeated acts that have occured + will inevitably occure in the future, as demonstrated by past + current incidents.

Defendants who are named in the associated case, their supervisors + fellow employees have shown a willingness, through action or lack thereof, to place the Plaintiff into life threatening situations, violate the Plaintiffs Civil rights, + take retalitory actions that not only place the Plaintiff at risk of serious bodily harm, but also severely effect the plantiffs current + future mental/physical health. These actions have been detailed

-1-

in depth in the multiple Notices of Intent & Legitimate concerns that have been filed in this case.

Most concerning of these retaliatory actions are:
- Seizure of legal papers prepared & those being prepared by Plaintiff for this Civil Action
- Failure of K.D.O.C./Centurion officers/employees to protect the Plaintiff from not just physical harm at the hands of fellow inmates. But also at the hands of fellow employees.
- Placement in Segregation without the barest shred of Due Process Protections afforded.

Not only are these issues some of the same things that are presented in the initial complaint. They also present real & consistant dangers to not just the health (mental/physical) safety of inmates, but also further endanger the all to often trampled upon, fragile Constitutional Rights (however few), that Inmates do retain.

It's the Plaintiff's sincere belief that should this injunction not be granted, not only will these actions continue, but they will increase in severity & frequency.

-2-

Authorities in Support

Crawford-El v. Britton, 523 U.S. 574, 588 n.10, 118 S.Ct. 1584 (1998)
"The reason why such retaliation offends the Constitution is that it threatens to inhibit exercise of the protected right."
Mitchell v. Farcass, 112 F.3d 1483, 1485, 1490 (11th Cir. 1997) (holding allegation that plaintiff was placed in segregation after complaining to the NAACP stated a claim)
Dannenberg v. Valadez, 338 F.3d 1070, 1072 (9th Cir. 2003) (noting jury verdict of $6500 compensatory + $2500 punitive damages for retaliation for assisting another prisoner with litigation, noting injunction requiring expungement of material related to disciplinary action)
Walker v. Bain, 257 F.3d 660, 663-64 (6th Cir. 2001) (noting jury verdict for plaintiff whose legal papers were confiscated in retaliation for filing grievances)

Conclusion

It is the Plaintiff's fervent belief that the intercession of this Court is necessary for the prevention

-3-