**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **LEWIS MICHAEL GEORGE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 24-3123-HLT-TJJ |
| | ) |
| **VANESSA PAYNE-DELANO,** *et al.,* | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER FOR CLERK'S FOURTEEN-DAY EXTENSION

Pursuant to Local Rule 77.2, Defendants Katherine Firman, Janelle Buchanan, and Tommy Williams should be and hereby are granted fourteen (14) additional days in which to answer or otherwise plead to the petition filed herein. This is the first request for an extension. Defendants' answer or other responsive pleading was originally due May 27, 2025. The time to answer has not expired. Defendants' answer or other responsive pleading is now due on or before June 10, 2025.

Dated this 21st day of May 2025.

                                                   Clerk of the United States District Court
                                                   For the District of Kansas

                                                   By: */s/ Jeffrey S. Hokanson, Deputy Clerk*
                                                        Deputy Clerk

Respectfully submitted,

Kris W. Kobach
Attorney General

/s/ Matthew L. Shoger
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this  day of May, 2025, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy also served by means of first-class mail, postage prepaid, addressed to:

Lewis Michael George, #81547
El Dorado Correctional Facility – Central
PO Box 311
El Dorado, KS 67042
*Plaintiff Pro se*

>*/s/ Matthew L. Shoger*_____
>Matthew L. Shoger
>Assistant Attorney General