UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LEWIS MICHAEL GEORGE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 5:24-cv-03123 |
| ) | |
| VANESSA PAYNE-DELANO et al., ) | |
| ) | |
| Defendants. ) | |

## **CENTURION DEFENDANTS' MOTION TO DISMISS**

COME NOW Defendants Vanessa Payne-Delano, RN, Gordon Harrod, MD, and Breanna Johnston, NP (the "Centurion Defendants"), and respectfully request that this Court dismiss all claims against the Centurion Defendants pursuant to Fed. R. Civ. P. 12(b)(6). In accordance with D. Kan Rule 7.1(a), a memorandum is filed contemporaneously with this Motion.

SANDBERG PHOENIX & von GONTARD P.C.

By: *Marcus A. Meyer*
Katrina L. Smeltzer, KS Bar #26623
Marcus A. Meyer, KS Bar #30511
4600 Madison Avenue, Suite 1000
Kansas City, MO 64112
816-627-5332
816-627-5532 (Fax)
ksmeltzer@sandbergphoenix.com
mmeeyer@sandbergphoenix.com
*Attorneys for Defendants Vanessa Payne-Delano, RN, Gordon Harrod, MD, and Breanna Johnston, NP*

2

## **Certificate of Service**

      I hereby certify that on 27th day of May 2025 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Natasha M. Carter
Kansas Department of Corrections
714 SW Jackson Street, Suite 300
Topeka, KS 66603
785-506-7615
Natasha.Carter@ks.gov

Jon Graves
Kansas Department of Corrections
500 S. Reformatory Rd., 1568
Hutchinson, KS 67504
620-625-7253
Jon.Graves@ks.gov

      I hereby certify that on this 27th day of May 2025 the foregoing was mailed by United States Postal Service to the following non-participants in Electronic Case Filing:

Lewis Michael George #81547
E.D.C.F.
PO Box 311
El Dorado, KS  67042
*Pro Se Plaintiff*

                                        */s/ Marcus A. Meyer*