

# Locating a resident

by Nancy Burghart — last modified May 25, 2023 11:07 AM

**How do I know where a resident is housed?**

You may check a resident's location and status on the Kansas Adult Supervised Population Electronic Repository (KASPER) located on the KDOC's website. Information is updated daily, excluding weekends.

KASPER is a database which contains information about offenders sentenced to the custody of the Secretary of Corrections since 1980. KASPER contains information regarding those who are: currently incarcerated; under post-incarceration supervision; and, who have been discharged from a sentence. KASPER does not have information available about inmates sent to Kansas under the provisions of the interstate compact agreement.

The information contained in KASPER is public information under provisions of Kansas statute and is made available to the public and law enforcement in the interest of public safety. No names are removed from the database unless a conviction is removed from the public record by one of three ways: one, if the conviction is overturned by means of an appeal; two, if the conviction is expunged; or three, if an offender is granted executive clemency.

Through KASPER you can find:

- Name and KDOC Registration Number;
- Physical description (date of birth, height, weight, hair and eye color, body markings, including photograph);
- Conviction description (crime(s) of conviction, county, case number);
- Anticipated release date;
- Inmate housing location (current location and facility movements, including movement dates, location of parole office maintaining supervision);
- Custody or supervision level (Whether an offender has been released to post-incarceration supervision (parole, conditional release, post-release supervision, compact probation or parole); and,
- Institutional disciplinary record (violations for which offender was found guilty).

Please note that release dates may change and are contingent upon good time and program credit earnings and forfeitures.

Specific questions regarding an inmate's release date should be directed to the KDOC's sentence computation unit at (785) 296-3317 or by e-mail.

———————————————————————

## Names

| Name Type | Name |
|---|---|
| Conviction | GEORGE, LEWIS MICHAEL |
| True | GEORGE, LEWIS MICHAEL |
| Alias | DUNCAN, LEWIS |
| Alias | GEORGE, LEWIS |
| Alias | LEWIS, MICHAEL GEORGE |
| Alias | DUNCAN, LEWIS MICHAEL |
| Alias | DUNCAN, GEORGE |
| Alias | LURCH, |



(/kasper/search/image?kdocNumber=0081547&imageNumber=1)

**GEORGE, LEWIS MICHAEL**

**Approx Picture Date**

2013-06-12

## Birthdates

| Birthdate Type | Birthdate | Age |
|---|---|---|
| True | Feb 11, 1982 | 43 |

## Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|---|---|---|---|---|---|
| Brown | Brown | 6'-4" | 240 | Male | White |

## Current Status reported by Dept. of Corrections

| Work or Program Participation | Not Working

| Earliest Possible Release Date (1) | Nov 09, 2026

| Current Status | Incarcerated

| Admission Date | Apr 16, 2013

| Current Location (2) | **El Dorado CF-Central (http://www.doc.ks.gov/facilities/edcf)** |
| Custody Level | HMD High Medium |

**(1) This date could be affected by a parole board decision or good time and/or program credit.**
**(2) Click on Location for the Facility web site.**

# Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Meade | 12CR60 | Jul 04, 2012 | Apr 02, 2013 | N/A | Agg Escape From Custody-Threat of Violent Crime | 1 | Non Drug-Grid Severity Level 6 | Active | KS |
| Meade | 12CR60 | Jul 04, 2012 | Apr 02, 2013 | N/A | Agg Battery-Int, Grt Bodly Hrm | 1 | Non Drug-Grid Severity Level 4 | Active | KS |
| Ellis | 01CR408 | Jun 01, 2001 | Jan 26, 2004 | N/A | Forgery | 1 | Non Drug-Grid Severity Level 8 | Inactive | KS |
| Thomas | 06CR27 | Nov 23, 2005 | Jun 14, 2006 | N/A | Theft;Obtain Cntrl Prpty at least 1K less than25K | 1 | Non Drug-Grid Severity Level 9 | Inactive | KS |
| Thomas | 06CR27 | Nov 23, 2005 | Jun 14, 2006 | Conspired | Burglary; Building Not Used as a Dwelling | 1 | Non Drug-Grid Severity Level 9 | Inactive | KS |
| Logan | 09CR14 | Nov 26, 2009 | Jul 08, 2010 | N/A | Battery; Int cntct in rude, insltng, angry manner | 1 | Class B Misdemeanor | Inactive | KS |
| Logan | 09CR14 | Nov 26, 2009 | Jul 08, 2010 | N/A | Obstructing Legal Process | 1 | Non Drug-Grid Severity Level 9 | Inactive | KS |

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Logan | 09CR14 | Nov 26, 2009 | Jul 08, 2010 | N/A | Battery; Int cntct in rude, insltng, angry manner | 1 | Class B Misdemeanor | Inactive | KS |

(I) If Number includes  JV  : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.
(II) If Status includes * : Denotes Active for Post Release Supervision Only.

## KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|---|---|---|
| El Dorado CF-Central | Jan 12, 2024 | Inter-Facility Movement |
| Hutchinson CF-Central | Oct 13, 2023 | Inter-Facility Movement |
| Hutchinson CF-East | Sep 12, 2023 | Inter-Facility Movement |
| Hutchinson CF-Central | Aug 18, 2023 | Inter-Facility Movement |
| El Dorado CF-Central | Feb 01, 2017 | Inter-Facility Movement |
| Hutchinson CF-Central | Jan 27, 2017 | Inter-Facility Movement |
| El Dorado CF-Central | Dec 11, 2014 | Inter-Facility Movement |
| Lansing CF-Central | Jun 11, 2013 | Inter-Facility Movement |
| El Dorado CF-RDU | Jun 03, 2013 | Inter-Facility Movement |
| El Dorado CF-Central | Jun 01, 2013 | Inter-Facility Movement |
| El Dorado CF-RDU | Apr 16, 2013 | New Court Commitment |
| Unknown or N/A | Jan 26, 2012 | Expiration Of Sentence |
| Finney County | Oct 28, 2011 | Intra-parole/CR |
| Scott County | Oct 19, 2011 | DOC War. Wthdrwn Supervsn I/S |
| Scott County | Sep 07, 2011 | DOC Warrant Issued |
| Scott County | Aug 29, 2011 | Intra-parole/CR |

| Location | Movement Date | Movement Reason |
|---|---|---|
| Scott County | Aug 22, 2011 | Intra-parole/CR |
| Logan County | Jun 29, 2011 | In-State Post Release |
| Lansing CF-Central | Jun 09, 2011 | Parole Viol. No New Sentence |
| Logan County | May 26, 2011 | DOC Warrant Issued |
| Unknown or N/A | Jan 24, 2011 | Absconded |
| Logan County | Nov 02, 2010 | In-State Post Release |
| El Dorado CF-Central | Sep 17, 2010 | Inter-Facility Movement |
| El Dorado CF-RDU | Jul 20, 2010 | New Court Commitment |
| Unknown or N/A | Oct 17, 2008 | Expiration Of Sentence |
| Lansing CF-Central | Aug 12, 2008 | Parole Viol. No New Sentence |
| Thomas County | Jul 19, 2008 | DOC Warrant Issued |
| Unknown or N/A | Jan 03, 2008 | Absconded |
| Logan County | Oct 02, 2007 | Det. Par/CR Rtnd KS Supervsn |
| Thomas County | Sep 28, 2007 | Paroled To Detainer |
| Hutchinson CF-Central | Jul 10, 2007 | Parole Viol. No New Sentence |
| Ellis County | Jul 02, 2007 | DOC Warrant Issued |
| Sherman County | Jun 29, 2007 | DOC Warrant Issued |
| Wallace County | Jun 29, 2007 | DOC Warrant Issued |
| Logan County | Jun 12, 2007 | DOC War. Wthdrwn Supervsn I/S |
| Thomas County | Jun 07, 2007 | DOC Warrant Issued |
| Unknown or N/A | Apr 24, 2007 | Absconded |
| Logan County | Apr 16, 2007 | DOC Warrant Issued |
| Logan County | Feb 16, 2007 | In-State Post Release |
| El Dorado CF-Central | Dec 05, 2006 | Inter-Facility Movement |
| Lansing CF-Central | Oct 17, 2006 | Inter-Facility Movement |
| Ellsworth CF | Sep 07, 2006 | Inter-Facility Movement |
| El Dorado CF-RDU | Sep 01, 2006 | Returned From Court Appearance |

| Location | Movement Date | Movement Reason |
|---|---|---|
| Ellis County | Aug 30, 2006 | Released For Court Appearance |
| El Dorado CF-RDU | Jun 27, 2006 | New Court Commitment |
| Unknown or N/A | Jan 18, 2005 | Expiration Of Sentence |
| Logan County | Dec 28, 2004 | In-State Post Release |
| El Dorado CF-RDU | Nov 22, 2004 | Probation Viol. No New Sent |

# Completed Programs

| Name | Completion Date |
|---|---|
| High Risk T4C | May 16, 2016 |
| Spec R3 Srv - EDCF1 | Jul 22, 2010 |
| Life Skills | Sep 28, 2007 |

# KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|---|---|---|---|
| Apr 23, 2025 | 1 | El Dorado Correctional Fac. - Central | Theft |
| Apr 23, 2025 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Apr 23, 2025 | 2 | El Dorado Correctional Fac. - Central | Misuse of State Property |
| Mar 20, 2025 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Mar 20, 2025 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Sep 08, 2024 | 1 | El Dorado Correctional Fac. - Central | Tobacco Contraband Possession |
| May 23, 2024 | 1 | El Dorado Correctional Fac. - Central | Battery |
| Sep 19, 2023 | 1 | Hutchinson Correctional Facility - East | Dangerous Contraband |
| Sep 19, 2023 | 1 | Hutchinson Correctional Facility - East | Tobacco Contraband Possession |
| Sep 19, 2023 | 2 | Hutchinson Correctional Facility - East | Tattoos and Body Markings |
| Sep 03, 2023 | 2 | Hutchinson Correctional Fac. - Central | Less Dangerous Contraband |

| Date | Class | Location | Type of report |
| --- | --- | --- | --- |
| Sep 02, 2023 | 2 | Hutchinson Correctional Fac. - Central | Tattoos and Body Markings |
| Jul 20, 2022 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Jul 20, 2022 | 1 | El Dorado Correctional Fac. - Central | Use of Stimulants |
| Jun 28, 2022 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Jun 28, 2022 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Jun 28, 2022 | 1 | El Dorado Correctional Fac. - Central | Interf W/Cell Oper/Visibility |
| Apr 14, 2022 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Oct 08, 2021 | 1 | El Dorado Correctional Fac. - Central | Misusing Meds |
| Oct 08, 2021 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| May 11, 2021 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| May 11, 2021 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| May 11, 2021 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Jan 02, 2021 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Jan 02, 2021 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Jan 02, 2021 | 1 | El Dorado Correctional Fac. - Central | Tobacco Contraband Possession |
| Oct 14, 2020 | 1 | El Dorado Correctional Fac. - Central | Obscenity |
| Oct 14, 2020 | 1 | El Dorado Correctional Fac. - Central | Tobacco Contraband Possession |
| Sep 08, 2020 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Jul 04, 2020 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Jul 04, 2020 | 1 | El Dorado Correctional Fac. - Central | Interf W/Cell Oper/Visibility |
| Jul 04, 2020 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Jul 04, 2020 | 2 | El Dorado Correctional Fac. - Central | Insub/Disrespect Officer/Other |
| Jul 04, 2020 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Jul 04, 2020 | 1 | El Dorado Correctional Fac. - Central | Interf W/Cell Oper/Visibility |
| Jul 04, 2020 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Jul 02, 2020 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Jul 02, 2020 | 1 | El Dorado Correctional Fac. - Central | Interf W/Cell Oper/Visibility |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Jul 02, 2020 | 2 | El Dorado Correctional Fac. - Central | Misuse of State Property |
| Jul 02, 2020 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Jul 02, 2020 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Jun 10, 2020 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| May 13, 2020 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| May 11, 2020 | 1 | El Dorado Correctional Fac. - Central | Theft |
| May 11, 2020 | 1 | El Dorado Correctional Fac. - Central | Obscenity |
| May 11, 2020 | 2 | El Dorado Correctional Fac. - Central | Less Dangerous Contraband |
| May 03, 2020 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Apr 14, 2020 | 2 | El Dorado Correctional Fac. - Central | Less Dangerous Contraband |
| Apr 05, 2020 | 2 | El Dorado Correctional Fac. - Central | Sex Explicit Mtrl, n/SexOfndr |
| Mar 19, 2020 | 1 | El Dorado Correctional Fac. - Central | Theft |
| Mar 19, 2020 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Mar 19, 2020 | 2 | El Dorado Correctional Fac. - Central | Tattoos and Body Markings |
| Mar 01, 2020 | 2 | El Dorado Correctional Fac. - Central | Work Performance |
| Aug 14, 2019 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Aug 10, 2019 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Aug 10, 2019 | 2 | El Dorado Correctional Fac. - Central | Sex Explicit Mtrl, n/SexOfndr |
| Aug 07, 2019 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Jul 14, 2019 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Jul 03, 2019 | 1 | El Dorado Correctional Fac. - Central | Theft |
| Jul 03, 2019 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Nov 13, 2018 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Nov 13, 2018 | 2 | El Dorado Correctional Fac. - Central | Tattoos and Body Markings |
| Sep 20, 2018 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Sep 20, 2018 | 2 | El Dorado Correctional Fac. - Central | Insub/Disrespect Officer/Other |
| May 28, 2018 | 1 | El Dorado Correctional Fac. - Central | Theft |

| Date | Class | Location | Type of report |
|---|---|---|---|
| May 28, 2018 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Sep 20, 2017 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Apr 21, 2016 | 2 | El Dorado Correctional Fac. - Central | Unauthorized Dealing or Trade |
| Mar 08, 2014 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Feb 08, 2014 | 2 | Lansing Correctional Facility - Central | Disruptive Behavior |
| Dec 13, 2013 | 1 | Lansing Correctional Facility - Central | Fighting |
| Oct 13, 2013 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Oct 02, 2013 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Sep 21, 2013 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Jun 29, 2013 | 2 | Lansing Correctional Facility - Central | Less Dangerous Contraband |
| Oct 21, 2010 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Dec 26, 2006 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Oct 24, 2006 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |