IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LEWIS MICHAEL GEORGE,<br><br>  Plaintiff,<br><br>v.<br><br>VANESSA PAYNE-DELANO, et al.,<br><br>  Defendants. | Case No. 24-cv-3123-HLT-TJJ |

### INITIAL ORDER REGARDING PLANNING AND SCHEDULING

Fed. R. Civ. P. 1 mandates the "just, speedy, and inexpensive" determination of civil cases. With that goal in mind, the undersigned U.S. Magistrate Judge, Teresa J. James, will conduct a Scheduling/Status Conference in this case in accordance with Fed. R. Civ. P. 16 on **September 30, 2025 at 10:00 AM (central time)**. The conference will be held by telephone. Participants must dial **CONFERENCE LINE**: **1-855-244-8681** and enter **ACCESS CODE: 2311 284 1047** to join the Scheduling/Status Conference.

The Court will *not* require the parties to hold a planning conference pursuant to Fed. R. Civ. P. 26(f), submit a proposed Scheduling Order, or exchange Fed. R. Civ P. 26(a)(1) initial disclosures at this time. Instead, the Court will discuss the following topics during the Scheduling/Status Conference: the nature and basis of the parties' claims and defenses; the possibilities of settling or resolving the case, including the use of mediation or other methods of alternative dispute resolution; making or at least arranging for the disclosures required by Fed. R. Civ. P. 26(a)(1); any issues about preserving discoverable information; development of a proposed discovery plan; and scheduling specific deadlines.

If you have questions concerning the requirements of this order, please contact the chambers of the undersigned judge by telephone at 913-735-2260, or by e-mail at [ksd_james_chambers@ksd.uscourts.gov](mailto:ksd_james_chambers@ksd.uscourts.gov).

A paper copy of this Order will be mailed to Plaintiff and the Notice of Electronic Filing (NEF) emailed to the El Dorado KDOC email account.

IT IS SO ORDERED.

Dated August 13, 2025, at Kansas City, Kansas.

                                                Teresa J. James
                                                U. S. Magistrate Judge