IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LEWIS MICHAEL GEORGE,

    Plaintiff,

v.

    Case No. 24-cv-3123-HLT-TJJ

VANESSA PAYNE-DELANO, et al.,

    Defendants.

### ORDER DENYING WITHOUT PREJUDICE
### PLAINTIFF'S MOTIONS FOR SUBPOENAS DUCES TECUM

This matter is before the Court on Plaintiff's Motions for Subpoenas Duces Tecum (ECF Nos. 75 and 76).[1] In his motions, Plaintiff requests the Court to compel Centurion of Kansas and the Kansas Department of Corrections ("KDOC"), respectively, to produce certain identified documents and materials. The Court construes these motions as requesting the *issuance* of subpoenas duces tecum to non-parties under Fed. R. Civ. P. 45.[2]

Plaintiff, who is incarcerated and proceeding *pro se* and *in forma pauperis*, filed this civil rights action under 42 U.S.C. § 1983, alleging Defendants were deliberately indifferent to his medical needs. The Court has found that this matter survives statutory screening under 28 U.S.C. § 1915A.[3]

---

[1] Plaintiff has previously filed a similar motion for subpoena duces tecum (ECF No. 18) which was denied without prejudice as a premature request for discovery. *See* Sept. 9, 2024 Mem. & Order (ECF No. 19) at 7–8.

[2] *See Simmons v. Cline*, No. 20-3096-HLT-ADM, 2021 WL 1056517, at *1 (D. Kan. Mar. 19, 2021) (discussing process for a pro se party to request issuance of subpoenas).

[3] *See* Mar. 20, 2025 Mem. & Order (ECF No. 39).

On August 13, 2025, the Court entered an Initial Order Regarding Planning and Scheduling (ECF No. 71) that sets a telephone Scheduling/Status Conference on September 30, 2025. That order also states the parties are not required to hold a planning conference pursuant to Fed. R. Civ. P. 26(f). Because the Court has not yet held a scheduling conference or required the parties to hold a planning conference, the Court finds Plaintiff's motions are essentially seeking discovery and are premature at this time.[4]

**IT IS THEREFORE ORDERED** that Plaintiff's Motions for Subpoenas Duces Tecum (ECF Nos. 75 and 76) are **denied without prejudice.**

A paper copy of this Order will be mailed to Plaintiff and the Notice of Electronic Filing (NEF) emailed to the El Dorado KDOC email account.

IT IS SO ORDERED.

Dated August 27, 2025, at Kansas City, Kansas.

Teresa J. James
U. S. Magistrate Judge

---

[4] *See* Fed. R. Civ. P. 26(d)(1) (prohibiting a party from seeking discovery from any source before the parties have conferred as required by Rule 26(f)).