IN THE UNITED STATES DISTRICT COURT DISTRICT OF KANSAS

Lewis Michael George

v.

Vanessa Payne-Deleno, et al
Defendants

CASE No. 24-3123 HLT-TJJ

Response to Defendants Motion to Stay, + Plaintiffs Motion to Compell Discovery

Response to Defendants Motion to Stay, + Plaintiffs
Motion to Compell Discovery +
Memorandum in Support

Plaintiff Lewis Michael George, pro se, files this Motion in opposition to KDOC Defendants Motion to Stay Discovery. It is the Plaintiff's belief that Discovery is essential to not just ensure the substantial administration of Justice, but also that the issues raised in the Defendants Motion to Dismiss will only be able to be properly decided after the Discovery process. To allow the process of Discovery will be in the best intrest of substantial Justice for all parties involved.

### Question Presented

Should Discovery be Compelled + any related Rule 26 proceed to ensure that substantial Justice is done by all parties involved?

-1-

## Arguments + Authorities

Because this complaint is related to the violation of Civil Rights, afforded by the U.S. Constitution. It was brought under 42 USC 1983. Since Plaintiff has stated actionable claims, of a non frivolous nature, he has requested a trial by jury to ~~~~ dispose of any issues of material fact.

1. Plaintiff has raised multiple issues of material fact. Which cannot be resolved without further Discovery proceedings +/or being allowed to be decided by a jury.

2. Defendants (KDOC) conduct is directly related to its issues/ defenses of Qualified Immunity/Sovereign Immunity. Since the issue of whether Defendants acted in such a way, that they violated a clearly established law, (42 USC 1983), by ignoring the Plaintiff's multiple + incessant cries for help + aid. The question then becomes "What were the Defendants thinking at the time of their actions?" Proof of this will be shown out through the discovery process coupled with information already provided with the Plaintiff's complaint, information contained in the Martinez Report (i.e. Affidavits provided by KDOC defendants + other Officers),

+ review of information contained in the Cell house Staff logs, + A Cell house Control Room Security/Activity logs. Other information will also be garnered through Admissions, Interigatories, + or Depositions.

All of these things together are necessary to decide the issue as to whether the Defendants conduct extend them Qualified Immunity.

3. None of the Defendants bullet pointed circumstances are relivant to the matters at hand.

"The pending decision isn't likely to end the case."
Issues of material fact exist as to Defendant's conduct which if proven will disqualify them from immunity. These issues must be decided by jury!

"The facts sought would substantially affect the resolution of the motion."
The facts sought will prove the claims of "deliberate indiffrence" + the subjecting of the Plaintiff to cruel + unusual punishment in violation of his civil rights thereby destroying the Defendants Immunity protections.

• Discovery on all issues in the "broad complaint" would speed + streamline the preceedings.
Were Discovery to be allowed to proceed the information garnered

-3-

will serve to eliminate many of the issues that are necessary for a jury decision at this points.

4. To extend Immunity, (Soverein/Qualified), in any form, without establishing a clear picture of events of that day, will in this circumstance, in essence extend Immunity to those who have violated the Civil Rights of others, & clearly established law.

5. Claims made by ~~Defendant~~ Plaintiff entitle him trial by jury for any unresolved issues of material fact. Since the issues of Immunity are surrounded by those issues of material fact preventing discovery at this point will deny Justice to a Claimant with a actionable claim for which relief can be granted.

6. ~~[scribbled out]~~ This court is just freed to deny the defendants Motion, or Stay it until pretrial discovery were allowed to be completed to better resolve it.

7. The information requested will better allow the Court to have a clearer picture of all parties involved's actions on the date in question & thereby speed proceeding up.

-4-

## Case Law in Support

Murphy v. Kelly, 950 F.2d 290, 293 (5th Cir. 1992) (directing district court to allow discovery of documents such as duty rosters + personnel records so that Plaintiff could identify the officers...?

Labounty v. Coughlin, 137 F.3d 68, 71-72 (2nd Cir. 1998) (Holding district court should not have granted summary judgment to defendants where his inability to provide certain evidence allegedly resulted from defendants failure to respond to discovery).

Castle v. Jallah, 142 F.R.D. 618, 622 (E.D. Va. 1992) (prisoner was entitled to discover factual portions of incident reports

SEC v. Beacon Hill Asset Mgmt, LLC, 231 F.R.D 134, 144 (S.D. N.Y. 2004) ("The standard for testing the adequacy of (a) privilege log is whether, as to each document, it sets forth specific facts that, if credited, would suffice to establish each element of the privilege or immunity that is claimed."

FRCP. 26(b)(5)(A)

## Conclusions

Not only is it well within this courts power to allow Discovery, (even in a limited scope), to clarify the issues raised by the Plaintiff, that are necessary to establish the clear picture needed to rule on the pending motion to Dismiss. It's also becoming even more clear to the Plaintiff that the Defendants don't want the Plaintiff to have the information. Moreover they don't want the requested information entered into the court record because to do so will show glaringly that All the things alleged in the Plaintiffs complaint are in fact the truth! The information requested will only further bolster the Plaintiffs claims & destroy any claimed immunities, Failure to exhaust defenses, & subject matter jurisdictional claims made by them.

For the reasons stated here in the Plaintiff prays the court will see that Discovery, even in a limited nature is vital to the administration of justice, for all parties involved in these matters. Its Plaintiffs belief that the requested documents are necessary for the courts determining the Dismissal motions & all matters going forward; & also for the administration of justice.

Respectfully Submitted

_[signature]_

Lucas Michael Geary
Pro Se Litigant

8-29-25
DATE

-6-