IN THE DISTRICT COURT OF THE UNITED STATES DISTRICT OF KANSAS

| | |
|---|---|
| Lewis Michael George<br>Plaintiff<br>V.<br>Vanessa Payne-Delano, et al<br>Defendants | CASE NO. 24-3123 HLT-TJJ<br>Reply in Support of Plaintiff's Answer to Defendants Motion to Stay Discovery |

### Reply in Support of Plaintiff's Answer to Defendants Motion to Stay Discovery

Plaintiff Lewis Michael George, pro se, provides this reply in support of his Answer to Defendants Motion to Stay Discovery. This is done in the interest of clarifying the issues of material fact he believes he has raised & are the crux of the case.

### Issues Raised

1.) Medical care was not provided in any meaningful way for over 6½ hours (minimum), allowing the Plaintiff to suffer in excruciating pain.

2.) Defendants for KDOC refused to declare any medical emergency, or contact medical staff to address Plaintiff's repeated, consistant, & persistant request to do so to follow

-1-

up on the persistent ever increasing pain levels + intifying/intensifying evolving symptoms.

3.) Defendants, (KDOC), by refusing + or ignoring Plaintiffs pleas for help, denied the Plaintiff access to medical care + thereby subjected him to Cruel + Unusual Punishment through their deliberate indifference to his Medical maladies.

4.) Defendants NEVER contacted Medical again after the initial interaction early on 7-7-23. Despite being told to do so (supposedly) by Defendant Harrod should the [Plaintiffs] condition continue or worsen.

5.) Multiple entries were made into the Medical File / Record that never occurred or happened despite their claims, + Plaintiffs assertations they didn't.

6.) The record (Martinez Report) through affidavits, shows a substantial lack of admitted action on the day in question. Despite the Plaintiff informing (KDOC) defendants on multiple occasions of the severity, persistence, + continuing development of symptoms.

-2-

7.) Plaintiff's evidence provided & assertations of actions taken to exhaust available administrative remedies raise an issue.

8.) Plaintiff has pointed out actions of "affirmative misconduct" taken by defendants that rendered the available administrative remedies un available to him

### In Conclusion

In Conclusion the Plaintiff's Answer to Courts Memorandum & Order (9-3-2024 Docket entry #16) thuroughly outlines the issues of Material Facts raised by Plaintiff's complaint. Defendants would do well to review it & not just provide a "He didn't do it right" complaint as their defence.

I may not be as well versed as a "Attourny". Nor do I have the resources available to provide case law from this district. Please excuse any missteps on my part. I'm only able to do so much.

9-12-2025
Date

Levi Michael George #81547
Pro Se Litigant.